ORIGINAL

FORM 2
COVER SHEET

RECEIVED
OCT 23 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s):

FOREST PRODUCTS NORTHWEST, INCORPORATED

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): A. Woodson Stuart, Esq.

Firm Name: Law Offices of A. Woodson Stuart, Esq.

03-2485C

Post Office Box:

Street Address: 2315 Wisconsin Avenue, NW, Second Floor

City-State-Zip: Washington, D.C. 20007-1866

Telephone & Facsimile Numbers: Tel: (202) 297-3196; Fax: (202) 338-0270

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes.

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

This is an action for a refund of monies paid to the United States under protest. Such actions are based on an implied-in-fact contract. Trayco, Inc. v. United States, 994 F.2d 832 (Fed. Cir. 1993).

Agency Identification Code: 0 ☐ ☐

See attached sheet for three digit codes.

Amount Claimed: $93,217.50

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only)____________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.