PAGE: 1

STATEMENT #: 3004289205

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PMT DUE DATE: 10/16/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/16/03

3004289205

STATEMENT FOR: Jones & Jones, L.L.C.

IMPRT RECP:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

N.W Forest.

5/5

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1285736-0 ✓ | 012897360 | 03 | | 0.00 | 0.00 | 7740.16Y | 3472.57Y | 0.00 | 11212.73 | |

WFP-1001

RECEIVED
2003 OCT 16 P 4:28
CUSTOMS & BORDER PROTECTION BLAINE

D = DEFERRED. CE = CENSUS WARNING. NR = NON-REVENUE

OCT. 21. 2003 1:03PM JONES & JONES NO. 1937 P. 3

UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

1. Entry No.: H0D 1289736-0
2. Entry Type Code: 03 ABI/A
3. Summary Date: 10/16/03
4. Entry Date: 10/02/03
5. Port Code: 3004
6. Bond No.: 891
7. Bond Type Code: 8
8. Broker/Importer File No.: 03-12877360

H0D-1289736-0

9. Ultimate Consignee Name and Address:
1852
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA, WA 98421
State: WA

10. Consignee No.: 91-123419500

11. Importer of Record Name and Address:
1852
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA, WA 98421

12. Importer No.: 91-123419500
13. Exporting Country: CA
14. Export Date: 10/02/03
15. Country of Origin: XC
16. Missing Documents:
17. I.T. No.:
18. I.T. Date:
19. B L or AWB No.:
20. Mode of Transportation: 30
21. Manufacturer I.D.: XCCERPRO628NEW
22. Reference No.: 91-1700255
23. Importing Carrier: BRONCO
24. Foreign Port of Lading:
25. Location of Goods/G.O. No.:
26. U.S. Port of Unlading: 3004
27. Import Date: 10/02/03

| 28. Line No. | 29. Description of Merchandise / 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDER ROUGH SAWN | | | 41193 | Free | 0. | 00 |
| XC CA | 4407.10.0069 | 29890 KG | 36 MB | C25 | 8.43% | 3472. | 57 |
| | A122-838-004 | | | N | 15.79% | 7740. | 16 |
| | C122-839-004 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| GLV 41630.75 | Block 39: 11212.73 | BEEF 053 .00 | INFRM 311 .00 | | |
| HDC 438.10 | ADA 012 3472.57 | PORK 054 .00 | DMF 496 .00 | | |
| NEV 41192.65 | CVD 013 7740.16 | HONEY 055 .00 | MPF 499 .00 | | |
| | TEA 038 .00 | COTTN 056 .00 | HMF 501 .00 | | |
| | PTO 090 .00 | SUGAR 079 .00 | MSH 103 .00 | | |

NEV 41193

RECEIVED 2003 OCT 16

RECEIVED 2003 OCT 16 P 11:35

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE

A. Liq. Code
B. Ascertained Duty
C. Ascertained Tax
D. Ascertained Other
E. Ascertained Total

TOTALS

37. Duty: .00
38. Tax: .00
39. Other: 11212.73
40. Total: 11212.73

41. Signature of Declarant, Title, and Date: MICHAEL D JONES - ATTY IN FACT 10/07/03

Customs Form 7501 (112295)

MULTIPLE USE

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-8090
U.S. FAX: 360-332-2292
"Service with Integrity"

Exp Ref. No.: WFP1001
Page 1 of 1

3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)
Parties to this transaction are: ☒ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (if different from block 3)

RELEASED OCT 02 2003 CUSTOMS

5 Terms of Sale - Delivery - Payment
☒ F.O.B. PLANT or ☐ DESTINATION or
Prices/Shown in Currency 11 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☒ FREIGHT
Discounts (Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges for: ☐ Shipper ☒ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, Washington
10 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No.: 137/62063
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 29890 KG 55.5 M3
13 Exporting Carrier: Bronco Transportation
14 Car No./Truck Number: 771

| 15 Invoice Item Description (To Include marks, numbers & kinds of packages) | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 6 #2 Clear & Better Grade 4 Packages | 5,247 | $1,915.50 | $10,050.63 |
| 7/4 x 6 #4 Clear Grade Included in 4 Packages Above | 1,835 | $1,336.25 | $2,452.02 |
| 7/4 x 8 #2 Clear & Better Grade 7 Packages | 12,338 | $1,915.50 | $23,633.44 |
| 7/4 x 8 #4 Clear Grade Included in 7 Packages Above | 4,112 | $1,336.25 | $5,494.66 |

Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada
Remaned by Edge Gluing Only

