# NOTICE OF ACTION

*This is NOT a Notice of Liquidation*

| | | | |
|---|---|---|---|
| 1. DATE OF THIS NOTICE: 10/15/2003 | | | |
| 2. CARRIER: Bronco | 3. DATE OF IMPORTATION: 03/31/2003 | 4. DATE OF ENTRY: 03/31/2003 | 5. ENTRY NO.: WQO – 12865573 |
| 6. MFR/SELLER/SHIPPER: Northwest Forest Products | 7. COUNTRY: Canada | 8. CUSTOMHOUSE BROKER AND FILE NO.: JONES & JONES, LLC | |
| 9. DESCRIPTION OF MERCHANDISE: edge-glued cedar panels rough green | | | |

**10. TO**

Northwest Forest Products
1476 Thorne Rd.
Tacoma, WA 98421

**11. FROM**

U.S. Customs and Border Protection
9901 Pacific Hwy
Blaine, Wa 98230

12. THE FOLLOWING ACTION WHICH WILL RESULT IN AN INCREASE IN DUTIES,--

☐ IS PROPOSED. IF YOU DISAGREE WITH THIS PROPOSED ACTION, PLEASE FURNISH YOUR REASONS IN WRITING TO THIS OFFICE WITHIN 20 DAYS FROM THE DATE OF THIS NOTICE. AFTER 20 DAYS THE ENTRY WILL BE LIQUIDATED AS PROPOSED.

☒ HAS BEEN TAKEN. THE ENTRY IS IN THE LIQUIDATION PROCESS AND IS NOT AVAILABLE FOR REVIEW IN THIS OFFICE.

**TYPE OF ACTION**

A. ☒ RATE ADVANCE
B. ☐ VALUE ADVANCE
C. ☐ EXCESS ☐ WEIGHT ☐ QUANTITY
D. ☐ OTHER *(See below)*

13. EXPLANATION (Refer to Action letter designations above)

The entry listed above plus the entries listed on the attached continuation sheet are being re-classified under HTS#4407.10.00. This reclassification is based on discussions with the National Import Specialist and a visit by a CBP agent to the importer's premises. These entries will be subject to AD/CVD duties under cases A122-838 and C122-839. If Statements of Non-Reimbursement are not received by this office before liquidation occurs, these entries will be liquidated with double the dumping duties in accordance with 19CFR 351.402.
All future shipments of this product must be classified according to this Notice of Action.

| 14. CUSTOMS OFFICER (Print or Type) | 15. TEAM DESIGNATION | 16. TELEPHONE |
|---|---|---|
| Lorisa Hubsch, Import Specialist | 794 | (360) 332-5771 3114 |

DEPARTMENT OF THE TREASURY
U. S. CUSTOMS SERVICE
152.2 C.R.

CUSTOMS FORM 29
(2-1-79)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

Approved Through 01/31/98 OMB No. 1515-0068

# REQUEST FOR INFORMATION

19 CFR 151.11, 152.2

(See/sent information/instructions on reverse)

1. DATE OF REQUEST: 09/26/2003

2. DATE OF ENTRY and IMPORTATION: 07/11/2003 06/27/2003

3. MANUFACTURER/SELLER/SHIPPER: Northwest Forest Products

4. CARRIER:

5. ENTRY NO.: 110 - 36435503

6A. INVOICE DESCRIPTION OF MERCHANDISE: 4x4 #4 clear & btr grade edge-glued cedar panels

6B. INVOICE NO.: 22693

7. HTSUS NO.: 4421.90.9740

8. COUNTRY OF ORIGIN/EXPORTATION: Canada / Canada

9. CUSTOMHOUSE BROKER AND REFERENCE OR FILE NO.: UPS-Supply Chain Solution, Sum 79-045625

10. TO:
Northwest Forest Products
1476 Thorne Rd.
Tacoma, WA 98421

11. FROM:
U.S. Customs and Border Protection
9901 Pacific Hwy
Blaine, Wa 98230

PRODUCTION OF DOCUMENTS AND/OR INFORMATION REQUIRED BY LAW: If you have provided the information requested on this form to U.S. Customs at other ports, please indicate the port of entry to which it was supplied, and furnish a copy of your reply to this office, if possible.

A. PORT:

B. DATE INFORMATION FURNISHED:

## 12. PLEASE ANSWER INDICATED QUESTIONS

☐ A. Are you related (see reverse) in any way to the seller of this merchandise? If you are related, please describe the relationship, and explain how this relationship affects the price paid or payable for the merchandise.

☐ B. Identify and give details of any additional costs/expenses incurred in this transaction, such as,

☐ (1) packing

☐ (2) commissions

☐ (3) proceeds that accrue to the seller (see reverse)

☐ (4) assists (see reverse)

☐ (5) royalties and/or license fees (see reverse)

## 13. PLEASE FURNISH INDICATED ITEM(S)

☐ A. Copy of contract (or purchase order and seller's confirmation thereof) covering this transaction, and any revisions thereto.

☐ B. Descriptive or illustrative literature or information explaining what the merchandise is, where and how it is used, and exactly how it operates.

☐ C. Breakdown of components materials or ingredients by weight and the actual cost of the components at the time of assembly into the finished article.

☐ D. Submit samples:
Article no. and description
from container no.
mark(s) and no.
Samples consumed in analysis, and other samples whose return is not specifically requested, will not normally be returned.

☑ E. See item 14 below.

14. CUSTOMS OFFICER MESSAGE

What, if anything, is done to the panels at your Tacoma facility after it is received from Canada?
Do you resell these panels to retail centers or directly to end-users?
What are these edge-glued cedar panels used for by the end user?

Thank you in advance for your response.

15. REPLY MESSAGE (Please print or type. Use additional sheets if more space is needed.)

16. CERTIFICATION

It is required that an appropriate corporate/company official execute this certificate and/or endorse all correspondence in response to the information requested (NOTE: NOT REQUIRED IF FOREIGN FIRM COMPLETES THIS FORM).

I hereby certify that the information furnished herewith or upon this form in response to this inquiry is true and correct, and that any samples provided were taken from the shipment covered by this entry.

A. NAME AND TITLE/POSITION OF SIGNER (Owner, Importer, or Corporate/Company Official - Print or Type)

B. SIGNATURE

C. TELEPHONE NO.

D. DATE

17. CUSTOMS OFFICER (Print or Type): Lorisa Hubsch, Import Specialist [signature]

18. TEAM DESIGNATION: 794

19. TELEPHONE NO.: (360) 332-5771 3114

(Paperwork Reduction Act Notice on reverse)

Customs Form 28 (102591)