Nacan Products Ltd.

# MIRA-LOK™



ADHESIVE

National Starch & Chemical
A member of the ICI Group

**[...]can Products Limited**

# MIRA-LOK performance summary

- 1 component - no chance of a bad mix
- 100% solids = 100% adhesive
- Patented technology
- Inter Phase vs. Inter Face gluing
- Chemically reacts with wood to effect bond
- Bond is not wood or glue, but a new component resulting from the intimate melding of the wood and glue.
- Moisture reactive - bonds dry or wet wood
- Extremely fast setting
- Structural bond - ASTM D2559
- Highly water resistant - meets wet use exterior
- Natural wood color
- Not species specific
- Bond unaffected by wood or plant temperature -before or after bonding-

...can Products Limited

## Interface bond of conventional adhesives



## Interphase bond of MIRA-LOK adhesive



Nacan Products Ltd.

# MIRA-LOK™

- Structural
- Green Lumber
- Frozen Lumber
- Not Species Specific
- One Part
- Can be in-line tension tested
- Extremely Fast Setting
- Environmentally friendly
- Low waste
- Heat not required for curing
- Technical support

National Starch & Chemical
A member of the ICI Group

TECO TESTED®
Timbeeco, Inc. dba TECO

**Headquarters:**
Madison, WI
Phone: 608/ 221-3361
Fax: 608/ 221-0180
pfstecol@pfs-teco.com

**Website**
http://www.pfs-teco.com

**Ed Starostovic, PE**
President
edstarra@pfs-teco.com

**Kathleen M. Blair**
Vice President, Administration
pfsrlf@pfs-teco.com

**Terie M. Cebe**
Corporate Accountant
tecocorp@pfs-teco.com

**TECO Division Offices:**

**Darin J. Thompson**
OSB Division
Madison, WI
Phone: 608/ 221-3361
Fax: 608/ 221-0180

**Robert A. Germany**
Plywood Division
Shreveport, LA
Phone: 318/ 227-0140
Fax: 318/ 227-0265

**Michael T. McKay**
JAS Support
Eugene, OR
Phone: 541/ 746-8271
800/ 628-1763
Fax: 541/ 747-1630

**Darin J. Thompson**
Lab & Composites Division
Eugene, OR
Phone: 541/ 746-8271
800/ 628-1763
Fax: 541/ 747-1630

NVLAP

Accredited by the National Voluntary Laboratory Accreditation Program for the specific scope of accreditation under Lab Code 100402-0

# TECO CORPORATION

## Lab and Composites Division

86305 College View Road, Eugene, OR 97405 • Phone: 541/ 746-8271 • Fax: 541/ 747-1630

**TECO TEST REPORT #98-19**
**STANDARD ASTM D 2559-92**
**ADHESIVES FOR STRUCTURAL LAMINATED WOOD PRODUCTS FOR USE UNDER EXTERIOR (WET USE) EXPOSURE CONDITIONS**

**FOR**

***ICI POLYURETHANES GROUP***
**WEST DEPTFORD, NEW JERSEY**

**BY:**

**TECO**
**86305 College View Road**
**Eugene, Oregon**

TECO TESTED®
Timberco, Inc. dba TECO

Headquarters:
Madison, WI
Phone: 608/ 221-3361
Fax: 608/ 221-0180
pfstecol@pfs-teco.com

Website:
http://www.pfs-teco.com

Ed Starostovic, PE
President
edstarr@pfs-teco.com

Kathleen M. Blair
Vice President,
Administration
pfsrl@pfs-teco.com

Terie M. Cobe
Corporate Accountant
tecocorp@pfs-teco.com

TECO Division Offices:

Darin J. Thompson
OSB Division
Madison, WI
Phone: 608/ 221-3361
Fax: 608/ 221-0180

Robert A. Germany
Plywood Division
Shreveport, LA
Phone: 318/ 227-0140
Fax: 318/ 227-0265

Michael T. McKay
JAS Support
Eugene, OR
Phone: 541/ 746-8271
800/ 628-1763
Fax: 541/ 747-1630

Darin J. Thompson
Lab & Composites Division
Eugene, OR
Phone: 541/ 746-8271
800/ 628-1763
Fax: 541/ 747-1630

