# Sandblasted Wood Signs in Cedar and Signfoam

## CEDAR SIGN BLANKS

WoodMaster is a distributor of clear heart western red cedar sign blanks manufactured by AllWood Sign Blanks of Canada. All blanks are clear heart western red cedar and finished sanded both sides and edges and are 1-3/4" finished thickness.



The list of available sizes changes almost daily, so call for availability.

[ Home ] [ Blasted Signs ]
[ Recent Completions ] [ Restaurant ]
[ Sign Blanks ] [ FAQ's ] [ Contact Us ]

info@woodmastergraphics.com
webmaster@woodmastergraphics.com

www.allwoodsignblanks.com

Copyright © 2002 WoodMaster Graphics. All rights reserved.
Revised: October 14, 2002