# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INCORPORATED,<br><br>*Plaintiff,*<br><br>*v.*<br><br>UNITED STATES,<br><br>*Defendant.* | ) | Case No. 03-2485C |

**<u>PLAINTIFF NORTHWEST FOREST PRODUCTS' MOTION *IN LIMINE*</u>**

COMES NOW Plaintiff, Forest Products Northwest, Inc., by and through its attorney, A. Woodson Stuart, Esq., and hereby moves for an order excluding argument or evidence relating to the actual use of the merchandise whose import classification is at issue in this refund action, based on the points and authorities set forth in the accompanying memorandum.

A hearing is requested on this motion.

Respectfully submitted,

Date: November 10, 2003

/s/______________________

A. Woodson Stuart, Esq.
2315 Wisconsin Avenue, NW
Second Floor
Washington, D.C. 20007
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorney for Plaintiff Northwest Forest Products*