# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOREST PRODUCTS NORTHWEST, INCORPORATED, *Plaintiff,* *v.* UNITED STATES, *Defendant.* | Case No. 03-2485C<br>The Honorable Susan G. Braden, Judge |

**PLAINTIFF NORTHWEST FOREST PRODUCTS'**
**MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

COMES NOW Plaintiff, Forest Products Northwest, Inc., doing business as Northwest Forest Products, by and through its attorney, A. Woodson Stuart, Esq., and hereby requests leave, pursuant to Court of Federal Claims Rule 15(d), to file the accompanying supplemental complaint based on the post-filing transactions described therein.

Respectfully submitted,

Date: November 10, 2003

/s/________________________

A. Woodson Stuart, Esq.
2315 Wisconsin Avenue, NW
Second Floor
Washington, D.C. 20007
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorney for Plaintiff Northwest Forest Products*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INCORPORATED, *Plaintiff,* *v.* UNITED STATES, *Defendant.* | ) | Case No. 03-2485C<br>The Honorable Susan G. Braden, Judge |

**ORDER**

UPON CONSIDERATION of the motion for leave to file a First Supplemental Complaint filed by the Plaintiff, Forest Products Northwest, and any opposition thereto filed by the Defendant, the United States, now, after due deliberation, it is hereby ORDERED and ADJUDGED that said motion be, and hereby is, GRANTED.

It is SO ORDERED.

Date: ________________

________________________
The Honorable Susan G. Braden. Judge

**Copies to:**

A. Woodson Stuart, Esq.
2315 Wisconsin Avenue, NW
Second Floor
Washington, D.C. 20007-1866
*Attorney for Plaintiff Forest Products Northwest, Inc.*

Claudia Burke, Esq.
Commercial Litigation Branch
U.S. Department of Justice
Washington, D.C. 20530
**Attn: Classification Unit**
**8th Floor, 11 L Street, NW**
*Attorney for Plaintiff United States*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FOREST PRODUCTS NORTHWEST, INCORPORATED,

*Plaintiff,*

*v.*

UNITED STATES,

*Defendant.*

Case No. 03-2485C
The Honorable Susan G. Braden, Judge

**PLAINTIFF NORTHWEST FOREST PRODUCTS'**
**FIRST SUPPLEMENTAL COMPLAINT**

COMES NOW Plaintiff, Forest Products Northwest, Inc., doing business as Northwest Forest Products, by and through its attorney, A. Woodson Stuart, Esq., 2315 Wisconsin Avenue, Northwest, Second Floor, Washington, D.C. 20007, Tel: (202) 279-3196, Fax: (202) 338-0270, and hereby submits this supplemental complaint pursuant to Court of Federal Claims Rule 15(d), and as ground in support thereof states the following:

In addition to the $20,357.84 of payments described in the Complaint, the following payments of $104,400.36 also have been made to the United States under protest and are hereby included in the Plaintiff's refund request, for a total of $124,758.20:

| Entry Number | Ship Date | Invoice | Port | Value | Duty Paid on EGL |
|---|---|---|---|---|---|
| WQ012897360 | 1-Oct-03 | 25702 | Blaine | $41,193.00 | $11,212.73 |
| WQ012897576 | 3-Oct-03 | 25775 | Blaine | $33,597.00 | $9,145.11 |
| 11046485936 | 3-Oct-03 | 25769 | Sumas | $33,550.00 | $9,132.31 |
| WQ012897691 | 6-Oct-03 | 25806 | Blaine | $35,767.00 | $9,735.78 |
| WQ012897709 | 6-Oct-03 | 25806 | Blaine | $29,811.00 | $8,114.56 |
| 11046486215 | 6-Oct-03 | 25806 | Sumas | $26,795.00 | $7,293.60 |
| 11046486223 | 6-Oct-03 | 25806 | Sumas | $11,945.00 | $3,251.43 |
| 11046486280 | 6-Oct-03 | 25806 | Sumas | $37,741.00 | $10,273.10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11046487817 | * | 7-Oct-03 | 25852 | # | Blaine | $26,271.68 | $7,151.15 |
| WQ012888930 | * | 2-Sep-03 | 25111 | # | Blaine | $18,339.71 | $4,992.07 |
| WQ012898566 | * | 15-Oct-03 | 25964 | | Blaine | $3,442.00 | $936.91 |
| WQ012898574 | * | 15-Oct-03 | 26029 | | Blaine | $1,337.14 | $363.93 |
| 11046492437 | | 16-Oct-03 | 25964 | | Sumas | $33,928.00 | $9,235.20 |
| WQ012898863 | | 17-Oct-03 | 26040 | | Blaine | $33,532.93 | $9,127.68 |
| WQ012899036 | | 20-Oct-03 | 26098 | # | Blaine | $16,544.24 | $4,434.80 |
| **Totals:** | | | | | | $383,794.70 | **$104,400.36** |

* Classified under 4421, HTSUS

# Mixed Glued and Non-Glued Lumber

Documentation of the additional payments it submitted herewith. The Plaintiff is continuing to import edge-glued lumber and will be filing more supplemental pleadings as the payments increase.

Respectfully submitted,

Date: November 10, 2003

/s/________________________
A. Woodson Stuart, Esq.
2315 Wisconsin Avenue, NW
Second Floor
Washington, D.C. 20007
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorney for Plaintiff Northwest Forest Products*