STATEMENT #: 3004289205

3004289205

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 10/16/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/16/03

STATEMENT FOR: Jones & Jones, L.L.C.

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

N.W Forest.

J/J

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289736-0 | 012897360 | 03 | | 0.00 | 0.00 | 7740.16Y | 3472.57Y | 0.00 | 11212.73 | |

* WFP-1001

CUSTOMS & BORDER PROTECTION BLAINE, WA
2003 OCT 16 P 4:28
RECEIVED

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

| | |
|---|---|
| 1. Entry No. | WGO 1289736-0 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 10/16/03 |
| 4. Entry Date | 10/02/03 |
| 5. Port Code | 3004 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | WGO-1289736-0 / 03-12897360 |
| 9. Ultimate Consignee Name and Address | 1852 NORTHWEST FOREST PRODUCTS, 1476 THORNE RD, TACOMA, WA 98421 |
| 10. Consignee No. | 91-123419500 |
| 11. Importer of Record Name and Address | 1852 NORTHWEST FOREST PRODUCTS, 1476 THORNE RD, TACOMA, WA 98421 |
| 12. Importer No. | 91-123419500 |
| State | WA |
| 13. Exporting Country | CA |
| 14. Export Date | 10/02/03 |
| 15. Country of Origin | XC |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B.L or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | XCERPRO628NEW |
| 22. Reference No. | 91-1788655 |
| 23. Importing Carrier | BRONCO |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 3004 |
| 27. Import Date | 10/02/03 |

| 28. Line No. | 29. Description of Merchandise / 30. A. T.S.U.S.A. No. B. ADA/CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C Rate D. Visa No. | 35. Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | |
| XC CA | 4407.10.0068 | 29890 KG | 56 M3 | 41193 | Free | 0.00 |
| | A122-853-000 | | | C25 | 8.43% | 3472.57 |
| | C122-837-000 | | | N | 19.77% | 7740.16 |

CUSTOMS & BORDER PROTECTION BLAINE 2003 OCT 16 RECEIVED

RECEIVED 2003 OCT 16 P 4:35 CUSTOMS & BORDER PROTECTION BLAINE

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GIV | 41630.75 | Block 39 | 11212.73 | BEEF | 053 | .00 | INFRM | 311 | .00 |
| NDC | 438.10 | ADA 012 | 3472.57 | PORK | 054 | .00 | DMF | 496 | .00 |
| NEV | 41192.65 | CVD 013 | 7740.16 | HONEY | 055 | .00 | MPF | 499 | .00 |
| | | TEA 038 | .00 | COTTN | 056 | .00 | HMF | 501 | .00 |
| | | PTO 090 | .00 | SUGAR | 079 | .00 | MSH | 103 | .00 |

NEV 41193

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the

[X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise

[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE

| | | |
|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty .00 |
| | C. Ascertained Tax | 38. Tax .00 |
| | D. Ascertained Other | 39. Other 11212.73 |
| | E. Ascertained Total | 40. Total 11212.73 |

TOTALS

41. Signature of Declarant, Title, and Date
MICHAEL D JONES - ATTY IN FACT 10/07/03

MULTIPLE USE

Customs Form 7501 (112285)

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1252
"Service with Integrity"

Exp. Ref. No.: WFP1001

Page 1 of 1

3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (if different from block 3)

RELEASED
OCT 0 2 2003
CUSTOMS AND BORDER PROTECTION BLAINE

5 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION or ______
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount (Specify Type/Amount) ______
Other (Specify) ______
U.S. Duty and/or Brokerage Charges for: ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country/Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, Washington
10 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No.: 137/62063
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 29890 KG 55.5 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 771

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 6 #2 Clear & Better Grade 4 Packages | 5,247 | $1,915.50 | $10,050.63 |
| 7/4 x 6 #4 Clear Grade Included in 4 Packages Above | 1,835 | $1,336.25 | $2,452.02 |
| 7/4 x 8 #2 Clear & Better Grade 7 Packages | 12,338 | $1,915.50 | $23,633.44 |
| 7/4 x 8 #4 Clear Grade Included in 7 Packages Above | 4,112 | $1,336.25 | $5,494.66 |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |

ENTRY/IMMEDIATE DELIVERY
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289736-0

1. ULTIMATE CONSIGNEE NO. [redacted]
2. IMPORTER NO. [redacted]
3. H.S. NUMBER(S) [redacted]
4. CTRY. ORIG.
5. MANUFACTURER ID [redacted]
6. NO. INV. PGS.
7. TOTAL INVOICE VALUE

United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary.

RECEIVED
2003 OCT 16 P 4:35
CUSTOMS & BORDER PROTECTION BLAINE, WA

Permit No.
Authorized ☑ No
OCT-2003
☐ Agent

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 41,630.75 |