STATEMENT #: 3004293165

3004293165

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 10/20/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/20/03

STATEMENT FOR: Jones & Jones, L.L.C.

N.W. Forest

J/J

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289757-6 | 012897576 | 03 | | 0.00 | 0.00 | 6312.88Y | 2832.23Y | 0.00 | 9145.11 | |

#1289757-6 WFP-1002 $9145.11

CUSTOMS & BORDER PROTECTION
BLAINE
2003 OCT 20 P 3:02
RECEIVED

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

(1) Entry No.: WDD 1289757-6
(2) Entry Type Code: 03 ABI/A
3. Entry Summary Date: WDD-1289757-6 10/20/03
4. Entry Date: 10/06/03
(5) Port Code: 3004
6. Bond No.: 891
7. Bond Type Code:
8. Broker/Importer File No.: 03-12897576

9. Ultimate Consignee Name and Address:
1352
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA, WA 98421
State: WA

10. Consignee No.: 91-123419500
(11) Importer of Record Name and Address: 1352 NORTHWEST FOREST PRODUCTS 1476 THORNE RD TACOMA, WA 98421
(12) Importer No.: 91-123419500
(13) Exporting Country: CA
14. Export Date: 10/06/03
(15) Country of Origin: XC
16. Missing Documents:
(17) I.T. No.:
(18) I.T. Date:
(19) B.L or AWB No.:
20. Mode of Transportation: 30
21. Manufacturer I.D.: XCNORFOR623NEW
22. Reference No.: 91-1788855
(23) Importing Carrier: BRONCO
24. Foreign Port of Lading:
25. Location of Goods/G.O. No.:
26. U.S. Port of Unlading: 3004
(27) Import Date: 10/06/03

| (28) Line No. | 30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | (29) Description of Merchandise 31. (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A Rate B. ADA/CVD Rate (C) I.R.C Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 XC CA | OTHER ARTICLES OF WOOD NSP 4421.90.9740 A122-838-000 C122-837-000 | 24354 KG | X | 33597 125 N | Free 8.43% 18.79% | 0.00 2832.23 6312.88 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GIV | 33971.32 | Block 39: | 9145.11 | BEEF 053 | .00 | INFRM 311 | .001 |
| NDC | 374.50 | ADA 012 | 2832.23 | PORK 054 | .00 | DHF 496 | .001 |
| NEV | 33596.82 | CVD 013 | 6312.88 | HONEY 055 | .00 | MPF 499 | .001 |
| | | TEA 038 | .00 | COTTN 056 | .00 | HMF 501 | .001 |
| | | PTG 090 | .00 | SUGAR 079 | .00 | MSH 103 | .001 |

NEV 33597

RECEIVED
2003 OCT 20 P 3:02
CUSTOMS & BORDER PROTECTION BLAINE, WA

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the

[X] Importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE

| A. Liq. Code | B. Ascertained Duty |
|---|---|
| | C. Ascertained Tax |
| | D. Ascertained Other |
| | E. Ascertained Total |

TOTALS

| | |
|---|---|
| (37) Duty | .00 |
| (38) Tax | .00 |
| (39) Other | 9145.11 |
| (40) Total | 9145.11 |

(41) Signature of Declarant, Title, and Date: MICHAEL F JONES - ATTY IN FACT 10/20/03

Customs Form 7501 (112295)

MULTIPLE USE

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)

Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:

Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Exp Ref. No. WFP1002

Pages 1

RELEASED
OCT 06 2003
CUSTOMS AND BORDER PROTECTION BLAINE

3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #) — Parties to this transaction are: ☑ Not Related ☐ Related

Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (if different from block 3)

I.R.S.#

5 Terms of Sale - Delivery - Payment

☑ F.O.B. PLANT or ☐ DESTINATION or ____

Price Shown In Column 18 INCLUDE:

☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT

Discount Specify Type/Amount ____

Other (Specify) ____

U.S. Duty and/or Brokerage Charge for ☐ Shipper ☑ Buyer ☐ Consignee

or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada

7 Country & Province of Manufacture: Canada - B.C.

8 U.S. Port of Entry: Blaine, Washington

10 Destination (City/State/Country): Tacoma, Washington USA

10 Invoice No.: 137/62063

11 Currency of Sale: U.S. Funds

12 Gross Weight and Cubage (Metric): 24354 KG 45.3 M3

13 Exporting Carrier: Bronco Transportation

14 Car No. Truck Number: 928

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) 12 00/75 | FBM | $/MFBM | |
| Softwood Lumber 19,175 FBM 1/7- 7/4- 4/16 | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 4 #2 Clear & Better Grade 7 Packages | 9,776 | $1,915.50 | $18,725.93 |
| 7/4 x 4 #4 Clear Grade Included in 7 Packages Above | 3,151 | $1,336.25 | $4,210.52 |
| 7/4 x 8 #2 Clear & Better Grade 1 Package | 1,322 | $1,915.50 | $2,532.29 |
| 7/4 x 8 #4 Clear Grade Included in 1 Package Above | 449 | $1,336.25 | $599.98 |
| 7/4 x 10 #2 Clear & Better Grade 3 Packages | 3,315 | $1,915.50 | $6,349.88 |
| 7/4 x 10 #4 Clear Grade Included in 3 Packages Above | 1,018 | $1,336.25 | $1,360.30 |
| 7/4 x 4/Wdr #4 Clear Grade Random Width ... | 144 | $1,336.25 | $192.42 |
| | 45m³ | | |

RECEIVED
2003 OCT 20 P 3:02
CUSTOMS & BORDER PROTECTION BLAINE

## ENTRY/IMMEDIATE DELIVERY

19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289757-6

1. ULTIMATE CONSIGNEE NO.
2. IMPORTER NO.
3. H.S. NUMBER(S)
4. CTRY. ORIG.
5. MANUFACTURER ID
6. NO. INV. PGS.
7. TOTAL INVOICE VALUE

Export Permit No.

Itemized ☐ No

3-OCT-2003

☐ Agent

29 Packaging

30 Ocean or International Freight

31 Domestic Freight Charges

32 Insurance

33 Misc. Transp

34 Commission

35 Container

36 Assists

37

Invoice Total $ 33,971.32

WQO-1289757-6 [signature] 10-3-03