UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

UPS-SUPPLY CHAIN SOLUTION 110
P.O. BOX 849
SUMAS WA 98295

1. Entry No.: 4648598-6
2. Entry Type Code: 03 ABI/A
3. Entry Summary Date:
4. Entry Date: 10/17/03
5. Port Code: 3009
6. Bond No.: 891
7. Bond Type Code: 8
8. Broker / Importer File No.: 79-058365
9. Ultimate Consignee Name and Address: WA State
10. Consignee No.: 71-1234195
11. Importer of Record Name and Address: NORTHWEST FOREST PRODUCTS, 1476 THORNE RD, TACOMA WA 98421
12. Importer No.: 91-1234195
13. Exporting Country: CA
14. Export Date: 10/05/03
15. Country of Origin: XC
16. Missing Documents:
17. I.T. No.:
18. I.T. Date:
19. B.L or AWB No.:
20. Mode of Transportation: 30
21. Manufacturer I.D.: XCNORFORS88NEW
22. Reference No.: 94-3062515-23
23. Importing Carrier: BRONCO
24. Foreign Port of Lading:
25. Location of Goods/G.O. No.:
26. U.S. Port of Unlading: 3009
27. Import Date: 10/05/03

| 28. Line No. | 29. Description of Merchandise / 30. A. T.S.U.S.A. No. B. ADA CVD Case No | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 19124 BFT WRC LUMBER | | INV. NO. 001 | | | | |
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| | SIV | | $33,924.60 | | | | |
| | Less Freight | | 374.50 | | | | |
| | Ent Value | | $33,550.00 | | | | |
| | CA4407.10.0068 | 24,290 | 45 M3 | 33,550 C 50 | FREE | FREE | |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | 6,304.05 | |
| | A122-839-000 ANTIDUMPING | | | | 8.43 % | 2,828.27 | |
| | BLOCK 39 SUMMARY : | | | | | | |
| | ADD | 012 | 2,828.27 | | | | |
| | CVD | 013 | 6,304.05 | | | | |
| | TOTAL ENTERED VALUE: | | 33,550.00 | | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR XX owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

▼ U.S. CUSTOMS USE ▼

| U.S. Customs Use | | Totals | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | 9,132.32 |
| | E. Ascertained Total | 40. Total | 9,132.32 |

41. Signature of Declarant, Title, and Date

Customs Form 7501

79-058365

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.** WFP1003
**Page** 1 of **Pages** 1

**2 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)**
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234196

**4 Consignee (Ship To) (Complete Name and Address To include Fed. Tax ID #) (If different from block 2)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION at
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges: ☐ Shipper ☑ Buyer ☐ Consignee
are for the Account of: Northwest Forest Products

| | |
|---|---|
| 6 Place of Lading (City/Province/Country): Mission, B.C., Canada | 7 Country & Province of Manufacture: Canada - B.C. |
| 8 U.S. Port of Entry: Sumas, Washington | 9 Destination (City/State/Country): Tacoma, Washington USA |
| 10 Invoice No.: 137/62063 | 11 Currency of Sale: U.S. Funds |
| 12 Gross Weight and Cubage (Metric): 24290 KG 45.1 M3 | |
| 13 Exporting Carrier: Bronco Transportation | 14 Car No. Truck Number: 917 |

| 15 Invoice Item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 8 #2 Clear & Better Grade 3 Packages | 3,943 | $1,915.50 | $7,552.82 |
| 7/4 x 8 #4 Clear Grade Included in 3 Packages Above | 1,123 | $1,336.25 | $1,500.61 |
| 7/4 x 10 #2 Clear & Better Grade 4 Packages | 5,228 | $1,915.50 | $10,014.23 |
| 7/4 x 10 #4 Clear Grade Included in 4 Packages Above | 1,944 | $1,336.25 | $2,597.67 |
| 7/4 x 12 #2 Clear & Better Grade 3 Packages | 5,279 | $1,915.50 | $10,111.92 |
| 7/4 x 12 #4 Clear Grade Included in 3 Packages Above | 1,607 | $1,336.25 | $2,147.35 |
| Total: 10 Packages 19,124 FBM 1/8' 5/12' 4/20' | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Weyerhaeuser Company | | | |

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ ... Or to destination $ 374.50
22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized: ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect.
24 Give firm name and address if different from exporter box above.
25 Date: 3-OCT-2003
27 Status: ☑ Owner ☐ Agent
26 Agent Signature
28 Shipper Signature: B. Barlow

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter-International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Taxes | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 33,924.60 |

Received Time Oct. 3. 2:50PM

1 1 m - 4648593-6

STATEMENT #: 3004294140

3004294140

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 10/21/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/21/03

STATEMENT FOR: Jones & Jones, L.L.C.

N.W. Forest

JS

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289769-1 | 012897691 | 03 | | 0.00 | 0.00 | 6720.62Y | 3015.16Y | 0.00 | 9735.78 | |
| WQO-1289770-9 | 012897709 | 03 | | 0.00 | 0.00 | 5601.49Y | 2513.07Y | 0.00 | 8114.56 | |

★ 1289769-1 W3-10348 $9735.78
WFP-1004

★ 1289770-9 W3-10350 $8114.56

$17,850.34

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

RECEIVED 2003 OCT 21 P 2:14