# ENTRY SUMMARY

UNITED STATES CUSTOMS SERVICE

| Field | Value |
|---|---|
| (1) Entry No. | [illegible] |
| (2) Entry Type Code | [illegible] |
| 3. Entry Summary Date | [illegible] |
| 4. Entry Date | [illegible]/07/03 |
| (5) Port Code | 3004 |
| 6. Bond No. | [illegible] |
| 7. Bond Type Code | [illegible] |
| 8. Broker/Importer File No. | [illegible] |
| 9. Ultimate Consignee Name and Address | 1852<br>NORTHWEST FOREST PRODUCTS<br>1476 THORNE RD<br>TACOMA, WA 98421 |
| State | WA |
| 10. Consignee No. | 91-[illegible] |
| (11) Importer of Record Name and Address | 1852<br>NORTHWEST FOREST PRODUCTS<br>1476 THORNE RD<br>TACOMA, WA 98421 |
| (12) Importer No. | 91-[illegible] |
| (13) Exporting Country | CA |
| 14. Export Date | 10/07/03 |
| (15) Country of Origin | XC |
| 16. Missing Documents | |
| (17) I.T. No. | |
| (18) I.T. Date | |
| (19) B.L. or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | XC[illegible] |
| 22. Reference No. | 91-1[illegible] |
| (23) Importing Carrier | BORNO[illegible] |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 3004 |
| (27) Import Date | 10/07/03 |

* Corrected *

| (28) Line No. | 30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C. Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| XC CA | 4407.10.0068<br>A122-838-000<br>C122-839-000 | 27243 KG | 51 M3 | 35747<br>125<br>N | Free<br>8.43%<br>18.79% | 0.00<br>3015.16<br>6720.62 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BIU 36204.76 | Block 39: | 9735.78 | BEEF 053 | .00 | INFRM 311 | |
| NDC 438.10 | ADA 012 | 3015.16 | PORK 054 | .00 | DMF 496 | .00 |
| REV 35766.66 | CVD 013 | 6720.62 | HONEY 055 | .00 | MPF 499 | .00 |
| | TEA 038 | .00 | COTTN 056 | .00 | HMF 501 | .00 |
| | PTO 090 | .00 | SUGAR 079 | .00 | MSH 102 | .00 |

REV 35747

RECEIVED

2003 OCT 29 P 2:02

CUSTOMS & BORDER PROTECTION BLAINE, WA

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the

importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | (37) Duty | .00 |
| | C. Ascertained Tax | (38) Tax | .00 |
| | D. Ascertained Other | (39) Other | 9735.78 |
| | E. Ascertained Total | (40) Total | 9735.78 |

(41) Signature of Declarant, Title, and Date

MICHAEL D. JONES – ATTY IN FACT [illegible]

Customs Form 7501 (112285)

MULTIPLE USE

# U.S. Customs Invoice

**U.S. CUSTOMS CLEARANCE BY:** Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.** W3-10348

**Page** 1 of 1 **Pages**

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**2 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)** — Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address)(To include Fed. Tax ID #) (If different from block 2)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

**6 Place of Lading (City/Province/Country):** Mission, B.C., Canada
**7 Country & Province of Manufacture:** Canada - B.C.
**8 U.S. Port of Entry:** Blaine, Washington
**9 Destination (City/State/Country):** Tacoma, Washington USA
**10 Invoice No.:** 105/23827
**11 Currency of Sale:** U.S. Funds
**12 Gross Weight and Cubage (Metric):** 4648 KG 8.6 M3
**13 Exporting Carrier:** Bronco Transportation
**14 Car No, Truck Number:** 910 27243 kgs

| 15 Invoice Item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. ~~4407.10.00~~ 68 (CA-NAFTA) X<br>4421-90.9740<br>Softwood Lumber | FBM | $/MFBM | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 6 #4 Clear Grade 2 Packages / 20' | 3,660<br>17788 | $1,370.00 | $5,014.20<br>21190.56 |
| page 2 Total | | | |
| Producer: Wilkerson Forest Products, Ltd., division of ER Probyn Export Ltd. New Westminster, B.C. Canada | M3 = 51<br>FBM = 21448 | | total<br>$36204.76 US |

RELEASED OCT 07 2003 CUSTOMS AND BORDER PROTECTION BLAINE WA

RECEIVED OCT 21 P 2:

**ENTRY/IMMEDIATE DELIVERY**
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289769-1

1. ULTIMATE CONSIGNEE NO.
2. IMPORTER NO.
3. H.S. NUMBER(S) 4421.90.9740 | 5
4. CTRY. ORIG.
5. MANUFACTURER ID
6. NO. INV. PGS. 2
7. TOTAL INVOICE VALUE

Export Permit No.

29 Packaging
30 Ocean or International Freight
31 Domestic Freight Charges
32 Insurance
33 Misc. Transp.
34 Commission
35 Container
36 Assists
37

Invoice Total $ 5,014.20

☐ No.
6-OCT-2003
☐ Agent

1/1 WQO 1289769-1 CN 10-6-03

2-pop 1/1