# ENTRY SUMMARY

UNITED STATES CUSTOMS SERVICE

(1) Entry No.: WBU 1289770-9

(2) Entry Type Code: 03 ABI/A

3. Entry Summary Date: WBU-1289770-9

4. Entry Date: 10/07/03

(5) Port Code: 3004

6. Bond No.: 992

7. Bond Type Code:

8. Broker/Importer File No.: 9E-12897709

9. Ultimate Consignee Name and Address:
1852
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA, WA 98421

State: WA

10. Consignee No.: 91-123412500

(11) Importer of Record Name and Address:
1852
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA, WA 98421

(12) Importer No.: 91-123412500

(13) Exporting Country: CA

14. Export Date: 10/07/03

(15) Country of Origin: XC

16. Missing Documents

(17) I.T. No.

(18) I.T. Date

(19) B.L or AWB No.

20. Mode of Transportation: 30

21. Manufacturer I.D.: XOERPRO4420NEW

22. Reference No.: 91-1789553

(23) Importing Carrier: BROKER

24. Foreign Port of Lading

25. Location of Goods/G.O. No.

26. U.S. Port of Unlading: 3004

(27) Import Date: 10/07/03

| (28) Line No. | 30. (A) T.S.U.S.A. No. B. ADA/CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDAR ROUGH SAWN | | | | | | |
| XC CA | 4407.10.0068 | 28041 KG | 52 M3 | 29811 | Free | .00 | |
| | A122-838-000 | | | 025 | 8.43% | 2513.07 | |
| | C122-839-000 | | | N | 18.79% | 5601.49 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GTV | 30246.86 | Block 39: | 8114.56 | BEEF 053 | .00 | INFRM 311 | .001 |
| NDC | 436.10 | ADA 012 | 2513.07 | PORK 054 | .00 | DSF 496 | .001 |
| NEV | 29810.76 | CVD 013 | 5601.49 | HONEY 055 | .00 | MPF 499 | .001 |
| | | TEA 038 | .00 | COTTN 056 | .00 | HMF 501 | .001 |
| | | PTO 090 | .00 | SUGAR 077 | .00 | MSH 103 | .001 |

NEV 29811

RECEIVED
2003 OCT 29 P 2:02
CUSTOMS & BORDER PROTECTION
BLAINE, WA

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.
I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

**U.S. CUSTOMS USE**

A. Liq. Code

B. Ascertained Duty

C. Ascertained Tax

D. Ascertained Other

E. Ascertained Total

**TOTALS**

(37) Duty: .00

(38) Tax: .00

(39) Other: 8114.56

(40) Total: 8114.56

(41) Signature of Declarant, Title, and Date: MICHAEL R JONES - ATTY IN FACT 10/28/03

Customs Form 7501 (112295)

MULTIPLE USE