# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
626 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Exp Ref. No. W3-10350
Page 1 of 1

3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address/To include Fed. Tax ID #) (if different from block 3)
I.R.S.#

5 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charge for: ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, Washington
9 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No.: 105/23827
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 28041 KG 52.1 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 796

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. ~~4407.10.00~~ 68 (CA-NAFTA) 4421.90.9740 X<br>Softwood Lumber<br>Edge Glued Western Red Cedar Lumber, Rough, Green | FBM | $/MFBM | |
| 7/4 x 6 #4 Clear Grade 19 Packages | 22,078 | $1,370.00 | $30,246.86 |
| 8/10' 7/14' 3/16' 1/20' | | | |
| Producer: Wilkerson Forest Products, Ltd., division of ER Probyn Export Ltd. New Westminster, B.C. Canada | | | |

RELEASED
OCT 07 2003
CUSTOMS AND BORDER PROTECTION
BLAINE, WA

ENTRY/IMMEDIATE DELIVERY
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289770-9

1. ULTIMATE CONSIGNEE NO. [illegible]
2. IMPORTER NO. [illegible]
3. H.S. NUMBER(S) 4421.90.9740
4. CTRY. ORIG.
5. MANUFACTURER ID
6. NO. INV. PGS.
7. TOTAL INVOICE VALUE

Export Permit No.
Related ☑ No
6-OCT-2003
☐ Agent

29 Packaging
30 Ocean or International Freight
31 Domestic Freight Charges
32 Insurance
33 Misc. Transp.
34 Commission
35 Container
36 Assists
37
Invoice Total $ 30,246.86

WQO 1289770-9 10/6/03 CN

# ENTRY SUMMARY

UNITED STATES CUSTOMS SERVICE

UPS-SUPPLY CHAIN SOLUTION, INC
P.O. BOX 249
BLAINE WA 98230

| | |
|---|---|
| (1) Entry No. | [illegible]-5 |
| (2) Entry Type Code | [illegible] |
| 3. Entry Summary Date | |
| 4. Entry Date | 10/21/03 |
| (5) Port Code | 3009 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 79-059529 PS 1 |
| 9. Ultimate Consignee Name and Address | |
| 10. Consignee No. | 91-1234195 |
| (11) Importer of Record Name and Address | NORTHWEST FOREST PRODUCTS<br>1476 THORNE RD<br>TACOMA WA 98421 |
| (12) Importer No. | 91-1234195 |
| (13) Exporting Country | CA |
| 14. Export Date | 10/07/03 |
| (15) Country of Origin | XC |
| 16. Missing Documents | |
| (17) I.T. No. | |
| (18) I.T. Date | |
| State | WA |
| (19) B L or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | XCNORFORSEBUR[illegible] |
| 22. Reference No. | 94-3082515-23 |
| (23) Importing Carrier | BRONCO #776 |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 3009 |
| (27) Import Date | 10/07/03 |

| (28) Line No. | 30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C. Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | EDGE GLUED WESTERN RED CEDAR INV. NO. 001 | | | | | | |
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| | GIV | | $27,021.59 | | | | |
| | Less Freight | | 226.66 | | | | |
| | Ent Value | | $26,795.00 | | | | |
| | 4407.10.0060 | 19,446 | 36 M3 | 26,795 C 50 | FREE | FREE | |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | 5,034.78 | |
| | A122-838-000 ANTIDUMPING | | | | 8.43 % | 2,258.82 | |
| | BLOCK 39 SUMMARY : | | | | | | |
| | ADD | 012 | 2,258.82 | | | | |
| | CVD | 013 | 5,034.78 | | | | |
| | TOTAL ENTERED VALUE: | | 26,795.00 | | | | |

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR XX owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| ▼ U.S. CUSTOMS USE ▼ | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | (37) Duty | .00 |
| | C. Ascertained Tax | (38) Tax | |
| | D. Ascertained Other | (39) Other | 7,293.60 |
| | E. Ascertained Total | (40) Total | 7,293.60 |

(41) Signature of Declarant, Title, and Date

Customs Form 7501

BILLING COPY