79-058539

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Exp. Ref. No. WFP1005

Page 1 of Pages 1

2 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)
Parties to this transaction are: ☒ Not Related ☐ Related

Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address) (To include Fed. Tax ID #) (if different from block 3)

5 Terms of Sale - Delivery - Payment
☒ F.O.B. PLANT or ☐ DESTINATION at ______
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☒ FREIGHT
Discount Specify Type/Amount ______
Other (Specify) ______
U.S. Duty and/or Brokerage Charges for: ☐ Shipper ☒ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Sumas, Washington
10 Destination (City/State/Country): Tacoma, Washington USA
16 Invoice No.: 137/62063
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 19446 KG 36.1 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 776

| 15 Description from Description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 8 #2 Clear & Better Grade 2 Packages | 1,885 | $1,915.50 | $3,610.72 |
| 7/4 x 8 #4 Clear Grade Included in 2 Packages Above | 485 | $1,336.25 | $648.08 |
| 7/4 x 6 #2 Clear & Better Grade 4 Packages | 7,626 | $1,915.50 | $14,607.60 |
| 7/4 x 6 #4 Clear Grade Included in 4 Packages Above | 2,827 | $1,336.25 | $3,777.58 |
| 7/4 x 4 #2 Clear & Better Grade 1 Package | 1,922 | $1,915.50 | $3,681.59 |
| 7/4 x 4 #4 Clear Grade Included in 1 Package Above | 566 | $1,336.25 | $756.32 |
| Total: 7 Packages 15,311 FBM 1/8' 1/12' 3/16' 2/20 | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Weyerhaeuser Company | | | |

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ ______ Or to destination $ 266.66
22 Mode of Transport from point of exit: ☒ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized: ☐ Yes ☒ No
I hereby certify that the information given above is true and complete in every respect.
24 (Give firm name and address if different from exporter box above)
25 Date: 6-OCT-2003
27 Status: ☒ Owner ☐ Agent
26 Agent Signature
28 Shipper Signature

29 Packing
30 Ocean or International Freight
31 Domestic Freight Charges
32 Insurance
33 Misc. Trans.
34 Commissions
35 Containers
36 Assists
37 Invoice Total: $ 27,081.89

110-4648621-5

Received Time Oct. 6. 2:33PM