79-058721

# U.S. Customs Invoice

1/2

**1 Exporter, Shipper, Seller (Complete Name & Address):**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-3079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.:** WFP1007-A

**Page** 1 **of** 1

**2 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #):**
Parties to this transaction are: ☒ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (If different from block 2):**
I.R.S.#

**5 Terms of Sale - Delivery - Payment:**
☒ F.O.B. PLANT or ☐ DESTINATION at
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discount (Specify Type/Amount):
Other (Specify):
U.S. Customs Brokerage Charges: ☐ Shipper ☒ Buyer ☐ Consignee
or for the account of: Northwest Forest Products

**6 Place of Lading (City/Province/Country):** Mission, B.C., Canada

**7 Country & Province of Manufacture:** Canada - B.C.

**9 U.S. Port of Entry:** ~~Blaine~~, Washington

**10 Destination (City/State/Country):** Tacoma, Washington, USA

**10 Invoice No.:** 137/62083

**11 Currency of Sale:** U.S. Funds

**12 Gross Weight and Cubage (Metric):** 18826 KG 35.0 M3

**13 Exporting Carrier:** Bronco Transportation

**14 Car No. Truck Number:** 943

| 15 Invoice Item Description (To include marks, numbers & kinds of packages) U.S. Customs requires weight and measure in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| TOTAL: 7 UNITS, 14,833 FBM 2/8' 3/16' 2/20' | FBM | $/MFBM | |
| U.S.H.T.S. - 4421.90.97.40 (CA-NAFTA) | | | |
| Edge Glued Cedar Lumber, Rough, Green | | | |
| 7/4 x 12 #2 Clear & Better Grade 5 Packages | 8,169 | $1,915.50 | $15,647.72 |
| 7/4 x 12 #4 Clear Grade Included in 5 Packages Above | 2,550 | $1,336.25 | $3,407.44 |
| 7/4 x 10 #2 Clear & Better Grade 1 Package | 770 | $1,915.50 | $1,474.94 |
| 7/4 x 10 #4 Clear Grade Included in 1 Package Above | 117 | $1,336.25 | $156.34 |
| 7/4 x 8 #2 Clear & Better Grade 1 Package | 2,221 | $1,915.50 | $4,254.33 |
| 7/4 x 8 #4 Clear Grade Included in 1 Package Above | 996 | $1,336.25 | $1,330.91 |
| Primary Mill: Weyerhaeuser Company | | | |
| Producer: Wilkerson Forest Products, Ltd., division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Remaned by Edge Gluing Only | | | |

**19 If goods are not sold, state reason for export:**

**20 Export Permit No.:**

**21 Estimated freight charges to point of exit:** $   **Orig Destination** $ 273.80

**22 Mode of Transport from point of exit:** ☒ Road ☐ Rail ☐ Water ☐ Air ☐ Other

**23 Containerized:** ☐ Yes ☒ No

I hereby certify that the information given above is true and complete in every respect.

**24** (Give firm name and address if different from exporter box above)

**25 Date:** 7-OCT-2003

**27 Status:** ☒ Owner ☐ Agent

**26 Agent Signature:**

**28 Shipper Signature:** B. Bailey

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter. International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Trans. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 26,271.68 |