79-958721

2/2

# U.S. Customs Invoice

| | | |
|---|---|---|
| 1 Exporter, Shipper, Seller (Complete Name & Address): Weyerhaeuser Company, 925 West Georgia Street Fourth Floor, Vancouver, B.C., Canada V6C 3L2 | U.S. CUSTOMS CLEARANCE BY: Jones & Jones Customs Brokers. CDN. PHN: 888-536-3079; CDN. FAX: 888-536-9742; U.S. PHN: 360-332-6090; U.S. FAX: 360-332-1282. "Service with Integrity" | Exp Ref. No. WFP1007-B; Page 1 of 1 |
| 3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #); Parties to this transaction are: ☑ Not Related ☐ Related. Northwest Forest Products, 1476 Thorne Rd, Tacoma, WA 98421. I.R.S.# 91-1234195 | 4 Consignee (Ship To) (Complete Name and Address) (To include Fed. Tax ID #) (If different from block 3) I.R.S.# | |
| 5 Terms of Sale - Delivery - Payment: ☑ F.O.B. PLANT or ☐ DESTINATION at ____. Prices Shown in Column 18 INCLUDE: ☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT. Dumping Specify Type/Amount: ____. Other (Specify): ____. U.S. Duty and/or Brokerage Charges for: ☐ Shipper ☑ Buyer ☐ Consignee, or for the account of: Northwest Forest Products | 6 Place of Lading (City/Province/Country): Mission, B.C., Canada | 7 Country & Province of Manufacture: Canada - B.C. |
| | 8 U.S. Port of Entry: Blaine, Washington | 10 Destination (City/State/Country): Tacoma, Washington USA |
| | 10 Invoice No.: 137/62062; 11 Currency of Sale: U.S. Funds | 12 Gross Weight and Cubage (Metric): 6925 KG 12.9 M3 |
| | 13 Reporting Center: Bronco Transportation | 14 Car No. Truck Number: 943 |

| 15 Complete item description (To include marks, symbols & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Western Red Cedar Lumber, Rough, Green | | | |
| 3 x 8 #2 Clr & Btr Grade Vertical Grain 2 Packages | 1,518 | $2,505.00 | $3,802.59 |
| 3 x 10 #2 Clr & Btr Grade Vertical Grain 3 Packages | 2,401 | $2,505.00 | $6,014.51 |
| 3 x 10 #2 Clr & Btr Grade Vertical Grain 2 Packages | 1,533 | $2,505.00 | $3,840.17 |
| Total 7 Packages 5,452 FBM 2/12' 1/13' 1/16' 3/20 | | | |
| This Lumber Was Not Remanufactured in any way | | | |
| Reload Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Weyerhaeuser Company | | | |

| | | |
|---|---|---|
| 19 If goods are not sold, state reason for export | 20 Export Permit No. | 29 Packaging |
| 21 Estimated freight charges to point of exit $ ____ Or to destination $ 100.62 | | 30 Ocean or Inter-Insurance/Freight |
| 22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Vessel ☐ Air ☐ Other | 23 Containerized: ☐ Yes ☑ No | 31 Domestic Freight Charges |
| I hereby certify that the information given above is true and complete in every respect. 24 Give firm name and address if different from exporter box above. Northwest Forest Products, 1476 Thorne Rd, Tacoma, Washington, USA 98421 | 25 Date 7-OCT-2003; 27 Status ☑ Owner ☐ Agent | 32 Insurance; 33 Misc. Transp.; 34 Commission; 35 Containers; 36 Assists; 37 |
| 26 Agent Signature ____ | 28 Shipper Signature B. Bailey | Invoice Total $ 13,657.27 |