158

# U.S. Customs Invoice

| | | |
|---|---|---|
| 1 Exporter, Shipper, Seller (Complete Name & Address)<br>International Forest Products Limited<br>20580 Maple Crescent<br>Maple Ridge, B.C., Canada | U.S. CUSTOMS CLEARANCE BY:<br>Jones & Jones Customs Brokers<br>CDN. PHN: 888-536-5078<br>CDN. FAX: 888-536-9742<br>U.S. PHN: 360-332-6090<br>U.S. FAX: 360-332-1282<br>"Service with Integrity" | Exp Ref. No.<br>W310273-A<br>Page 1 of Pages 1 |
| 3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)<br>Parties to this transaction are: ☑ Not Related ☐ Related<br>Northwest Forest Products<br>1476 Thorne Rd<br>Tacoma, WA 98421<br>I.R.S.# 91-1234195 | 4 Consignee (Ship To) (Complete Name and Address)(To include Fed. Tax ID #) (If different from block 3)<br>I.R.S.# | |
| 5 Terms of Sale - Delivery - Payment<br>☑ F.O.B. PLANT or ☐ DESTINATION or<br>Prices Shown in Column 18 INCLUDE:<br>☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT<br>Discount (Specify Type/Amount)<br>Other (Specify)<br>U.S.Duty and/or Brokerage Charge for: ☐ Shipper ☑ Buyer ☐ Consignee<br>or for the Account of: Northwest Forest Products | 6 Place of Lading (City/Province/Country): Mission, B.C., Canada<br>8 U.S. Port of Entry: Blaine, Washington<br>10 Invoice No.: 328784-00<br>13 Exporting Carrier: Bronco Transportation | 7 Country & Province of Manufacture: Canada - B.C.<br>9 Destination (City/State/Country): Tacoma, Washington USA<br>11 Currency of Sale: U.S. Funds<br>12 Gross Weight and Cubage (Metric): 5390 KG 10.0 M3<br>14 Car No. Truck Number: 800 |

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | | | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 ~~6~~8 (CA-NAFTA) | | | FBM | $/MFBM | |
| Softwood Lumber | | | | | |
| Western Red Cedar Lumber, Rough, Green | | | | | |
| 5/4 x 4 | #2 Clear Grade | 1 Package | 546 | $505.50 | $276.00 |
| 5/4 x 6 | #2 Clear Grade | 1 Package | 824 | $605.50 | $498.93 |
| 5/4 x 6 | #2 Clear Grade | 2 Packages | 467 | $505.50 | $236.07 |
| 7/4 x 4 | #4 Clear Grade | 5 Packages | 2,406 | $506.15 | $1,217.80 |

Total: 9 Packages 6'-7' 4,243 FBM

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur"

Primary Mill: International Forest Products

| | | |
|---|---|---|
| 19 If goods are not sold, state reason for export: | 20 Export Permit No. | 29 Packaging |
| 21 Estimated freight charges to point of exit $ | Or to destination $ 76.95 | 30 Ocean or International Freight |
| 22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other | 23 Containerized ☐ Yes ☑ No | 31 Domestic Freight Charges |
| I hereby certify that the information given above is true and complete in every respect<br>24 Give firm name and address if different from exporter box above | 25 Date 2-SEPT-2003<br>27 Status ☑ Owner ☐ Agent | 32 Insurance<br>33 Misc. Transp.<br>34 Commission<br>35 Containers<br>36 Assists<br>37 |
| 26 Agent Signature | 28 Shipper Signature: D. Bailey | Invoice Total $ 2,228.80 |

1 of 1 MIQU-1288893-0 9/2/03 TB