# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Mill & Timber Products Ltd.
12770 - 116th Avenue
Surrey, B.C., Canada V3V 7H9

**U.S. Customs Clearance by:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.** W310273-B
**Page** 1 **of** 1 **Pages**

**3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)**
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (if different from block 3)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD. ☐ FREIGHT
Discounts Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

| | |
|---|---|
| 6 Place of Lading (City/Province/Country) | Mission, B.C., Canada |
| 7 Country & Province of Manufacture | Canada - B.C. |
| 8 U.S. Port of Entry | Blaine, WA |
| 10 Destination (City/State/Country) | Tacoma, Washington USA |
| 10 Invoice No | 23105 |
| 11 Currency of Sale | U.S. Funds |
| 12 Gross Weight and Cubage (Metric) | 7422 KG 13.8 M3 |
| 13 Exporting Carrier | Bronco Transportation |
| 14 Car No. Truck Number | 800 |

| 15 Invoice line descriptions (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoiced Total |
|---|---|---|---|---|
| U.S. H.T.S. 4407.10.00 WK (CA-NAFTA) | | FBM | $/MFBM | |
| Softwood Lumber | | | | |
| Western Red Cedar Lumber, Rough, Green | | | | |
| 7/4 x 4 #4 Clear | 1 Package | 588 | $1,000.35 | $588.21 |
| 7/4 x 6 #4 Clear | 1 Package | 664 | $1,297.65 | $861.64 |
| 2 x 4 #4 Clear | 1 Package | 784 | $875.31 | $686.24 |
| 2 x 4 #4 Clear | 5 Packages | 3,808 | $573.43 | $2,183.62 |
| Total: 8 Packages 6'-7' | 5,844 FBM | | | |

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur."

Primary Mill: Mill & Timber Products, Ltd.

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ ____ Or to destination $ 108.75
22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect
24 Give firm name and address if different from exporter box above.
25 Date 2-SEPT-2003
27 Status ☑ Owner ☐ Agent
26 Agent Signature
28 Shipper Signature: B. Bailey

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter-International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 4,319.71 |

W04-1788?3-0   9/2/03 TB

# U.S. Customs Invoice

| | |
|---|---|
| 1 Exporter, Shipper, Seller (Complete Name & Address) EXPORT<br>Northwest Forest Products<br>c/o ER Probyn Export Ltd.<br>628 Sixth Avenue, Suite 530<br>New Westminster, B.C., Canada V3M 6Z1 | U.S. CUSTOMS CLEARANCE BY:<br>Jones & Jones Customs Brokers<br>CDN. PHN: 888-536-5079<br>CDN. FAX: 888-536-9742<br>U.S. PHN: 360-332-6090<br>U.S. FAX: 360-332-1282<br>"Service with Integrity" |
| Exp Ref. No. | W310273-C |
| Page 1 of 1 | |
| 3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)<br>Parties to this transaction are: ☑ Unrelated ☐ Related<br>Northwest Forest Products<br>1476 Thorne Rd<br>Tacoma, WA 98421<br>I.R.S.# 91-1234195 | 4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (if different from block 3)<br>I.R.S.# |
| 5 Terms of Sale - Delivery - Payment<br>☑ F.O.B. PLANT or ☐ DESTINATION or ....<br>Prices Shown in Column 18 INCLUDE:<br>☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT<br>Discount Specify Type/Amount ....<br>Other (Specify) ....<br>U.S. Duty and/or Brokerage Charge for ☐ Shipper ☑ Buyer ☐ Consignee<br>or for the Account of: Northwest Forest Products | 6 Place of Lading (City/Province/Country): Mission, B.C., Canada<br>7 Country & Province of Manufacture: Canada - B.C.<br>8 U.S. Port of Entry: Blaine, Washington<br>10 Destination (City/State/Country): Tacoma, Washington, USA<br>10 Invoice No.: 105/23712<br>11 Currency of Sale: U.S. Funds<br>12 Gross Weight and Cubage (Metric): 17090 KG 31.8 M3<br>13 Exporting Carrier: Bronco Transportation<br>14 Car No. Truck Number: 800 |

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| | FBM | $/MFBM | |
| 4407.10.0068 per CF 59 | | | |
| U.S.H.T.S. ~~4421.90.97.40~~ (CA-NAFTA) | | | |
| Edge-Glued Cedar Panels, Rough, Green | | | |
| 7/4 x 6 #4 Clear Grade 9 Packages | 11,712 | $1,370.00 | $16,045.44 |
| 7/4 x 6 #4 Clear Grade 1 Package | 847 | $1,330.50 | $1,126.93 |
| 2 x 6 #4 Clear Grade 1 Package | 896 | $1,261.40 | $1,130.21 |
| Packages: 1/8' 5/10' 1/14' 1/16' 3/20' | | | |
| Total: 11 Packages 13,455 FBM / 32 m³ | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths and pine shoot beetles do not occur" | | | |
| primary mill: Int'l Forest Pro. | | | |
| remanned by: Wilkerson Forest. Div of ER Probyn | | | |

| | |
|---|---|
| 19 If goods are not sold, state reason for export | 20 Export Permit No. |
| 21 Estimated freight charges to point of exit $ .... Or in Estimation $ 250.40 | 22 Containerized ☐ Yes ☑ No |
| 22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other | |
| I hereby certify that the information given above is true and complete in every respect.<br>24 Give firm name and address if different from exporter box above. | 25 Date 2-SEPT-2003<br>27 Status ☑ Owner ☐ Agent |
| 26 Agent Signature | 28 Shipper Signature B. Bailey |

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter. International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Trans. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 18,302.58 |

3 of 3 WQ0-1288893-0 9/12/03 TB

CUSTOMS 00009811 10/22/03

Customs and Border Protection

W00-1288893-0 for NWF 2310273-C

*****$4,972.07

9811

JONES & JONES, L.L.C.
P.O. BOX 1889
BLAINE, WASHINGTON 98231-1889
(360) 332-6090

STERLING SAVINGS BANK
28-7174/3251

00009811

PAY FOUR THOUSAND NINE HUNDRED SEVENTY-TWO AND 07/100 Dollars

DATE 10/22/03 AMOUNT *****$4,972.07

TO THE ORDER OF
Customs and Border Protection
9901 Pacific Highway
Blaine, WA 98230
USA

Kim M Jones

⑈009811⑈ ⑆325171740⑆ 534110013231⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS COLORED PATTERN · ARTIFICIAL WATERMARK ON REVERSE SIDE · MISSING FEATURE INDICATES A COPY

CUSTOMS 00009811 10/22/03

Customs and Border Protection

JONES & JONES, L.L.C. *****$4,972.07
9811