NOV. 3. 2003 6:46PM TREASURY JONES & JONES NO. 2355 P. 35

# ENTRY SUMMARY

UPS-SUPPLY CHAIN SOLUTION
P.O. BOX 247
SUMAS WA 98295

(1) Entry No. 464924-3-1
(2) Entry Type Code 03 ABI/A
3. Entry Summary Date
4. Entry Date 10/29/03
(5) Port Code 3009
6. Bond No. 891
7. Bond Type Code 8
8. Broker/Importer File No. 79-0598332 PG 1

9. Ultimate Consignee Name and Address
10. Consignee No. 91-1234195
(11) Importer of Record Name and Address
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA WA 98421
(12) Importer No. 91-1234195
(13) Exporting Country CA
14. Export Date 10/16/03
WA State
(15) Country of Origin XC
16. Missing Documents
(17) I.T. No.
(18) I.T. Date
(19) B L or AWB No.
20. Mode of Transportation 30
21. Manufacturer I.D. XCNORFOR626NEW
22. Reference No. 94-3083515-23
(23) Importing Carrier BRUNCO
24. Foreign Port of Lading
25. Location of Goods/G.O. No.
26. U.S. Port of Unlading 3009
(27) Import Date 10/16/03

| (28) Line No. | 30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | (29) Description of Merchandise (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C. Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | WRC ROUGH LUMBER | | | | | | |
| | | | INV. NO. 001 | | | | |
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| | GIV | | $34,365.85 | | | | |
| | Less Freight | | 438.10 | | | | |
| | Ent Value | | $33,928 00 | | | | |
| | CA4407.10.0068 | 29,574 | 55 M3 | 33,928 C 50 N | FREE | | FREE |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | | 6,375.07 |
| | A122-838-000 ANTIDUMPING | | | | 8.43 % | | 2,860.13 |
| | BLOCK 39 SUMMARY : | | | | | | |
| | ADD | 012 | 2,860.13 | | | | |
| | CVD | 013 | 6,375.07 | | | | |
| | TOTAL ENTERED VALUE: | | 33,928.00 | | | | |

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the [ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.

I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| ▼ U.S. CUSTOMS USE ▼ | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | (37) Duty | .00 |
| | C. Ascertained Tax | (38) Tax | |
| | D. Ascertained Other | (39) Other | 9,235.20 |
| | E. Ascertained Total | (40) Total | 9,235.20 |

(41) Signature of Declarant, Title, and Date
KAREN SCHULZ OPA

MUST BE PAID BILLING COPY /03 UPS-SUPPLY CHAIN SOL AS ATTY

Customs Form 7501

79 059832

# U.S. Customs Invoice

| | | |
|---|---|---|
| 1 Exporter, Shipper, Seller (Complete Name & Address): Northwest Forest Products c/o ER Probyn Export Ltd. 628 Sixth Avenue, Suite 530 New Westminster, B.C., Canada V3M 6Z1 | U.S. CUSTOMS CLEARANCE BY: Jones & Jones Customs Brokers CDN. PHN: 838-536-5079 CDN. FAX: 838-536-9742 U.S. PHN: 360-332-6090 U.S. FAX: 360-332-1282 "Service with Integrity" | Ship. Ref. No. W3-10375-A Page 1 of 1 |
| 2 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #): Northwest Forest Products 1475 Thorne Rd Tacoma, WA 98421 I.R.S.# 91-1234195. Parties to this transaction are: ☒ Not Related ☐ Related | 4 Consignee (Ship To) (Complete Name and Address) (To include Fed. Tax ID #) (If different from Block 2) | |
| 3 Terms of Sale - Delivery - Payment: ☒ F.O.B. PLANT or ☐ DESTINATION or ______. Prices Shown in Column 18 INCLUDE: ☐ U.S. BROKERAGE ☐ CY/YARD ☒ FREIGHT. Discount (Specify Type/Amount): ______ Other (Specify): ______ U.S. Duty and Brokerage Charges: ☐ Shipper ☒ Buyer ☐ Consignee or for the Account of: Northwest Forest Products | 5 Place of Lading (City/Province/Country): Mission, B.C., Canada | 7 Country & Province of Manufacture: Canada - B.C. |
| | 8 U.S. Port of Entry: Sumas, Washington | 14 Destination (City/State/Country): Tacoma, Washington USA |
| | 10 Invoice No.: 31924 / 11 Currency of Sale: U.S. Funds | 12 Gross Weight and Cubage (Metric): 10647 KG 19.8 M3 |
| | 13 Exporting Carrier: Bronco Transportation | 14 Car No. Truck Number: 917 |

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 3-11/16 x 4 #4 Clear Grade 1 Package / 10' | 939 | $1,425.28 | $1,338.34 |
| 4 x 4 #2 Clear & Better Grade 7 Packages | 7,444 | $1,662.28 | $12,374.01 |
| 2/8' 1/9' 3/10' 1/14' 1/20' | | | |
| Total: 8 Packages 8,383 FBM | | | |
| Producer: Wilkerson Forest Products. Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Sawama Lumber Co., Ltd. | | | |

| | | |
|---|---|---|
| 19 If goods are not sold, state reason for export | 20 Export Permit No. | 29 Packaging |
| 21 Estimated freight charges to point of exit $ ______ Or to destination $ 157.70 | | 30 Ocean or Inter-International Freight |
| 22 Mode of Transport from point of exit: ☒ Road ☐ Rail ☐ Water ☐ Air ☐ Other | 23 Consignment: ☐ Yes ☒ No | 31 Domestic Freight Charges |
| I hereby certify that the information given above is true and complete in every respect. 24 Give firm name and address if different from exporter box above. | 25 Date 16-OCT-2003 | 32 Insurance |
| | 27 Status: ☒ Owner ☐ Agent | 33 Misc. Transp. |
| | | 34 Commission |
| | | 35 Container |
| | | 36 Assists |
| 26 Agent Signature ______ | 28 Shipper's Signature [signature] | 37 Invoice Total $ 13,712.35 |

Received Time Oct.16. 3:34PM

1/3

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address):
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5879
CDN. FAX: 888-536-7742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1252
"Service with Integrity"

Cust Ref No.: W3-10375-B

Page 1 of 1

3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related

Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address) (To include Fed. Tax ID #) (If different from above 3)

I.R.S.#

5 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION at ____
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discounts (Specify Type/Amount) ____
Other (Specify) ____
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada

7 Country & Province of Manufacture: Canada - B.C.

8 U.S. Port of Entry: Sumas, Washington

9 Destination (City/State/Country): Tacoma, Washington USA

10 Invoice No.: 23243

11 Currency of Sale: U.S. Funds

12 Gross Weight and Cubage (Metric): 12438 KG 23.1 M3

13 Exporting Carrier: Bronco Transportation

14 Car No. Truck Number: 917

| 15 Invoice item description (To include marks, numbers & types of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 4 x 4 #4 Clear Grade 8 Packages | 9,793 | $1,386.12 | $13,574.27 |
| 3/10' 2/12' 2/16' 1/20' | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Mill & Timber Products Ltd. | | | |

19 If goods are not sold, state reason for export:

20 Export Permit No.:

21 Estimated Freight charges to point of exit: $ ____ Or to destination: $ 184.30

22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other

23 Containerized: ☐ Yes ☑ No

I hereby certify that the information given above is true and complete in every respect.

24 Give firm name and address if different from exporter box above.

25 Date: 16-OCT-2003

27 Status: ☑ Owner ☐ Agent

26 Agent Signature: ____

28 Shipper Signature: [signature]

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter-International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Trans. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 13,574.27 |



2/3