# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-3079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6098
U.S. FAX: 360-332-1283
"Service with Integrity"

**Exp Ref. No.** W3-10378-A
**Page** 1 **of** 1 **Pages**

**3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)**
Parties to this transaction are: ☒ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address)(To include Fed. Tax ID #) (if different from block 3)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☒ F.O.B. PLANT or ☐ DESTINATION or ____
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☒ FREIGHT
Discount Specify Type/Amount) ____
Other (Specify) ____
U.S.Duty paid for Brokerage Charges for: ☐ Shipper ☒ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

**6 Place of Lading (City/Province/Country)** Mission, B.C., Canada
**7 Country & Province of Manufacture** Canada - B.C.
**8 U.S. Port of Entry** Blaine, Washington
**10 Destination (City/State/Country)** Tacoma, Washington USA
**10 Invoice No.** 31924
**11 Currency of Sale** U.S. Funds
**12 Gross Weight and Cubage (Metric)** 3832 KG 7.1 M3
**13 Exporting Carrier** Bronco Transportation
**14 Car No. Truck Number** 780

RELEASED
CUSTOMS AND BORDER PROTECTION
BLAINE, WA

**15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric**

| Description | | Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | | FBM | $/MFBM | |
| Softwood Lumber | | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | | |
| 2-13/16 x 4 #4 Clear Grade | 1 Package / 10' | 1,102 | $1,585.62 | $1,747.35 |
| 4 x 4 #2 Clear & Better Grade | 3 Packages | 1,915 | $1,662.28 | $3,183.27 |
| 2/10' 1/16' 1/18' | | | | |
| Total: 4 Packages 3,017 FBM | | | | |

3044 kgs
M3 6.7
Total FBM 23973
total price $3397.03

RECEIVED

**ENTRY/IMMEDIATE DELIVERY**
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289886-3

1. ULTIMATE CONSIGNEE NO.
2. IMPORTER NO.
3. M.S. NUMBER(S)
4. CTRY. ORIG
5. MANUFACTURER ID
6. NO. INV. PGS. 3pgs
7. TOTAL INVOICE VALUE

Permit No. ☒ No
17-OCT-2003
☐ Agent

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 4,930.62 |

1/1 WQO 1289 886-3 CV 10/17/03

STATEMENT #: 3004307150

3004307150

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 11/03/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 11/03/03

STATEMENT FOR: Jones & Jones, L.L.C.

N.W. Forest

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

J/J

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289903-6 | 012699036 | 03 | | 0.00 | 0.00 | 4626.47Y | 2406.97Y | 0.00 | 7033.44 | |

*1289903-6 *W3-10381-A $7033.44
*W3-10381-B
*W3-10381-C
WFP-1012-A Lmbr
WFP-1012-B Lmbr

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

CUSTOMS & BORDER PROTECTION BLAINE WA
2003 NOV -3 P 1:07
RECEIVED

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

| | | |
|---|---|---|
| (1) Entry No. [illegible] | (2) Entry Type Code [illegible] | 3. Entry Summary Date [illegible] |
| 4. Entry Date [illegible] | (5) Port Code [illegible] | |
| 6. Bond No. [illegible] | 7. Bond Type Code | 8. Broker/Importer File No. [illegible] |

9. Ultimate Consignee Name and Address

[illegible]
NORTHWEST FOREST PRODUCTS

1476 THORNE RD

TACOMA, WA 98421

WA
State

10. Consignee No. [illegible]

(11) Importer of Record Name and Address

[illegible]
NORTHWEST FOREST PRODUCTS

1476 THORNE RD
TACOMA, WA 98421

(12) Importer No. [illegible]

(13) Exporting Country [illegible]

14. Export Date [illegible]

(15) Country of Origin [illegible]

16. Missing Documents

(17) I.T. No.

(18) I.T. Date

(19) B L or AWB No

20. Mode of Transportation [illegible]

21. Manufacturer I.D. [illegible]

22. Reference No. [illegible]

(23) Importing Carrier [illegible]

24. Foreign Port of Lading

25. Location of Goods/G.O. No.

26. U.S. Port of Unlading [illegible]

(27) Import Date [illegible]

| (28) Line No. | (29) Description of Merchandise / 30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001<br>XC CA | WESTERN RED CEDER ROUGH SAWN<br>4407.10.0068<br>A122-838-000<br>C122-839-000 | 14200 KG | 26 M3 | 14255<br>[illegible] | Free<br>8.43%<br>18.79% | 0.00<br>1370.50<br>3054.11 | |
| 002<br>XC CA | WESTERN RED CEDER ROUGH SAWN<br>4407.10.0068<br>A122-838-017<br>C122-839-000 | 10511 KG | 20 M3 | 8567<br>[illegible] | Free<br>12.09%<br>18.79% | 0.00<br>1036.57<br>1572.16 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GIV | 25060.16 | Block 39: | 7033.44 | BEEF | 053 | .00 | [illegible] | 311 | .00 |
| NDC | 438.10 | ADA 012 | 2406.97 | PORK | 054 | .00 | [illegible] | 496 | .00 |
| NEV | 24622.06 | CVD 013 | 4626.47 | HONEY | 055 | .00 | HPF | 499 | .00 |
| | | [illegible] 038 | .00 | COTTN | 056 | .00 | HMF | 501 | .00 |
| | | [illegible] 099 | .00 | SUGAR | 079 | .00 | [illegible] | 103 | .00 |

NEV 24622

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.
I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980: This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | (37) Duty | .00 |
| | C. Ascertained Tax | (38) Tax | .00 |
| | D. Ascertained Other | (39) Other | 7033.44 |
| | E. Ascertained Total | (40) Total | 7033.44 |

(41) Signature of Declarant, Title, and Date [illegible]

2003 NOV - 3

Customs Form 7501 (112295)

MULTIPLE USE