# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address):
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5070
CDN. FAX: 888-536-9242
U.S. PHN: 360-332-6080
U.S. FAX: 360-332-1382
"Service with Integrity"

Exp Ref. No. W3-10381-A
Page 1 of Pages 1

3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)
Parties to this transaction are: ☒ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (if different from block 3)
I.R.S.#

5 Terms of Sale - Delivery - Payment
☒ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☒ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S Duty and/or Brokerage Charge for ☐ Shipper ☒ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, Washington
9 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No.: 31924
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 5814 KG 10.8 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 928

| 15 Invoice item description (To include marks, numbers & kinds of packages; U.S. Customs requires weights and measures in metric) | | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | | FBM | $/MFBM | |
| Softwood Lumber | | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | | |
| 4 x 4 #4 Clear Grade | 1 Package / 10' | 917 | $1,425.28 | $1,306.98 |
| 4 x 4 #2 Clear & Better Grade | 3 Packages | 3,661 | $1,662.28 | $6,085.61 |
| 1/10' 1/12' 1/14' 1/16' | | | | |
| Total: 4 Packages 4,578 FBM | | | | |

RELEASED OCT 21 2003 U.S. CUSTOMS AND BORDER PROTECTION BLAINE, WA

1) 4407.10.0068
11181 fbm = 26m³
$16544.24
14200 Kgs
total 19457
m3 2462
2) 4407.10.0068
8276 fbm = 20m³
$8515.92
10511 Kgs
A122838017
C122839000
$438

**ENTRY/IMMEDIATE DELIVERY**
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289903-6

1. ULTIMATE CONSIGNEE NO.
2. IMPORTER NO.
3. H.S. NUMBER(S)
4. CTRY. ORIG.
5. MANUFACTURER ID
6. NO. INV. PGS.
7. TOTAL INVOICE VALUE

RECEIVED
20-OCT-2003

| | |
|---|---|
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 | |
| Invoice Total | $ 7,392.59 |

W3-10381-ABC/WFP1012 AB

1/1 WQO 1289903-6 CR 10/20/03 5 total pages

# U.S. Customs Invoice

| | | |
|---|---|---|
| 1 Exporter, Shipper, Seller (Complete Name & Address)<br>Northwest Forest Products<br>c/o ER Probyn Export Ltd.<br>628 Sixth Avenue, Suite 530<br>New Westminster, B.C., Canada V3M 6Z1 | U.S. CUSTOMS CLEARANCE BY:<br>Jones & Jones Customs Brokers<br>CDN. PHN: 888-536-5079<br>CDN. FAX: 888-536-9742<br>U.S. PHN: 360-332-6090<br>U.S. FAX: 360-332-1282<br>"Service with Integrity" | Exp Ref. No.<br>W3-10381-A<br>Page 1 of Pages 1 |
| 2 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)<br>Parties to this transaction are: ☒ Not Related ☐ Related<br>Northwest Forest Products<br>1476 Thorne Rd<br>Tacoma, WA 98421<br>I.R.S.# 91-1234195 | 4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (If different from block 2)<br>I.R.S.# | |

| | | |
|---|---|---|
| 5 Terms of Sale - Delivery - Payment<br>☒ F.O.B. PLANT or ☐ DESTINATION or<br>Prices Shown in Column 18 INCLUDE:<br>☐ U.S. BROKERAGE ☐ CVD/ADD ☒ FREIGHT<br>Discount (Specify Type/Amount)<br>Other (Specify)<br>U.S. Duty and/or Brokerage Charges for ☐ Shipper ☒ Buyer ☐ Consignee<br>or for the Account of: Northwest Forest Products | 6 Place of Lading (City/Province/Country): Mission, B.C., Canada<br>8 U.S. Port of Entry: Blaine, Washington<br>10 Invoice No.: 31924<br>13 Exporting Carrier: Bronco Transportation | 7 Country & Province of Manufacture: Canada - B.C.<br>10 Destination (City/State/Country): Tacoma, Washington USA<br>11 Currency of Sale: U.S. Funds<br>12 Gross Weight and Cubage (Metric): 5814 KG 10.8 M3<br>14 Car No. Truck Number: 928 |

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 _68_ (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 4 x 4 #4 Clear Grade 1 Package / 10' | 917 | $1,425.28 | $1,306.98 |
| 4 x 4 #2 Clear & Better Grade 3 Packages | 3,661 | $1,662.28 | $6,085.61 |
| 1/10' 1/12' 1/14' 1/16' | | | |
| Total: 4 Packages 4,578 FBM | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | total 5 invoices 19457 FBM | | |
| Remaned by Edge Gluing Only | | | Total 5 invoices |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | m3 46 | | $25060.16 |
| Primary Mill: Sawarne Lumber Co., Ltd. | | | |

| | | |
|---|---|---|
| 19 If goods are not sold, state reason for export | 20 Export Permit No. | 29 Packaging |
| 21 Estimated freight charges to point of exit $ ___ Or to destination $ 103.10 | | 30 Ocean or International Freight |
| 22 Mode of Transport from point of exit ☒ Road ☐ Rail ☐ Water ☐ Air ☐ Other | 23 Containerized ☐ Yes ☒ No | 31 Domestic Freight Charges |
| I hereby certify that the information given above is true and complete in every respect.<br>24 Give firm name and address if different from exporter box above. | | 32 Insurance |
| | 25 Date 20-OCT-2003 | 33 Misc. Transp. |
| | 27 Status ☒ Owner ☐ Agent | 34 Commission |
| | | 35 Container |
| | | 36 Assists |
| 26 Agent Signature | 28 Shipper Signature D. Bailey | 37 Invoice Total $ 7,392.59 |

1/1 WQC 1289403-6 cr 10/20/03

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Cen Acc. No. W3-10381-B
Page 1 of 1

2 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (If different from block 2)
I.R.S.#

3 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount Specify Type/Amount)
Other (Specify)
U.S. Delivery and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

5 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, Washington
10 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No: 23243
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 5982 KG 11.1 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 928

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 4 x 4 #4 Clear Grade 5 Packages | 4,710 | $1,386.12 | $6,528.63 |
| 3/8' 1/12' 1/14' | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Mill & Timber Products Ltd. | | | |

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ Or to destination $ 102.05
22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect
24 Give firm name and address if different from exporter box above.
25 Date 20-OCT-2003
27 Status ☑ Owner ☐ Agent
26 Agent Signature
28 Shipper Signature: B Bailey

29 Packaging
30 Ocean or International Freight
31 Domestic Freight Charges
32 Insurance
33 Misc. Transp.
34 Commission
35 Container
36 Assists
37 Invoice Total $ 6,528.63

1/2 WQO 1289903-6