STATEMENT #: 3004289205

3004289205

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 10/16/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/16/03

STATEMENT FOR: Jones & Jones, L.L.C.

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

N.W Forest.

J/J

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289736-0 | 012897360 | 03 | | 0.00 | 0.00 | 7740.16Y | 3472.57Y | 0.00 | 11212.73 | |

* WFP-1001

CUSTOMS & BORDER PROTECTION BLAINE
2003 OCT 16 P 4:28
RECEIVED

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

# ENTRY SUMMARY

UNITED STATES CUSTOMS SERVICE

| Field | Value |
|---|---|
| 1. Entry No. | WG0 1289736-0 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 10/16/03 |
| 4. Entry Date | 10/02/03 |
| 5. Port Code | 3004 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 9 |
| 8. Broker/Importer File No. | 03-12897360 |
| 10. Consignee No. | 91-123419500 |
| 12. Importer No. | 91-123419500 |
| 13. Exporting Country | CA |
| 14. Export Date | 10/02/03 |
| 15. Country of Origin | XC |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B.L or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | XCERPRO628NEW |
| 22. Reference No. | 91-1788655 |
| 23. Importing Carrier | BRONCO |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 3004 |
| 27. Import Date | 10/02/03 |

WG0-1289736-0

9. Ultimate Consignee Name and Address

1852
NORTHWEST FOREST PRODUCTS

1476 THORNE RD

TACOMA, WA 98421

WA
State

11. Importer of Record Name and Address

1852
NORTHWEST FOREST PRODUCTS

1476 THORNE RD
TACOMA, WA 98421

| 28. Line No. | 29. Description of Merchandise / 30. A. T.S.U.S.A. No. B. ADA/CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C Rate D. Visa No. | 35. Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | |
| XC CA | 4407.10.0068 | 29890 KG | 56 M3 | 41193 | Free | 0.00 |
| | A122-853-000 | | | C25 | 8.43% | 3472.57 |
| | C122-837-000 | | | N | 19.77% | 7740.16 |

CUSTOMS & BORDER PROTECTION BLAINE, WA 2003 OCT 16 P 4:35 RECEIVED

CUSTOMS & BORDER PROTECTION BLAINE, WA 2003 OCT 16 P 4:35 RECEIVED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GIV 41630.75 | Block 39: | 11212.73 | BEEF 053 | .00 | INFRM 311 | .00 | | |
| NDC 438.10 | ADA 012 | 3472.57 | PORK 054 | .00 | DMF 496 | .00 | | |
| NEV 41192.65 | CVD 013 | 7740.16 | HONEY 055 | .00 | MPF 499 | .00 | | |
| | TEA 038 | .00 | COTTN 056 | .00 | HMF 501 | .00 | | |
| | PTO 090 | .00 | SUGAR 079 | .00 | MSH 103 | .00 | | |

NEV 41193

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the

[X] Importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise

[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | .00 |
| | D. Ascertained Other | 39. Other | 11212.73 |
| | E. Ascertained Total | 40. Total | 11212.73 |

41. Signature of Declarant, Title, and Date 10/07/03
MICHAEL D JONES - ATTY IN FACT

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1252
"Service with Integrity"

**Exp. Ref. No.** WFP1001

**Page** 1 **of** 1

**3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)**
Parties to this transaction are: ☒ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (if different from block 3)**

RELEASED
OCT 02 2003
CUSTOMS PROCESSED BLAINE

**5 Terms of Sale - Delivery - Payment**
☒ F.O.B. PLANT or ☐ DESTINATION or ______
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☒ FREIGHT
Discounts(Specify Type/Amount) ______
Other (specify) ______
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☒ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

| | |
|---|---|
| **6 Place of Lading (City/Province/Country)** Mission, B.C., Canada | **7 Country & Province of Manufacture** Canada - B.C. |
| **8 U.S. Port of Entry** Blaine, Washington | **10 Destination (City/State/Country)** Tacoma, Washington USA |
| **10 Invoice No.** 137/62063 | **11 Currency of Sale** U.S. Funds |
| **12 Gross Weight and Cubage (Metric)** 29890 KG 55.5 M3 | |
| **13 Exporting Carrier** Bronco Transportation | **14 Car No. Truck Number** 771 |

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 6 #2 Clear & Better Grade 4 Packages | 5,247 | $1,915.50 | $10,050.63 |
| 7/4 x 6 #4 Clear Grade Included in 4 Packages Above | 1,835 | $1,336.25 | $2,452.02 |
| 7/4 x 8 #2 Clear & Better Grade 7 Packages | 12,338 | $1,915.50 | $23,633.44 |
| 7/4 x 8 #4 Clear Grade Included in 7 Packages Above | 4,112 | $1,336.25 | $5,494.66 |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |

RECEIVED
2003 OCT 16 P 4:35
CUSTOMS & BORDER PROTECTION BLAINE, WA

**ENTRY/IMMEDIATE DELIVERY**
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289736-0

1. ULTIMATE CONSIGNEE NO. [redacted]
2. IMPORTER NO. [redacted]
3. H.S. NUMBER(S) [redacted]
4. CTRY. ORIG.
5. MANUFACTURER ID [redacted]
6. NO. INV. PGS.
7. TOTAL INVOICE VALUE

**Permit No.**
☑ No
OCT-2003
☐ Agent

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter-/International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 41,630.75 |