# ENTRY SUMMARY

UNITED STATES CUSTOMS SERVICE

UPS-SUPPLY CHAIN SOLUTION 110
P.O. BOX 849
SUMAS WA 98295

| | | |
|---|---|---|
| (1) Entry No. 4648598-6 | (2) Entry Type Code 03 ABI/A | 3. Entry Summary Date [illegible] |
| 4. Entry Date 10/17/03 | (5) Port Code 3009 | |
| 6. Bond No. 891 | 7. Bond Type Code 8 | 8. Broker / Importer File No. 79-058365 |

9. Ultimate Consignee Name and Address: WA State

10. Consignee No. 91-1234195

(11) Importer of Record Name and Address: NORTHWEST FOREST PRODUCTS, 1476 THORNE RD, TACOMA WA 98421

(12) Importer No. 91-1234195

(13) Exporting Country: CA

14. Export Date: 10/03/03

(15) Country of Origin: XC

16. Missing Documents:

(17) I.T. No.:

(18) I.T. Date:

(19) B L or AWB No.:

20. Mode of Transportation: 30

21. Manufacturer I.D.: XCNORFOR8888NEW

22. Reference No.: 94-3062515-23

(23) Importing Carrier: BRONCO

24. Foreign Port of Lading:

25. Location of Goods/G.O. No.:

26. U.S. Port of Unlading: 3009

(27) Import Date: 10/05/03

| (28) Line No. | (29) Description of Merchandise — 30. (A) T.S.U.S.A. No. B. ADA CVD Case No | 31. (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C. Rate D. Visa No. | (35) Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|
| | 19124 BFT WRC LUMBER INV. NO. 001 | | | | | |
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | |
| | SIV | | $33,924.60 | | | |
| | Less Freight | | 374.50 | | | |
| | Ent Value | | $33,550.00 | | | |
| | CA4407.10.0068 | 24,290 | 45 M3 | 33,550 C 50 | FREE | FREE |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | 6,304.05 |
| | A122-839-000 ANTIDUMPING | | | | 8.43 % | 2,828.27 |
| | BLOCK 39 SUMMARY : | | | | | |
| | ADD | 012 | 2,828.27 | | | |
| | CVD | 013 | 6,304.05 | | | |
| | TOTAL ENTERED VALUE: | | 33,550.00 | | | |

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR XX owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

| ▼ U.S. CUSTOMS USE ▼ | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | (37) Duty | .00 |
| | C. Ascertained Tax | (38) Tax | |
| | D. Ascertained Other | (39) Other | 9,132.32 |
| | E. Ascertained Total | (40) Total | 9,132.32 |

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

(41) Signature of Declarant, Title, and Date

Customs Form 7501

79-058365

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)

Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:

Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Exp Ref. No. WFP1003

Page 1 of Pages 1

2 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)

Parties to this transaction are: ☑ Not Related ☐ Related

Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234196

4 Consignee (Ship To) (Complete Name and Address To Include Fed. Tax ID #) (If different from block 2)

I.R.S.#

3 Terms of Sale - Delivery - Payment

☑ F.O.B. PLANT or ☐ DESTINATION at

Prices Shown in Column 18 INCLUDE:

☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT

Discount (Specify Type/Amount)

Other (Specify)

U.S. Duty and/or Brokerage Charges ☐ Shipper ☑ Buyer ☐ Consignee

are for the Account of: Northwest Forest Products

5 Place of Lading (City/Province/Country): Mission, B.C., Canada

7 Country & Province of Manufacture: Canada - B.C.

8 U.S. Port of Entry: Sumas, Washington

10 Destination (City/State/Country): Tacoma, Washington USA

9 Invoice No.: 137/62063

11 Currency of Sale: U.S. Funds

12 Gross Weight and Cubage (Metric): 24290 KG 45.1 M3

13 Exporting Carrier: Bronco Transportation

14 Car No. Truck Number: 917

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 8 #2 Clear & Better Grade 3 Packages | 3,943 | $1,915.50 | $7,552.82 |
| 7/4 x 8 #4 Clear Grade Included in 3 Packages Above | 1,123 | $1,336.25 | $1,500.61 |
| 7/4 x 10 #2 Clear & Better Grade 4 Packages | 5,228 | $1,915.50 | $10,014.23 |
| 7/4 x 10 #4 Clear Grade Included in 4 Packages Above | 1,944 | $1,336.25 | $2,597.67 |
| 7/4 x 12 #2 Clear & Better Grade 3 Packages | 5,279 | $1,915.50 | $10,111.92 |
| 7/4 x 12 #4 Clear Grade Included in 3 Packages Above | 1,607 | $1,336.25 | $2,147.35 |
| Total: 10 Packages 19,124 FBM 1/8' 5/12' 4/20' | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Weyerhaeuser Company | | | |

19 If goods are not sold, state reason for export

20 Export Permit No.

21 Estimated freight charges to point of exit $ ........ Or to destination $ 374.50

22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other

23 Containerized: ☐ Yes ☑ No

I hereby certify that the information given above is true and accurate in every respect.

24 Give firm name and address if different from exporter box above.

25 Date: 3-OCT-2003

27 Status: ☑ Owner ☐ Agent

26 Agent Signature

28 Shipper Signature: B. Barlow

29 Packaging

30 Ocean or Inter-International Freight

31 Domestic Freight Charges

32 Insurance

33 Misc. Taxes

34 Commission

35 Container

36 Assist

37 Invoice Total: $ 33,924.60

Received Time Oct. 3. 2:50PM

11m - 4648593-6

STATEMENT #: 3004294140 UNITED STATES CUSTOMS SERVICE PAGE: 1
AUTOMATED COMMERCIAL SYSTEM PMT DUE DATE: 10/21/03
DAILY STATEMENT REPORT (PRELIMINARY) CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/21/03

3004294140

STATEMENT FOR: Jones & Jones, L.L.C.

N.W. Forest JJ

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289769-1 | 012897691 | 03 | | 0.00 | 0.00 | 6720.62Y | 3015.16Y | 0.00 | 9735.78 | |
| WQO-1289770-9 | 012897709 | 03 | | 0.00 | 0.00 | 5601.49Y | 2513.07Y | 0.00 | 8114.56 | |

★ 1289769-1 W3-10348 $9735.78
WFP-1004

★ 1289770-9 W3-10350 $8114.56

$17,850.34

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

RECEIVED 2003 OCT 21 P 2:14