# ENTRY SUMMARY

UNITED STATES CUSTOMS SERVICE

| Field | Value |
|---|---|
| 1. Entry No. | W80 1259770-9 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | |
| 4. Entry Date | 10/07/03 |
| 5. Port Code | 3004 |
| 6. Bond No. | 992 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | |
| 9. Ultimate Consignee Name and Address | 1852 NORTHWEST FOREST PRODUCTS 1476 THORNE RD TACOMA, WA 98421 |
| State | WA |
| 10. Consignee No. | 91-1234179500 |
| 11. Importer of Record Name and Address | 1852 NORTHWEST FOREST PRODUCTS 1476 THORNE RD TACOMA, WA 98421 |
| 12. Importer No. | 91-123417950 |
| 13. Exporting Country | CA |
| 14. Export Date | 10/07/03 |
| 15. Country of Origin | XC |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B.L or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | XCERPROD4624NEW |
| 22. Reference No. | 91-1709953 |
| 23. Importing Carrier | BRCWOOD |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 3004 |
| 27. Import Date | 10/07/03 |

| 28. Line No. | 29. Description of Merchandise / 30. (A) T.S.U.S.A. No. (B) ADA/CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDAR ROUGH SAWN | | | | | | |
| XC CA | 4407.10.0068 | 28041 KG | 52 M3 | 29811 | Free | | .00 |
| | A122-838-000 | | | 225 | 8.43% | 2513 | .07 |
| | C122-839-000 | | | N | 18.79% | 5601 | .49 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GTV | 30246.86 | Block 39: 8114.56 | | BEEF 053 | .00 | INFRM 311 | .001 |
| ADC | 436.10 | ADA 012 | 2513.07 | PORK 054 | .00 | DSF 496 | .001 |
| NEV | 29810.76 | CVD 013 | 5601.49 | HONEY 055 | .00 | MPF 499 | .001 |
| | | TEA 038 | .00 | COTTN 056 | .00 | HMF 501 | .001 |
| | | IPTL 090 | .00 | SUGAR 077 | .00 | MSH 103 | .001 |

NEV 29811

RECEIVED 2003 OCT 29 P 2:02 CUSTOMS & BORDER PROTECTION BLAINE, WA

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the

[X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise

[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

U.S. CUSTOMS USE

| A. Liq. Code | B. Ascertained Duty | TOTALS |
|---|---|---|
| | | 37. Duty .00 |
| | C. Ascertained Tax | 38. Tax .00 |
| | D. Ascertained Other | 39. Other 8114.56 |
| | E. Ascertained Total | 40. Total 8114.56 |

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

41. Signature of Declarant, Title, and Date

MICHAEL D. JONES - AGENT 10/28/03

MULTIPLE USE

Customs Form 7501 (112295)