DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

UPS-SUPPLY CHAIN SOLUTION 110
P.O. BOX 249
SUMAS WA 98295

| | | |
|---|---|---|
| (1) Entry No. 464862B-0 | (2) Entry Type Code 03 ABI/A | 3. Entry Summary Date |
| 4. Entry Date 10/21/03 | (5) Port Code 3009 | |
| 6. Bond No. 291 | 7. Bond Type Code 8 | 8. Broker / Importer File No. 79-052558 PS |

| | | | |
|---|---|---|---|
| 9. Ultimate Consignee Name and Address | 10. Consignee No. 91-1234195 | (11) Importer of Record Name and Address: NORTHWEST FOREST PRODUCTS, 1476 THORNE RD, TACOMA WA 98421 | (12) Importer No. 91-1234195 |
| WA State | | (13) Exporting Country CA | 14. Export Date 10/07/03 |
| | | (15) Country of Origin XC | 16. Missing Documents |
| | | (17) I.T. No. | (18) I.T. Date |
| (19) B/L or AWB No. | 20. Mode of Transportation 30 | 21. Manufacturer I.D. XCNORFOR628NEW | 22. Reference No. 94-3083515-83 |
| (23) Importing Carrier BRONCO #606 | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading 3009 | (27) Import Date 10/07/03 | | |

| (28) Line No. | 30. (A) T.S.U.S.A. No. B. ADA/CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C. Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | EDGE GLUED WRC ROUGH GREEN | | | | | | |
| | INV. NO. 001 | | | | | | |
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| | GIV | | $38,179.92 | | | | |
| | Less Freight | | 438.10 | | | | |
| | Ent Value | | $37,741.00 | | | | |
| | CA4407.10.0068 | 27,777 | 52 M3 | 37,741 C 50 | FREE | FREE | |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | 7,091.53 | |
| | A122-838-000 ANTIDUMPING | | | | 8.43 % | 3,181.57 | |
| | BLOCK 39 SUMMARY : | | | | | | |
| | ADD | 012 | 3,181.57 | | | | |
| | CVD | 013 | 7,091.53 | | | | |
| | TOTAL ENTERED VALUE: | | 37,741.00 | | | | |

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR XX owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

| ▼ U.S. CUSTOMS USE ▼ | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | (37) Duty | .00 |
| | C. Ascertained Tax | (38) Tax | |
| | D. Ascertained Other | (39) Other | 10,273.10 |
| | E. Ascertained Total | (40) Total | 10,273.10 |

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

(41) Signature of Declarant, Title, and Date

BILLING COPY

Customs Form 7501

79-058531

# U.S. Customs Invoice

| | |
|---|---|
| 1 Exporter, Shipper, Seller (Complete Name & Address): Northwest Forest Products c/o ER Probyn Export Ltd. 628 Sixth Avenue, Suite 530 New Westminster, B.C., Canada V3M 6Z1 | U.S. Customs Clearance by: Jones & Jones Customs Brokers. CDN. PHN: 888-634-6079 CDN. FAX: 888-536-9742 U.S. PHN: 360-332-6899 U.S. FAX: 360-332-7282 "Service with Integrity" — FAXED — Exp Ref. No. W3-10351 — Page 1 of 1 |
| 3 U.S. Buyer (Sold To) (complete name and address) (To include Fed. Tax ID #) — Parties to U/A transaction are: ☑ Not Related ☐ Related. Northwest Forest Products 1476 Thorne Rd Tacoma, WA 98421 I.R.S.# 91-1234195 | 4 Consignee (Ship To) (Complete Name and Address) (to include Fed. Tax ID #) (if different from block 3) — I.R.S.# |
| 5 Terms of Sale - Delivery - Payment: ☑ F.O.B. PLANT at ☐ DESTINATION at ___ From/Shown in Column 18 INCLUDED ☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT; Discount (Specify Type/Amount); Other (Specify); U.S. Duty and/or Brokerage Charges for: ☐ Shipper ☑ Buyer ☐ Consignee; or for the Account of: Northwest Forest Products | 6 Place of Lading (City/Province/Country): Mission, B.C., Canada — 7 Country & Province of Manufacture: Canada - B.C. — 8 U.S. Port of Entry: Sumas, Washington — 9 Destination (City/State/Country): Tacoma, Washington USA — 10 Invoice No.: 105/23826 — 11 Currency of Sale: U.S. Funds — 12 Gross Weight and Cubage: 10276 KG 19.1 MG — 13 Exporting Carrier: Bronco Transportation — 14 Car No. Truck Number: 776 |

