79-058558

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-7079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-8282
"Service with Integrity"

Exp Ref. No. WFP1006
Page 1 of 1 Pages

3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address) (To include Fed. Tax ID #) (if different from block 3)
I.R.S.#

5 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges for the Account of: ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Sumas, Washington
10 Destination (City/State/Country): Tacoma, Washington USA
9 Invoice No.: 137/62063
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 27777 KG 51.6 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck number: 806

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4421.90.9740 X (CA-NAFTA) 31870 FBM | FBM | $/MFBM | |
| Softwood Lumber 12 UNITS 5/12 1/14 4/16 2/20 | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 12 #2 Clear & Better Grade 3 Packages | 4,440 | $1,915.50 | $8,504.82 |
| 7/4 x 12 #4 Clear Grade Included in 3 Packages Above | 1,105 | $1,336.25 | $1,476.56 |
| 7/4 x 10 #2 Clear & Better Grade 4 Packages | 5,113 | $1,915.50 | $9,793.95 |
| 7/4 x 10 #4 Clear Grade Included in 4 Packages Above | 1,969 | $1,336.25 | $2,631.08 |
| 7/4 x 8 #2 Clear & Better Grade 4 Packages | 5,564 | $1,915.50 | $10,657.84 |
| 7/4 x 8 #4 Clear Grade Included in 4 Packages Above | 2,428 | $1,336.25 | $3,244.42 |
| 7/4 x 8 #4 Clear Grade 1 Package | 1,251 | $1,495.00 | $1,870.25 |

Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada

Remaned by Edge Gluing Only

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur"

Primary Mill: Weyerhaeuser Company

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ Or to destination $ 436.10
22 Containerized ☐ Yes ☑ No
23 Mode of Transport from point of exit ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
I hereby certify that the information given above is true and complete in every respect.
24 Give the name and address if different from exporter box above:
25 Date 6-OCT-2003
27 Status ☑ Owner ☐ Agent
26 Agent Signature
28 Shipper's Signature B. Barton

29 Packaging
30 Ocean or Intl International Freight
31 Domestic Freight Charges
32 Insurance
33 Misc. Items
34 Commissions
35 Containers
36 Assists
37 Invoice Total $ 38,178.92

110-4648628-0

Received Time Oct. 8. 3:39PM

UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

UPS--SUPPLY CHAIN SOLUTION 110
P.O. BOX 249
SUMAS WA 98295

1. Entry No.: 4648781-7
2. Entry Type Code: 03 ABI/A
3. Entry Summary Date: CST $ : 794
4. Entry Date: 10/21/03
5. Port Code: 3009
6. Bond No.: 891
7. Bond Type Code: 8
8. Broker / Importer File No.: 79-058721 PG 1
9. Ultimate Consignee Name and Address: WA State
10. Consignee No.: 91-1234195
11. Importer of Record Name and Address: NORTHWEST FOREST PRODUCTS, 1476 THORNE RD, TACOMA WA 98421
12. Importer No.: 91-1234195
13. Exporting Country: CA
14. Export Date: 10/07/03
15. Country of Origin: XC
16. Missing Documents:
17. I.T. No.:
18. I.T. Date:
19. B/L or AWB No.:
20. Mode of Transportation: 30
21. Manufacturer I.D.: XCNORFOR628NEW
22. Reference No.: 94-3083515-23
23. Importing Carrier: BRONCO
24. Foreign Port of Lading:
25. Location of Goods/G.O. No.:
26. U.S. Port of Unlading: 3009
27. Import Date: 10/07/03

| 28. Line No. | 29. Description of Merchandise: 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | | | | N | | | |
| | 20275 FBM EDGE-GLUED CEDAR LUMBER | | | | | | |
| | INV. NO. 001 | | | | | | |
| 001 | OTHER PICKETS, PALINGS, POSTS, | | | | | | |
| | GIV | | $26,271.68 | | | | |
| | Ent Value | | $26,272.00 | | | | |
| | CA4421.90.7040 | 18,886 | X | 26,272 C 33 | FREE | | FREE |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | 4,936.51 | |
| | A122-838-000 ANTIDUMPING | | | | 8.43 % | 2,214.73 | |
| 002 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| | GIV | | $13,657.27 | | | | |
| | Ent Value | | $13,657.00 | | | | |
| | CA4407.10.0068 | 6,925 | 13 M3 | 13,657 C 17 | FREE | | FREE |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | 2,566.15 | |
| | A122-838-017 ANTIDUMPING | | | | 12.39 % | 1,692.10 | |

BLOCK 39 SUMMARY :
ADD 012 3,906.83
CVD 013 7,502.66

TOTAL ENTERED VALUE 39,929.00

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR X owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

▼ U.S. CUSTOMS USE ▼

A. Liq. Code
B. Ascertained Duty
C. Ascertained Tax
D. Ascertained Other
E. Ascertained Total

TOTALS

37. Duty: .00
38. Tax:
39. Other: 11,409.49
40. Total: 11,409.49

41. Signature of Declarant, Title, and Date

Customs Form 7501