NOV. 3. 2003 6:42PM JONES & JONES NO. 2855 P. 22
OCT. 7. 2003 4:08PM JONES & JONES 797 P02 NO. 7062 P. 2 17:04

79-058721

# U.S. Customs Invoice

1/2

| | | |
|---|---|---|
| 1 Exporter, Shipper, Seller (Complete Name & Address): Northwest Forest Products c/o ER Probyn Export Ltd. 628 Sixth Avenue, Suite 530 New Westminster, B.C., Canada V3M 6Z1 | U.S. CUSTOMS CLEARANCE BY: Jones & Jones Customs Brokers CDN. PHN: 888-536-3079 CDN. FAX: 888-536-9742 U.S. PHN: 360-332-6090 U.S. FAX: 360-332-1282 "Service with Integrity" | Exp Ref. No. WFP1007-A; Page 1 of 1 |
| 3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #) Parties to this transaction are: ☑ Not Related ☐ Related. Northwest Forest Products 1476 Thorne Rd Tacoma, WA 98421 I.R.S.# 91-1234195 | 4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (If different from block 3) I.R.S.# | |
| 5 Terms of Sale - Delivery - Payment: ☑ F.O.B. PLANT or ☐ DESTINATION or ____ Prices Shown in Column 18 INCLUDE: ☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT; Discount (Specify Type/Amount) ____; Other (Specify) ____; U.S. Customs Brokerage Charges: ☐ Shipper ☑ Buyer ☐ Consignee or for the account of: Northwest Forest Products | 6 Place of Lading (City/Province/Country): Mission, B.C., Canada; 8 U.S. Port of Entry: ~~Blaine~~, Washington; 10 Invoice No.: 137/62083; 11 Currency of Sale: U.S. Funds; 13 Exporting Carrier: Bronco Transportation | 7 Country & Province of Manufacture: Canada - B.C.; 9 Destination (City/State/Country): Tacoma, Washington, USA; 12 Gross Weight and Cubage (Metric): 18826 KG 35.0 M3; 14 Car No. Truck Number: 943 |

| 15 Invoice Item Description (To include metric, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| TOTAL: 7 UNITS, 14,833 FBM 2/8' 3/16' 2/20' | FBM | $/MFBM | |
| U.S.H.T.S. - 4421.90.97.40 (CA-NAFTA) | | | |
| Edge Glued Cedar Lumber, Rough, Green | | | |
| 7/4 x 12 #2 Clear & Better Grade 5 Packages | 8,169 | $1,915.50 | $15,647.72 |
| 7/4 x 12 #4 Clear Grade Included in 5 Packages Above | 2,550 | $1,336.25 | $3,407.44 |
| 7/4 x 10 #2 Clear & Better Grade 1 Package | 770 | $1,915.50 | $1,474.94 |
| 7/4 x 10 #4 Clear Grade Included in 1 Package Above | 117 | $1,336.25 | $156.34 |
| 7/4 x 8 #2 Clear & Better Grade 1 Package | 2,221 | $1,915.50 | $4,254.33 |
| 7/4 x 8 #4 Clear Grade Included in 1 Package Above | 996 | $1,336.25 | $1,330.91 |
| Primary Mill: Weyerhaeuser Company | | | |
| Producer: Wilkerson Forest Products, Ltd., division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Remaned by Edge Gluing Only | | | |

| | | |
|---|---|---|
| 19 If goods are not sold, state reason for export: | 20 Export Permit No. | 29 Packaging |
| 21 Estimated freight charges to point of exit $ ____ Duty Remission $ 273.86 | | 30 Ocean or Inter. International Freight |
| 22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other | 23 Containerized ☐ Yes ☑ No | 31 Domestic Freight Charges |
| I hereby certify that the information given above is true and complete in every respect. 24 (Give firm name and address if different from Exporter box above.) | | 32 Insurance |
| | 25 Date 7-OCT-2003 | 33 Misc. Trans. |
| | 27 Status ☑ Owner ☐ Agent | 34 Commission |
| | | 35 Container |
| | | 36 Assists |
| 26 Agent Signature ____ | 28 Shipper Signature B. Bailey | 37 Invoice Total $ 26,271.68 |