79-958721

2/2

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address):
Weyerhaeuser Company
925 West Georgia Street Fourth Floor
Vancouver, B.C., Canada V6C 3L2

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6060
U.S. FAX: 360-332-1282
"Service with Integrity"

Exp Ref. No.: WFP1007-B

Page 1 of 1 Pages

3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1478 Thorne Rd
Tacoma, WA 98421
IRS# 91-1234195

4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (If different from block 3)
IRS#

5 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION at
Prices Shown in Column 18 INCLUDE
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discount Specify Type/Amount
Other (Specify)
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada

7 Country & Province of Manufacture: Canada - B.C.

8 U.S. Port of Entry: Blaine, Washington

10 Destination (City/State/Country): Tacoma, Washington USA

10 Invoice No.: 137/62062

11 Currency of Sale: U.S. Funds

12 Gross Weight and Cubage (Metric): 6925 KG 12.9 M3

13 Reporting Carrier: Bronco Transportation

14 Car No. Truck Number: 943

| 15 Complete item description (To include marks, symbols & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Western Red Cedar Lumber, Rough, Green | | | |
| 3 x 8 #2 Clr & Btr Grade Vertical Grain 2 Packages | 1,518 | $2,505.00 | $3,802.59 |
| 3 x 10 #2 Clr & Btr Grade Vertical Grain 3 Packages | 2,401 | $2,505.00 | $6,014.51 |
| 3 x 10 #2 Clr & Btr Grade Vertical Grain 2 Packages | 1,533 | $2,505.00 | $3,840.17 |
| Total 7 Packages 5,452 FBM 2/12' 1/13' 1/16' 3/20 | | | |
| This Lumber Was Not Remanufactured in any way | | | |
| Reload Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Weyerhaeuser Company | | | |

19 If goods are not sold, state reason for export:

20 Export Permit No.:

21 Estimated freight charges to point of exit $ ; Or to destination $ 100.62

22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Vessel ☐ Air ☐ Other

23 Containerized: ☐ Yes ☑ No

I hereby certify that the information given above is true and complete in every respect.

24 Give firm name and address if different from exporter box above:
Northwest Forest Products, 1476 Thorne Rd,
Tacoma, Washington, USA 98421

25 Date: 7-OCT-2003

27 Status: ☑ Owner ☐ Agent

26 Agent Signature:

28 Shipper Signature: B. Bailey

29 Packaging
30 Ocean or Inter. Insurance/Freight
31 Domestic Freight Charges
32 Insurance
33 Misc. Taxes
34 Commission
35 Consulate
36 Assists
37 Invoice Total: $ 13,657.27