158

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
International Forest Products Limited
20580 Maple Crescent
Maple Ridge, B.C., Canada

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5078
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.** W310273-A
**Page** 1 of **Pages** 1

**3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)** — Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address) (To include Fed. Tax ID #) (if different from block 3)**
I.R.S.#

**5 Terms of Sale • Delivery • Payment**
☑ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charge for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

**6 Place of Lading (City/Province/Country):** Mission, B.C., Canada
**7 Country & Province of Manufacture:** Canada - B.C.
**8 U.S. Port of Entry:** Blaine, Washington
**10 Destination (City/State/Country):** Tacoma, Washington USA
**10 Invoice No.:** 328784-00
**11 Currency of Sale:** U.S. Funds
**12 Gross Weight and Cubage (Metric):** 5390 KG 10.0 M3
**13 Exporting Carrier:** Bronco Transportation
**14 Car No. Truck Number:** 800

**15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric**

U.S. H.T.S. - 4407.10.00 60 (CA-NAFTA)
Softwood Lumber

Western Red Cedar Lumber, Rough, Green

| 15 Description | | | 16 Invoice Unit Quantity FBM | 17 Invoice Unit Price $/MFBM | 18 Invoice Total |
|---|---|---|---|---|---|
| 5/4 x 4 | #2 Clear Grade | 1 Package | 546 | $505.50 | $276.00 |
| 5/4 x 6 | #2 Clear Grade | 1 Package | 824 | $605.50 | $498.93 |
| 5/4 x 6 | #2 Clear Grade | 2 Packages | 467 | $505.50 | $236.07 |
| 7/4 x 4 | #4 Clear Grade | 5 Packages | 2,406 | $506.15 | $1,217.80 |

Total: 9 Packages 6'-7' 4,243 FBM

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur"

Primary Mill: International Forest Products

**19 If goods are not sold, state reason for export:**
**20 Export Permit No.:**
**21 Estimated freight charges to point of exit** $ **Or to destination** $ 76.95
**22 Mode of Transport from point of exit:** ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
**23 Containerized:** ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect
**24 Give firm name and address if different from exporter box above**
**25 Date:** 2-SEPT-2003
**27 Status:** ☑ Owner ☐ Agent
**26 Agent Signature:**
**28 Shipper Signature:** S. Bailey

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 2,228.80 |

1 of 1 MIQU-1288893-0 9/2/03 TB