# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)

Mill & Timber Products Ltd.
12770 - 116th Avenue
Surrey, B.C., Canada V3V 7H9

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Exp Ref. No. W310273-B

Page 1 of 1 Pages

3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related

Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (if different from block 3)

I.R.S.#

5 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD. ☐ FREIGHT
Discount Specify Type/Amount)
Other (Specify)
U.S.Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, WA
10 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No: 23105
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 7422 KG 13.8 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 800

| 15 Invoice line description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|---|
| U.S. H.T.S. 4407.10.00 WR (CA-NAFTA) | | FBM | $/MFBM | |
| Softwood Lumber | | | | |
| Western Red Cedar Lumber, Rough, Green | | | | |
| 7/4 x 4 #4 Clear | 1 Package | 588 | $1,000.35 | $588.21 |
| 7/4 x 6 #4 Clear | 1 Package | 664 | $1,297.65 | $861.64 |
| 2 x 4 #4 Clear | 1 Package | 784 | $875.31 | $686.24 |
| 2 x 4 #4 Clear | 5 Packages | 3,808 | $573.43 | $2,183.62 |

Total: 8 Packages 6'-7' 5,844 FBM

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur."

Primary Mill: Mill & Timber Products, Ltd.

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ Or to destination $ 108.75
22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect
24 Give firm name and address if different from exporter box above.
25 Date: 2-SEPT-2003
27 Status: ☑ Owner ☐ Agent
26 Agent Signature
28 Shipper Signature: B. Bailey

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter-International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 4,319.71 |

9/2/03 TB

WD04-178893-0

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)** EXPO[illegible]

Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.** W310273-C

**Page** 1 **of** 1 **Pages**

**3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)** Parties to this transaction are: ☑ Unrelated ☐ Related

Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (if different from block 3)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION or ........
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discounts (Specify Type/Amount) ........
Other (Specify) ........
U.S. Duty and/or Brokerage Charge for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

**6 Place of Lading (City/Province/Country)** Mission, B.C., Canada
**7 Country & Province of Manufacture** Canada - B.C.
**8 U.S. Port of Entry** Blaine, Washington
**10 Destination (City/State/Country)** Tacoma, Washington, USA
**10 Invoice No.** 105/23712
**11 Currency of Sale** U.S. Funds
**12 Gross Weight and Cubage (Metric)** 17090 KG 31.8 M3
**13 Exporting Carrier** Bronco Transportation
**14 Car No. Truck Number** 800

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | | | 16 Invoice Unit Quantity FBM | 17 Invoice Unit Price $/MFBM | 18 Invoice Total |
|---|---|---|---|---|---|
| 4407.10.0068 per CF 59 | | | | | |
| U.S.H.T.S. ~~4421.90.97 40~~ (CA-NAFTA) | | | | | |
| Edge-Glued Cedar Panels, Rough, Green | | | | | |
| 7/4 x 6 | #4 Clear Grade | 9 Packages | 11,712 | $1,370.00 | $16,045.44 |
| 7/4 x 6 | #4 Clear Grade | 1 Package | 847 | $1,330.50 | $1,126.93 |
| 2 x 6 | #4 Clear Grade | 1 Package | 896 | $1,261.40 | $1,130.21 |
| Packages: 1/8' 5/10' 1/14' 1/16' 3/20' | | | | | |
| Total: 11 Packages 13,455 FBM / 32 m³ | | | | | |

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths and pine shoot beetles do not occur"

primary mill: Int'l Forest Pro.
remanned by: Wilkerson Forest. Div of ER Probyn

**19 If goods are not sold, state reason for export**
**20 Export Permit No.**
**21 Estimated freight charges to point of exit** $ ........ Or an Estimation $ 250.40
**22 Mode of Transport from point of exit:** ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
**23 Containerized** ☐ Yes ☑ No

I hereby certify that the information given above is true and complete in every respect.
**24 Give firm name and address if different from exporter and above.**

**25 Date** 2-SEPT-2003
**27 Status** ☑ Owner ☐ Agent
**26 Agent Signature**
**28 Shipper Signature** B. Bailey

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter. International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Trans. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 18,302.58 |

3 of 3 WQ0-1285893-0 9/2/03 TB

CUSTOMS 00009811 10/22/03

Customs and Border Protection

W00-1288893-0 for NWF W310273-C

*****$4,972.07

9811

JONES & JONES, L.L.C.
P.O. BOX 1889
BLAINE, WASHINGTON 98231-1889
(360) 332-6090

STERLING SAVINGS BANK
28-7174/3251

00009811

PAY FOUR THOUSAND NINE HUNDRED SEVENTY-TWO AND 07/100 Dollars

DATE 10/22/03 AMOUNT *****$4,972.07

TO THE ORDER OF
Customs and Border Protection
9901 Pacific Highway
Blaine, WA 98230
USA

Kim M Jones

⑈0098 11⑈ ⑆325171740⑆ 534110013 23⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

CUSTOMS 00009811 10/22/03

Customs and Border Protection

JONES & JONES, L.L.C. *****$4,972.07

9811