# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Exp Ref. No. W3-10370-C
Page 1 of 1 Pages

3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)
Parties to this transaction are: ☒ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (If different from block 3)
I.R.S.#

5 Terms of Sale - Delivery - Payment
☒ F.O.B. PLANT or ☐ DESTINATION or ..........
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discount Specify Type/Amount) ..........
Other (Specify) ..........
U.S. Duty and/or Brokerage Charge for ☐ Shipper ☒ Buyer ☐ Consignee
or for the account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, Washington
9 Destination (City/State/Country): Tacoma, Washington, USA
10 Invoice No.: 31924
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 2840 KG 5.3 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 928

15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric

4407.10.0068
U.S.H.T.S. ~~4421.90.97.40~~ (CA-NAFTA)
Edge-Glued Cedar Lumber, Rough, Green

| 15 Description | | 16 Invoice Unit Quantity FBM | 17 Invoice Unit Price $/MFBM | 18 Invoice Total |
|---|---|---|---|---|
| 3-11/16 x 4 #4 Clear Grade | 1 Package / 10' | 1,151 | $1,425.28 | $1,640.50 |
| 4 x 4 #2 Clear & Better Grade | 1 Package / 10' | 1,084 | $1,662.28 | $1,801.91 |

Total: 2 Packages 2,235 FBM
Reman by Edge Gluing

ENTRY/IMMEDIATE DELIVERY
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289856-6

1. ULTIMATE CONSIGNEE NO.
2. IMPORTER NO.
3. H.S. NUMBER(S) 4407.10.0068
4. CTRY. ORIG.
5. MANUFACTURER ID
6. NO. INV. PGS.
7. TOTAL INVOICE VALUE

RELEASED
RECEIVED
2003 OCT 29 P 1:57
CUSTOMS & BORDER PROTECTION BLAINE, WA

Permit No.
Related ☒ No
5-OCT-2003
☐ Agent

29 Packaging
30 Docks or Inter-International Freight
31 Domestic Freight Charges
32 Insurance
33 Misc. Transp.
34 Commission
35 Container
36 Assists
37 Invoice Total $ 3,442.41

WQO 1289856-6 CN 10/15/03

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

(1) Entry No.: 129956-6
(2) Entry Type Code: 01 ABI/A
3. Entry Summary Date
4. Entry Date: 10/16/03
(5) Port Code: 3004
6. Bond No.: 891
7. Bond Type Code
8. Broker/Importer File No.: 03-12899564

9. Ultimate Consignee Name and Address:
1852
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA, WA 98421

10. Consignee No.: 91-123419500
State: WA

(11) Importer of Record Name and Address:
852
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA, WA 98421

(12) Importer No.: 91-123419500
(13) Exporting Country: CA
14. Export Date: 10/16/03
(15) Country of Origin: CA
16. Missing Documents
(17) I.T. No.
(18) I.T. Date
(19) B.L. or AWB No.
20. Mode of Transportation: 30
21. Manufacturer I.D.: XOCHRFOR628NEW
22. Reference No.: 91-1738855
(23) Importing Carrier: UNKNOWN
24. Foreign Port of Lading
25. Location of Goods/G.O. No.
26. U.S. Port of Unlading: 3004
(27) Import Date: 10/16/03

| (28) Line No. | 30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| XC CA | 4407.10.0068 | 2340 KG | 5 M3 | 3442 | Free | 0.00 | |
| | A122-838-000 | | | 025 | 8.43% | 290.16 | |
| | C122-839-000 | | | N | 18.79% | 646.75 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GIU | 3442.41 | Block 39: | 936.91 | BEEF | 053 | .00 | INFAN | 311 | .00 |
| NDC | .00 | ADA 012 | 290.16 | PORK | 054 | .00 | DMF | 496 | .00 |
| NEV | 3442.41 | CVD 013 | 646.75 | HONEY | 055 | .00 | MPF | 499 | .00 |
| | | ITEA 038 | .00 | COTTN | 056 | .00 | HMF | 501 | .00 |
| | | HPTD 090 | .00 | SUGAR | 079 | .00 | HSH | 103 | .00 |

NEV 3442

CUSTOMS & BORDER PROTECTION BLAINE, WA
2003 OCT 29 P 1:57
RECEIVED

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

U.S. CUSTOMS USE
A. Liq. Code
B. Ascertained Duty
C. Ascertained Tax
D. Ascertained Other
E. Ascertained Total

TOTALS
(37) Duty: .00
(38) Tax: .00
(39) Other: 936.91
(40) Total: 936.91

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

(41) Signature of Declarant, Title, and Date: 10/22/03
MICHAEL D JONES - ATTY IN FACT

Customs Form 7501 (112295)

MULTIPLE USE

STATEMENT #: 3004302202

3004302202

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 10/29/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/29/03

STATEMENT FOR: Jones & Jones, L.L.C.

N.W. Forest

J/J

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289847-5 | 012898475 | 03 | | 0.00 | 0.00 | 537.02Y | 354.11Y | 0.00 | 891.13 | |
| WQO-1289848-3 | 012898483 | 03 | | 0.00 | 0.00 | 203.31Y | 91.21Y | 0.00 | 294.52 | |
| WQO-1289849-1 | 012898491 | 03 | | 0.00 | 0.00 | 153.33Y | 68.79Y | 0.00 | 222.12 | |
| WQO-1289850-9 | 012898509 | 03 | | 0.00 | 0.00 | 1795.01Y | 1183.62Y | 0.00 | 2978.63 | |
| WQO-1289853-3 | 012898533 | 03 | | 0.00 | 0.00 | 3078.55Y | 1381.17Y | 0.00 | 4459.72 | |
| WQO-1289854-1 | 012898541 | 03 | | 0.00 | 0.00 | 2067.46Y | 1363.27Y | 0.00 | 3430.73 | |
| WQO-1289855-8 | 012898558 | 03 | | 0.00 | 0.00 | 200.30Y | 132.08Y | 0.00 | 332.38 | |
| WQO-1289856-6 | 012898566 | 03 | | 0.00 | 0.00 | 646.75Y | 290.16Y | 0.00 | 936.91 | |

1289847-5 WFP1011 $891.13
1289848-3 W3-10369-C $294.52
1289849-1 W3-10369-B $222.12
1289850-9 W3-10369-A $2978.63
1289853-3 27007 $4459.72
1289854-1 W3-10370-A $3430.73
1289855-8 W3-10370-B $332.38
*1289856-6 W3-10370-C $936[illegible]

RECEIVED 2003 OCT 29 P 1:55 CUSTOMS & BORDER PROTECTION BLAINE, WA

D - DEFERRED, CE - CENSUS WARNING, NR - NON-REVENUE