STATEMENT #: 3004303181

3004303181

STATEMENT FOR: Jones & Jones, L.L.C.

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

N.W Forest

PAGE: 1
PMT DUE DATE: 10/30/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/30/03

5/5

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289857-4 ✓ | 012898574 | 03 | | 0.00 | 0.00 | 251.22Y | 112.71Y | 0.00 | 363.93 | |

*WQO-1289857-4
W3-10370D

CUSTOMS & BORDER PROTECTION
BLAINE, WA
2003 OCT 30 P 1:49
RECEIVED

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

# ENTRY SUMMARY

UNITED STATES CUSTOMS SERVICE

| Field | Value |
|---|---|
| 1. Entry No. | 920 1289857-4 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 920-1289857-4 10/30/03 |
| 4. Entry Date | 10/16/03 |
| 5. Port Code | 3004 |
| 6. Bond No. | 821 |
| 7. Bond Type Code | |
| 8. Broker/Importer File No. | 03-1289857A |
| 10. Consignee No. | 91-123419500 |
| 12. Importer No. | 91-123419500 |

9. Ultimate Consignee Name and Address

2852
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA, WA 98421

State: WA

11. Importer of Record Name and Address

2852
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA, WA 98421

| Field | Value |
|---|---|
| 13. Exporting Country | CA |
| 14. Export Date | 10/16/03 |
| 15. Country of Origin | BC |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B/L or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | XOCANFORKAUSHEW |
| 22. Reference No. | 91-1783899 |
| 23. Importing Carrier | SERVICE TRANSPORT |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 3004 |
| 27. Import Date | 10/16/03 |

| 28. Line No. | 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C. Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| BC CA | 4407.10.0068 | 2226 KG | 2 M3 | 1337 | Free | 0.00 | |
| | A122-838-000 | | | 050 | 8.43% | 112.71 | |
| | C122-839-000 | | | N | 18.79% | 251.22 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GIV | 1337.14 | Block 39: | 363.93 | BEEF 053 | .00 | INFRM | 511 | .001 |
| NDC | .00 | ADA 012 | 112.71 | PORK 054 | .00 | DMF | 496 | .001 |
| NEV | 1337.14 | CVD 013 | 251.22 | HONEY 055 | .00 | MPF | 499 | .001 |
| | | TEA 038 | .00 | COTTN 056 | .00 | HMF | 501 | .001 |
| | | PTT 090 | .00 | SUGAR 077 | .00 | MSH | 105 | .001 |

NEV 1337

RECEIVED
2003 OCT 30 P 4:48
CUSTOMS & BORDER PROTECTION
BLAINE, WA

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the

[ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise

[ ] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

**U.S. CUSTOMS USE**

| | |
|---|---|
| A. Liq. Code | B. Ascertained Duty |
| | C. Ascertained Tax |
| | D. Ascertained Other |
| | E. Ascertained Total |

**TOTALS**

| | |
|---|---|
| 37. Duty | .00 |
| 38. Tax | .00 |
| 39. Other | 363.93 |
| 40. Total | 363.93 |

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

41. Signature of Declarant, Title, and Date

10/30/03
MICHAEL N JONES - ATTY IN FACT

Customs Form 7501 (112295)

MULTIPLE USE

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.** W3-10370-D
**Page** 1 of **Pages** 1

**3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)**
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (if different from block 3)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION or ..................
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discount Specify Type/Amount: ..................
Other (Specify) ..................
U.S.Duty and/or Brokerage Charge for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

**6 Place of Lading (City/Province/Country):** Mission, B.C., Canada
**7 Country & Province of Manufacture:** Canada - B.C.
**8 U.S. Port of Entry:** Blaine, Washington
**10 Destination (City/State/Country):** Tacoma, Washington, USA
**10 Invoice No.:** 3361
**11 Currency of Sale:** U.S. Funds
**12 Gross Weight and Cubage (Metric):** 1226 KG 2.3 M3
**13 Exporting Carrier:** Bronco Transportation
**14 Car No. Truck Number:** 928

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| | FBM | $/MFBM | |
| U.S.H.T.S. - ~~4421.90.97.40~~ 4407.10.0068 (CA-NAFTA) | | | |
| Edge-Glued Cedar Lumber, Rough, Green | | | |
| 4 x 4 D & Better Grade 1 Package / 10' | 965 | $1,385.64 | $1,337.14 |
| Reman by Edge Gluing | | | |

RELEASED OCT 16 2003 BLAINE WA

ENTRY/IMMEDIATE DELIVERY
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289857-4

1. ULTIMATE CONSIGNEE NO. 2. IMPORTER NO.
3. H.S. NUMBER(S) 4407.10.0068
4. CTRY. ORIG. 5. MANUFACTURER ID
6. NO. INV. PGS. 7. TOTAL INVOICE VALUE

United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary.

...ort Permit No.
...orized ☑ ...
5-OCT-2003
☐ Agent

RECEIVED 2003 OCT 30 PM 1:50 CUSTOMS & BORDER PROTECTION BLAINE WA

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Trans. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 1,337.14 |

WQO 1289857-4 CN 10/15/03