NOV. 3. 2003 6:46PM TREASURY JONES & JONES NO. 2355 P. 35

# ENTRY SUMMARY

UPS-SUPPLY CHAIN SOLUTION
P.O. BOX 247
SUMAS WA 98295

| | | | |
|---|---|---|---|
| 1. Entry No. 4649243-1 | 2. Entry Type Code 03 ABI/A | 3. Entry Summary Date | |
| 4. Entry Date 10/29/03 | 5. Port Code 3009 | | |
| 6. Bond No. 891 | 7. Bond Type Code 8 | 8. Broker/Importer File No. 79-0598332 | PG 1 |

9. Ultimate Consignee Name and Address

10. Consignee No. 91-1234195

11. Importer of Record Name and Address
NORTHWEST FOREST PRODUCTS
1476 THORNE RD
TACOMA WA 98421

12. Importer No. 91-1234195

WA State

| | |
|---|---|
| 13. Exporting Country CA | 14. Export Date 10/16/03 |
| 15. Country of Origin XC | 16. Missing Documents |
| 17. I.T. No. | 18. I.T. Date |

| | | | |
|---|---|---|---|
| 19. B/L or AWB No. | 20. Mode of Transportation 30 | 21. Manufacturer I.D. XCNORFOR626NEW | 22. Reference No. 94-3083515-23 |
| 23. Importing Carrier BRONCO | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading 3009 | 27. Import Date 10/16/03 | | |

| 28. Line No. | 29. Description of Merchandise — 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship N | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | WRC ROUGH LUMBER | | | | | | |
| | | | INV. NO. 001 | | | | |
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| | GIV | | $34,365.65 | | | | |
| | Less Freight | | 438.10 | | | | |
| | Ent Value | | $33,928 | 00 | | | |
| | CA4407.10.0068 | 29,574 | 55 M3 | 33,928 C 50 | FREE | | FREE |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | 6,375.07 | |
| | A122-838-000 ANTIDUMPING | | | | 8.43 % | 2,860.13 | |
| | BLOCK 39 SUMMARY : | | | | | | |
| | ADD | 012 | 2,860.13 | | | | |
| | CVD | 013 | 6,375.07 | | | | |
| | TOTAL ENTERED VALUE: | | 33,928.00 | | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.

I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | 9,235.20 |
| | E. Ascertained Total | 40. Total | 9,235.20 |

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

41. Signature of Declarant, Title, and Date
KAREN SCHULZ OPA

MUST BE PAID BILLING COPY /03 UPS-SUPPLY CHAIN SOL AS ATTY

Customs Form 7501

79 059832

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 858-526-5079
CDN. FAX: 538-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Ship Ref. No.: W3-10375-A

Page 1 of 1

2 U.S. Buyer (Sold To) (Complete name and address) (To include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1475 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1294195

4 Consignee (Ship To) (Complete Name and Address) (To include Fed. Tax ID #) (If different from block 2)

3 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION at
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CY/WARD ☑ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S Duty and Brokerage Charges for: ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

5 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Sumas, Washington
14 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No.: 31924
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 10647 KG 19.8 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 917

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | | FBM | $/MFBM | |
| Softwood Lumber | | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | | |
| 3-11/16 x 4 #4 Clear Grade | 1 Package / 10' | 939 | $1,425.28 | $1,338.34 |
| 4 x 4 #2 Clear & Better Grade | 7 Packages | 7,444 | $1,662.28 | $12,374.01 |
| 2/8' 1/9' 3/10' 1/14' 1/20' | | | | |
| Total: 8 Packages 8,383 FBM | | | | |

Producer: Wilkerson Forest Products. Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada
Remaned by Edge Gluing Only

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur"

Primary Mill: Sawarna Lumber Co., Ltd.

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ ______ Or to destination $ 157.70
22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Consignment: ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect.
24 Give firm name and address if different from exporter box above.
25 Date: 16-OCT-2003
27 Status: ☑ Owner ☐ Agent
26 Agent Signature
28 Shipper Signature: B. Bales

| | |
|---|---|
| 29 Packaging | |
| 30 Docum. of Inter-Intermodal Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 13,712.35 |

Received Time Oct.16. 3:34PM

1/3

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address):**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**2 U.S. Customs Clearance by:** Jones & Jones Customs Brokers
CDN. PHN: 888-536-5879
CDN. FAX: 888-536-7742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1232
"Service with Integrity"

**Cust Ref. No.:** W3-10375-B

**Page** 1 **of** 1

**3 U.S. Buyer (Sold To):** ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address) (To include Fed. Tax ID #) (If different from above 3)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION at
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discounts (Specify Type & Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

**6 Place of Lading (City/Province/Country):** Mission, B.C., Canada

**7 Country & Province of Manufacture:** Canada - B.C.

**8 U.S. Port of Entry:** Sumas, Washington

**10 Destination (City/State/Country):** Tacoma, Washington USA

**10 Invoice No.:** 23243

**11 Currency of Sale:** U.S. Funds

**12 Gross Weight and Cubage (Metric):** 12438 KG 23.1 M3

**13 Exporting Carrier:** Bronco Transportation

**14 Car No. Truck Number:** 917

| 15 Invoice item description (To include marks, numbers & terms of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 4 x 4 #4 Clear Grade 8 Packages | 9,793 | $1,386.12 | $13,574.27 |
| 3/10' 2/12' 2/16' 1/20' | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Mill & Timber Products Ltd. | | | |

**17 If goods are on sold, state reason for export:**

**20 Export Permit No.:**

**21 Estimated Freight charges to point of exit** $ ____ **Or in destination** $ 184.30

**22 Mode of Transport from point of exit:** ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other

**23 Containerized:** ☐ Yes ☑ No

I hereby certify that the information given above is true and complete in every respect.

**24 Give firm name and address if different from exporter box above.**

**25 Date:** 16-OCT-2003

**27 Status:** ☑ Owner ☐ Agent

**26 Agent Signature** ____ **28 Shipper Signature** [signature]

| | |
|---|---|
| 28 Packaging | |
| 29 Ocean or Inter-International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Trans. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 13,574.27 |

Received Time Oct.16. 3:34PM

2/3