# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-5090
U.S. FAX: 360-332-1242
"Service with Integrity"

Exp. Ref. No.: W3-10375-C
Page 1 of 1

2 U.S. Buyer (Sold To) ... (To Include Fed. Tax ID #)
Parties in this transaction are: ☒ Not Related ☐ Related

Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (If different from block 2)

3 Terms of Sale - Delivery - Payment
☒ F.O.B. PLANT at ☐ DESTINATION at
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CY/DUTY ☒ FREIGHT
Other (Specify)
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☒ Buyer ☐ Consignee
or for the account of: Northwest Forest Products

| | |
|---|---|
| 6 Place of Lading (City/Province/Country) | Mission, B.C., Canada |
| 7 Country & Province of Manufacture | Canada - B.C. |
| 8 U.S. Port of Entry | Sumas, Washington |
| 10 Destination (City/State/Country) | Tacoma, Washington USA |
| 5 Invoice No. | 3361 |
| 11 Currency of Sale | U.S. Funds |
| 12 Gross Weight and Cubage (Metric) | 6489 KG 12.1 M3 |
| 13 Exporting Carrier | Bronco Transportation |
| 14 Car No. Truck Number | 917 |

| 15 Invoice item description (To include marks, numbers & kinds of packages) | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 4 x 4 D & Better Grade 5 Packages | 5,109 | $1,385.64 | $7,079.23 |
| 1/10' 1/14' 1/16' 2/20' | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | | | |
| Remaned by Edge Gluing Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths and pine shoot beetles do not occur" | | | |
| Primary Mill: Teal Cedar Products Ltd. | | | |

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ ... Or to destination $ 96.10
22 Mode of Transport from point of exit: ☒ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized ☐ Yes ☒ No
I hereby certify that the information given above is true and complete in every respect.
24 Give firm name and address if different from exporter box above
25 Date 16-OCT-2003
27 Status ☒ Owner ☐ Agent
26 Agent Signature
28 Shipper Signature [signature]

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter-International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 7,079.23 |

Received Time Oct. 16. 3:34PM

3/3

CLIENT #: 3004304147

3004304147

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 10/31/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 10/31/03

STATEMENT FOR: Jones & Jones, L.L.C.

N.W Forest

J/J

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289886-3 | 012998963 | 03 | | 0.00 | 0.00 | 6300.85Y | 2826.93Y | 0.00 | 9127.68 | |

* 1289886-3 W3-10378-A/B/C $9127.68

CUSTOMS & BORDER PROTECTION BLAINE
2003 OCT 31 P 1:40
RECEIVED

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

| | |
|---|---|
| (1) Entry No. | W30 [illegible]984-3 |
| (2) Entry Type Code | [illegible] |
| 3. Entry Summary Date | W30-[illegible]984-3 |
| 4. Entry Date | [illegible] |
| (5) Port Code | 3004 |
| 6. Bond No. | [illegible] |
| 7. Bond Type Code | [illegible] |
| 8. Broker/Importer File No. | [illegible] |
| 9. Ultimate Consignee Name and Address | 1952<br>NORTHWEST FOREST PRODUCTS<br>1476 THORNE RD<br>TACOMA, WA 98421 |
| 10. Consignee No. | 91-[illegible] |
| (11) Importer of Record Name and Address | 982<br>NORTHWEST FOREST PRODUCTS<br>1476 THORNE RD<br>TACOMA, WA 98421 |
| (12) Importer No. | 91-[illegible] |
| (13) Exporting Country | [illegible] |
| 14. Export Date | [illegible] |
| (15) Country of Origin | [illegible] |
| 16. Missing Documents | |
| (17) I.T. No. | |
| (18) I.T. Date | |
| (19) B.L or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | [illegible] |
| 22. Reference No. | [illegible] |
| (23) Importing Carrier | [illegible] |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 3004 |
| (27) Import Date | [illegible] |

State: WA

| (28) Line No. | 30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| XC CA | 4407.10.0066 | 30448 KG | 57 M3 | 33532 | Free | 0.00 | |
| | A122-838-000 | | | 025 | 8.43% | 2826.93 | |
| | C122-839-000 | | | N | 18.79% | 6300.85 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GIV | 33971.03 | Block 37: | 9127.63 | BEEF 053 | .00 | INFRM 311 | .00 |
| NDC | 438.10 | ADA 012 | 2826.93 | PORK 054 | .00 | DXF 476 | .00 |
| NEV | 33532.93 | CVD 013 | 6300.85 | HONEY 055 | .00 | MPF 499 | .00 |
| | | TEA 038 | .00 | COTTN 056 | .00 | HMF 501 | .00 |
| | | [illegible] 090 | .00 | SUGAR 079 | .00 | MSH 103 | .00 |

NEV 33533

RECEIVED
2003 OCT 31 P 1:41
CUSTOMS & BORDER PROTECTION
[illegible]

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the

[X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise

[ ] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Lic. Code | B. Ascertained Duty | (37) Duty | [illegible] |
| | C. Ascertained Tax | (38) Tax | [illegible] |
| | D. Ascertained Other | (39) Other | [illegible] |
| | E. Ascertained Total | (40) Total | [illegible] |

(41) Signature of Declarant, Title and Date
[illegible]

Customs Form 7501 (112296)

MULTIPLE USE