ENTRY/IMMEDIATE DELIVERY
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289736-0

1. ULTIMATE CONSIGNEE NO. 2. IMPORTER NO.
3. H.S. NUMBER(S)
4. CTRY. ORIG. 5. MANUFACTURER ID
6. NO. INV. PGS. 7. TOTAL INVOICE VALUE

RECEIVED 2003 OCT 16 P 4:35

Permit No.
29 Packaging
30 Ocean or Inland International Freight
Place
☒ No.
31 Domestic Freight Charges
32 Insurance
OCT-2003
33 Misc. Transp.
34 Commission
35 Container
☐ Agent
36 Assists
37
Invoice Total: $ 41,630.75

STMT #: 3004293165

3004293165

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 10/20/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/20/03

STATEMENT FOR: Jones & Jones, L.L.C.

N.W. Forest

J/J

IMPRT REC#:
BROKER/FILERS: MQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| MQO-1289757-6 | 012697576 | 03 | | 0.00 | 0.00 | 6312.88Y | 2832.23Y | 0.00 | 9145.11 | |

1289757-6 WFP-1002 $9145.11

2003 OCT 20 P 3:02
RECEIVED

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

OCT. 21. 2003 JONES & JONES NO. 1937 P. 6

# ENTRY SUMMARY

UNITED STATES CUSTOMS SERVICE

| | | |
|---|---|---|
| 1. Entry No.: M00 1289757-6 | 2. Entry Type Code: 03 ABI/A | 3. Entry Summary Date: 10/20/03 |
| 4. Entry Date: 10/06/03 | 6. Port Code: 3004 | M00-1289757-6 |
| 8. Bond No.: 891 | 7. Bond Type Code: 3 | 5. Broker/Importer File No.: 03-1289757 |

9. Ultimate Consignee Name and Address: 2052 NORTHWEST FOREST PRODUCTS 1476 THORNE RD TACOMA, WA 98421 — State: WA

10. Consignee No.: 91-125419500

11. Importer of Record Name and Address: 2052 NORTHWEST FOREST PRODUCTS 1476 THORNE RD TACOMA, WA 98421

12. Importer No.: 91-125419500

13. Exporting Country: CA

14. Export Date: 10/03/03

15. Country of Origin: CA

16. Missing Documents:

17. I.T. No.:

18. I.T. Date:

19. B.L. or AWB No.:

20. Mode of Transportation: 30

21. Manufacturer I.D.: XCNORFOR6289EB

22. Reference No.: 91-1780005

23. Importing Carrier: BRONCO

24. Foreign Port of Lading:

25. Location of Goods/G.O. No.:

26. U.S. Port of Unlading: 3004

27. Import Date: 10/06/03

| 28. Line No. | 29. Description of Merchandise — 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax — Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 XC CA | OTHER ARTICLES OF WOOD NSP 4421.90.9740 A122-838-000 C122-839-000 | 24504 KG | X | 33597 \$23 N | Free 8.43% 18.79% | 0.00 2832.23 6312.88 | |

RECEIVED 2003 OCT 20 P 3:02

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GIV | 33971.32 | Block 39: | 9145.11 | BEEF 053 | .00 | INFRM 311 | .00 |
| NDC | 374.50 | ADA 012 | 2832.23 | PORK 054 | .00 | DRF 496 | .00 |
| NEV | 33596.82 | CVD 013 | 6312.88 | HONEY 055 | .00 | MPF 499 | .00 |
| | | ITEX 038 | .00 | COTTN 056 | .00 | HMF 501 | .00 |
| | | PTD 090 | .00 | SUGAR 079 | .00 | MSH 103 | .00 |

REV 33597

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the [X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

**U.S. CUSTOMS USE**

| | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | .00 |
| | D. Ascertained Other | 39. Other | 9145.11 |
| | E. Ascertained Total | 40. Total | 9145.11 |

41. Signature of Declarant, Title, and Date: MICHAEL P JONES - ATTY IN FACT 10/20/03

Customs Form 7501 (112295)

MULTIPLE USE

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHONE: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHONE: 360-332-6090
U.S. FAX: 360-332-1352
"Service with Integrity"