NVLAP

# TECO CORPORATION

## Lab and Composites Division

86305 College View Road, Eugene, OR 97405 • Phone: 541/ 746-8271 • Fax: 541/ 747-1630

TECO Test Report: #98-19
Test Date: 3/3 - 3/24/98
Report Date: 3/25/98


**TECO TEST REPORT #98-19**
**STANDARD ASTM D 2559-92**
**ADHESIVES FOR STRUCTURAL LAMINATED WOOD PRODUCTS FOR USE UNDER EXTERIOR (WET USE) EXPOSURE CONDITIONS**

**FOR**

***ICI POLYURETHANES GROUP***
**WEST DEPTFORD, NJ**

## GENERAL

Between March 3 and March 24, 1998, the TECO test laboratory in Eugene, Oregon, conducted testing for ICI Polyurethanes, West Deptford, New Jersey. The testing was performed in accordance with ASTM D 2559-92 "Adhesives For Structural laminated Wood Products For Use Under Exterior (wet use) Exposure Conditions".

## MATERIAL

The client submitted a series of test specimens prepared at their laboratory. The sample nominal size was 4-1/2-in.-by-5-in.-by-24-in. The purpose of the preparation was to allow for each test sample to have five separate glue lines subjected to the ASTM D 2559-92 test protocol. The sample preparation included three different open and closed time schedules, identified as: Min. Open/Min. Close, Max. Open/Max. Close, Min. Open/Max. Close.

## TEST DESCRIPTION

1. **Shear Blocks**

The shear block test specimens were tested dry using a shearing device test fixture and the Tinius Olson Universal test machine. The shear blocks were loaded to failure. The maximum load was recorded and the psi was calculated. Percent of wood failure was analyzed and recorded.

**4.2. Delamination**

The average delamination for each manufacturing condition shall not exceed 5%. In addition, no more that 20% of the total permissible average delamination(1%) may occur in any one bond.

**4.3. Deformation**

The total deformation shall not exceed 0.069-in. from each variable.

**Average Test Results & Minimum Requirements**

| TEST RESULTS | | | | |
|---|---|---|---|---|
| | Sample #1 Min./Min. | Sample #2 Max./Max. | Sample #3 Min./Max. | Test Requirements |
| Moisture Content | 8.0 | 8.0 | 8.0% | — |
| Load (psi) (∑x̄) | 1,541 | 1,495 | 1,492 | 1,440 Minimum |
| Wood Failure | 100 | 100 | 100 | 75% Minimum |
| Percent Delamination (x̄) | 0.0% | 1.1% | 0.2% | 5% Maximum |
| Standard Deviation - Load | 162 | 132 | 124 | — |
| Coefficient of Variation (COV) - Load | 10.3% | 8.8% | 8.3% | — |
| Range (∑ x̄) | 325 | 292 | 279 | — |
| | 160°F | 80°F/90% | Test Requirements | |
| Deformation (Ins.) | 0.000 | 0.000 | 0.069 Maximum | |

Tested and Report By:

Gary Warmuth,
Lab Technicians-TECO

Report Reviewed By:

Darin Thompson
Lab Division Manager - TECO

# Interphase vs. Interface

MIRA-LOK ADHESIVE / Wood
Interphase




PF Resin / Wood
Interface




- The Interphase Region is expected to have mechanical properties different from either the substrate or the adhesive.
- The formation of a strong Interphase Region is a desirable condition within a composite to aid in the distribution of stresses.


I-beam Shear Capacity
Ultimate Shear with MIRA-LOK 1075
1800
1600
1400
1200
1000
1125
1281
1695
QC Limit
PRF
MIRA-LOK 1075

# Summary of MIRA-LOK Research

- Thermodynamic measurements show that chemical reactions occur between MIRA-LOK adhesives and wood.
- MIRA-LOK adhesives penetrate deeply and rapidly into wood.
- This penetration facilitates an "apparent plasticization" of the wood by the uncured adhesive as observed by NMR and DMA.
- Penetration and plasticization result in the formation of an Interphase of adhesive and wood.
- Cured MIRA-LOK adhesives in wood demonstrate properties different from the adhesive or the wood alone.
- MIRA-LOK adhesives change the physical nature of wood and wood composites resulting in a third material unlike the adhesive or the wood alone.