| 15 Invoice Item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures for tariffs | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - ~~4407.10.00~~ 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber 4421.90.9740 - FREE | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 8" #4 Clear Grade 7 Packages | 8,091 | $1,495.00 | $12,096.05 |
| 5/10' 2/20' | | | |
| Producer: Wilkerson Forest Products, Ltd., division of AS, WA | | | |
| ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths and pine shoot beetles do not occur" | | | |
| Primary Mill: Weyerhaeuser Company | | | |

CUSTOMS AND BORDER PROTECTION OCT 07 2003 [signature]

| | |
|---|---|
| 19 If goods are not sold, state reason for export | 20 Export Permit No. |
| 21 Estimated Freight charges to point of exit $ ___ Or to destination $ 151.45 | 29 Packaging |
| 22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other | 23 Containerized ☐ Yes ☑ No |
| I hereby certify that the information given above is true and complete in every respect. | 30 Ocean or Inland International Freight |
| 24 Give firm name and address if different from exporter box above. 79-058531 110-4648622-3 | 25 Date 6-OCT-2003 — 31 Domestic Freight Charges |
| 26 Status ☑ Owner ☐ Agent | 32 Insurance; 33 Misc. Transp.; 34 Commission; 35 Container; 36 Assists; 37 |
| 28 Agent Signature 10-7-03 | 27 Shipper Signature [signature] — Invoice Total $ 12,096.05 |

110-4648622-3

Received Time Oct. 6. 2:39PM

NOV. 2 2003 6:43PM JONES & JONES NO.2855 P. 17

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

UPS-SUPPLY CHAIN SOLUTION 11
P.O. BOX 249
SUMAS WA 98295

1. Entry No. 4648622-
2. Entry Type Code 03 ABI/
3. Entry Summary Date
4. Entry Date 10/22/03
5. Port Code 3009
6. Bond No. 891
7. Bond Type Code 8
8. Broker/Importer File No. 79-058531 PG 1

9. Ultimate Consignee Name and Address
10. Consignee No. 91-1234195
11. Importer of Record Name and Address
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA WA 98421
12. Importer No. 91-1234195

WA State

13. Exporting Country CA
14. Export Date 10/07/03
15. Country of Origin XC
16. Missing Documents
17. I.T. No.
18. I.T. Date
19. B L or AWB No.
20. Mode of Transportation 30
21. Manufacturer I.D. XCNORFOR628NEW
22. Reference No. 94-3063515-23
23. Importing Carrier BRONCO #778
24. Foreign Port of Lading
25. Location of Goods/G.O. No.
26. U.S. Port of Unlading 3009
27. Import Date 10/07/03

| 28. Line No. | 29. Description of Merchandise: 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | WRC EDGE GLUED | | | | | | |
| | | INV. NO. 001 | | | | | |
| 001 | OTHER ARTICLES OF WOOD NSPF | | | | | | |
| | EIV | | $12,096.05 | | | | |
| | Less Freight | | 151.45 | | | | |
| | Ent Value | | $11,945.00 | | | | |
| | CA4421.90.9740 | 10,276 | X | 11,945 C 30 | FREE | | FREE |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | | 2,244.47 |
| | A122-838-000 ANTIDUMPING | | | | 8.43 % | | 1,006.96 |
| | BLOCK 39 SUMMARY : | | | | | | |
| | ADD | 012 | 1,006.96 | | | | |
| | CVD | 013 | 2,244.47 | | | | |
| | TOTAL ENTERED VALUE: | | 11,945.00 | | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR XX owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

| ▼ U.S. CUSTOMS USE ▼ | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | 3,251.43 |
| | E. Ascertained Total | 40. Total | 3,251.43 |

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

41. Signature of Declarant, Title, and Date

Customs Form 7501