**Exp Ref. No.** WFP1002

**Pages** 1

RELEASED
OCT 06 2003
CUSTOMS AND BORDER PROTECTION
BLAINE WA

**3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)**
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address) To Include Fed. Tax ID # (if different)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT at ☐ DESTINATION at
Price Shown in Column 18 INCLUDES:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount/Rebate (Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges for: ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

| | |
|---|---|
| **6 Place of Lading (City/Province/Country)** Mission, B.C., Canada | **7 Country & Province of Manufacture** Canada - B.C. |
| **8 U.S. Port of Entry** Blaine, Washington | **9 Destination (City/State/Country)** Tacoma, Washington USA |
| **10 Invoice No.** 137/82063 | **11 Currency of Sale** U.S. Funds |
| **12 Gross Weight and Cubage (Metric)** 24354 KG 45.3 M3 | |
| **13 Exporting Carrier** Bronco Transportation | **14 Car No. Trailer Number** 928 |

**15 Invoice item description (To include marks, numbers & kind of packages) U.S. Customs requires weights and volumes in metric**

| Description | 16 Invoice Unit Quantity FBM | 17 Invoice Unit Price $/MFBM | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 *68* (CA-NAFTA) *12 units* | | | |
| Softwood Lumber *19,175 FBM 1/7 7/2 - 4/16* | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 4 #2 Clear & Better Grade 7 Packages | 9,776 | $1,915.50 | $18,725.93 |
| 7/4 x 4 #4 Clear Grade Included in 7 Packages Above | 3,151 | $1,336.25 | $4,210.62 |
| 7/4 x 8 #2 Clear & Better Grade 1 Package | 1,322 | $1,915.50 | $2,532.29 |
| 7/4 x 8 #4 Clear Grade Included in 1 Package Above | 449 | $1,336.25 | $599.98 |
| 7/4 x 10 #2 Clear & Better Grade 3 Packages | 3,315 | $1,915.50 | $6,349.88 |
| 7/4 x 10 #4 Clear Grade Included in 3 Packages Above | 1,018 | $1,336.25 | $1,360.30 |
| 7/4 x 4/Wdr #4 Clear Grade Random Width 1 Package | 144 | $1,336.25 | $192.42 |
| | *45m³* | | |

RECEIVED
2003 OCT 20 P 3:02

**ENTRY/IMMEDIATE DELIVERY**
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289757-6

1. ULTIMATE CONSIGNEE NO.
2. IMPORTER NO.
3. H.S. NUMBER(S)
4. CTRY. ORIG.
5. MANUFACTURER ID
6. NO. WH. PGS.
7. TOTAL INVOICE VALUE

| | |
|---|---|
| Export Permit No. | 19 Packaging |
| | 20 Ocean or Inter. International Freight |
| ☑ No | 21 Domestic Freight Charges |
| 3-OCT-2003 | 22 Insurance |
| | 23 Misc. Transp. |
| | 24 Commission |
| ☐ Agent | 25 Container |
| | 26 Assists |
| *[signature]* | 27 Invoice Total $ 33,971.32 |

*WQO-1289757-6 [initials] 10-3-03*

Jones & Jones, L.L.C.

Pacific Highway Crossing
P. O. Box 1889
#1 – 14th Street, Suite 3
Blaine, Washington 98231-1889
Web Site: www.joneschb.com

Cdn. Phn: 888/536-5079 Fax: 888/536-9742
U.S. Phn: 360/332-6090 Fax: 360/332-1282
U.S. Customs Brokers & Trade Consultants
"Service with Integrity"
mikejones@joneschb.com

October 7, 2003

***Customs and Border Protection***
**Peggy Fearon, Port Director**
9901 Pacific Highway
Blaine, Washington 98230 Phn: 360/332-6500

Re: Payment of CVD/ADD Under Protest - for Misclassified/Exempt Commodity

Dear Director Fearon:

Enclosed, please find our respective check(s) for payment of the assessment made by Customs and Border Protection under 19 U.S.C. Sections 1671(e) & 1673(g) on importation of the edge-glued merchandise covered by the following entry numbers:

This assessment was based on the conclusion of Customs and Border Protection – that the subject merchandise is not properly classified in subheading 4421.90.9740 of the Harmonized Tariff Schedule of the United States (HTSUS), or if ultimately allowed entry under this heading, that the material, although specifically exempted by Commerce's Scope Memorandum, is to be entered subject to such assessments. We believe that CBP's conclusion is legally incorrect and that the subject merchandise is properly classified under HTSUS subheading 4421.90.9740, and is specifically exempted from the scope of the present CVD/ADD (C-122-839-000 and A-122-838-000) investigation case.

Accordingly, this payment is being made under protest. ***Northwest Forest Products*** reserves its right to obtain judicial review of said decision by any appropriate form of action.

If we can be of further assistance, please let us know.

Respectfully,
Jones & Jones Customs Brokers

/s/
Michael D. Jones, President
Attachments