TECO Test Report: #98-19
Test Date: 3/3 - 3/24/98
Report Date: 3/25/98


CLIENT: ICI POLYURETHANES GROUP
METHOD: ASTM D 2559-92
DATE REC: 2/25/98
PRINTED: 3/20/98
SAMPLE: #1 (Min. Open/Min. Close)

PRODUCT: Nom. 4-1/2"x5"x24" (2)
DATE MFG: NA
SPECIES: PINE
GLUE: 7501030 ( A & C)
METER MOISTURE CONTENT (%) 8

GLUED LUMBER PRODUCTS GLUE BOND TEST REPORT

| SPECIMEN NO. | GLUE LINE | LOAD (psi) | RANGE | WF% | DELAM (%) |
|---|---|---|---|---|---|
| 1 | 1 | 1591 | | 100 | |
| | 2 | 1239 | | 100 | |
| | 3 | 1579 | | 100 | |
| | 4 | 1574 | | 100 | |
| | 5 | 1516 | | 100 | |
| AVERAGE (X) | | 1500 | 352 | | 0.0 |
| 2 | 1 | 1579 | | 100 | |
| | 2 | 1252 | | 100 | |
| | 3 | 1599 | | 100 | |
| | 4 | 1728 | | 100 | |
| | 5 | 1420 | | 100 | |
| AVERAGE (X) | | 1516 | 476 | | 0.0 |
| 3 | 1 | 1540 | | 100 | |
| | 2 | 1078 | | 100 | |
| | 3 | 1384 | | 100 | |
| | 4 | 1582 | | 100 | |
| | 5 | 1515 | | 100 | |
| AVERAGE (X) | | 1420 | 504 | | 0.0 |
| 4 | 1 | 1517 | | 100 | |
| | 2 | 1594 | | 100 | |
| | 3 | 1295 | | 100 | |
| | 4 | 1685 | | 100 | |
| | 5 | 1603 | | 100 | |
| AVERAGE (X) | | 1539 | 390 | | 0.0 |
| 5 | 1 | 1839 | | 100 | |
| | 2 | 1680 | | 100 | |
| | 3 | 1566 | | 100 | |
| | 4 | 1659 | | 100 | |
| | 5 | 1487 | | 100 | |
| AVERAGE (X) | | 1646 | 193 | 100 | 0.0 |
| 6 | 1 | 1682 | | 100 | |
| | 2 | 1687 | | 100 | |
| | 3 | 1733 | | 100 | |
| | 4 | 1597 | | 100 | |
| | 5 | 1422 | | 100 | |
| AVERAGE (X) | | 1622 | 311 | | 0.0 |
| SUM OF AVERAGE [illegible] | | 1541 | | 100 | 0.0 |
| SUM OF RANGES [illegible] | | | 371 | | |
| STANDARD DEVIATION | | 142 | | | |
| COEFFICIENT OF VARIATION (%) | | 10.3 | | | |

# ICI's MIRA-LOK™ Adhesives

How do they work and

What can they do for me?





# Benefits of Using ICI's MIRA-LOK Adhesives

- **Cold-curing; No heat required**
- **Superior bond/bending strength due to chemical and mechanical bond**
- **Bonds at higher moisture contents**
- **Bonds a variety of wood species**
- **Gap-filling properties improve performance and asthetics**
- **Natural wood-colored gluelines**
- **One component adhesive; no mixing required**
- **Stable product with a long shelf life**
- **Adhesive dosage required is less than with traditional resins**
- **Productivity improvements due to reduced press times**
- **Formaldehyde- free**

03/17/2003 11:16 FAX
MAR 14 2003 12:55 FR NACAN 604 596 0441 TO 6049806176 P.09/15

# MIRA-LOK Adhesive Chemistry

The reason ICI's MIRA-LOK Adhesives work is very straight forward.

- Chemically bonds with wood fiber
- Reinforces the cell structure
- Penetrates the cell deeply

We can show this with the studies briefly covered on the following slides.

# MIRA-LOK Adhesive Chemistry

- DSC Lignocellulose reaction shows chemical bonding
- NMR and DMA Analysis shows intimate association on micro- and macroscopic scale
- Spectroscopic and microscopic studies show reinforcement of the cell structure
- Penetration studies show deep penetration into the wood