# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 886-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6096
U.S. FAX: 360-332-1287
"Service with Integrity"

Exp Ref. No. W3-10378-A
Page 1 of 1 Pages

5 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #)
Parties to this transaction are: ☒ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address) (To include Fed. Tax ID #) (if different from block 3)
I.R.S.#

5 Terms of Sale - Delivery - Payment
☒ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☒ FREIGHT
Discount Specify Type/Amount
Other (Specify)
U.S. Duty paid for Brokerage Charges for: ☐ Shipper ☒ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, Washington
10 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No.: 31924
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 3832 KG 7.1 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 780

RELEASED — CUSTOMS AND BORDER PROTECTION BLAINE, WA

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | | FBM | $/MFBM | |
| Softwood Lumber | | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | | |
| 2-13/16 x 4 #4 Clear Grade | 1 Package / 10' | 1,102 | $1,585.62 | $1,747.35 |
| 4 x 4 #2 Clear & Better Grade | 3 Packages | 1,915 | $1,662.28 | $3,183.27 |
| 2/10' 1/16' 1/18' | | | | |
| Total: 4 Packages 3,017 FBM | | | | |

3844 kgs
M3 5.7
Total FBM 23973
total price $33977.03

ENTRY/IMMEDIATE DELIVERY
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289886-3

1. ULTIMATE CONSIGNEE NO. 2. IMPORTER NO.
3. M.S. NUMBER(S)
4. CTRY. ORIG
5. MANUFACTURER ID
6. NO. INV. PGS. 3pgs
7. TOTAL INVOICE VALUE

29 Packaging
30 Ocean or International Freight
31 Domestic Freight Charges
32 Insurance
33 Misc. Transp.
34 Commission
35 Container
36 Assists
37 Invoice Total $ 4,930.62

☒ No
17-OCT-2003
☐ Agent

1/1 WQO 1289 886-3 CV 10/17/03

STATEMENT #: 3004307150

3004307150

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 11/03/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 11/03/03

STATEMENT FOR: Jones & Jones, L.L.C.

N.W. Forest

J/J

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1289903-6 | 012699036 | 03 | | 0.00 | 0.00 | 4626.47Y | 2406.97Y | 0.00 | 7033.44 | |

*1289903-6 *W3-10381-A $7033.44
*W3-10381-B
*W3-10381-C
WFP-1012-A lmbr
WFP-1012-B lmbr

RECEIVED
2003 NOV -3 P 1:07
CUSTOMS & BORDER PROTECTION
BLAINE

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

| Field | Value |
|---|---|
| 1. Entry No. | WED 1239903-6 |
| 2. Entry Type Code | [illegible] |
| 3. Entry Summary Date | [illegible] |
| 4. Entry Date | 10/27/03 |
| 5. Port Code | 3004 |
| 6. Bond No. | [illegible] |
| 7. Bond Type Code | [illegible] |
| 8. Broker/Importer File No. | 03-[illegible] |
| 9. Ultimate Consignee Name and Address | 1352 NORTHWEST FOREST PRODUCTS 1476 THORNE RD TACOMA, WA 98421 |
| State | WA |
| 10. Consignee No. | 91-[illegible] |
| 11. Importer of Record Name and Address | 1352 NORTHWEST FOREST PRODUCTS 1476 THORNE RD TACOMA, WA 98421 |
| 12. Importer No. | 91-[illegible] |
| 13. Exporting Country | CA |
| 14. Export Date | 10/21/03 |
| 15. Country of Origin | CA |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B L or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | [illegible] |
| 22. Reference No. | 91-[illegible] |
| 23. Importing Carrier | [illegible] |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 3004 |
| 27. Import Date | 10/21/03 |

| 28. Line No. | 30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | 31. (A) Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | WESTERN RED CEDAR ROUGH SAWN | | | | | | |
| XC CA | 4407.10.0068 A122-838-000 C122-839-000 | 14200 KG | 26 M3 | 14255 C25 N | Free 8.43% 18.79% | 0.00 [illegible] [illegible] | |
| 002 | WESTERN RED CEDAR ROUGH SAWN | | | | | | |
| XC CA | 4407.10.0068 A122-838-017 C122-839-000 | 10511 KG | 20 M3 | 8557 C25 N | Free 12.09% 18.79% | 0.00 1036.57 [illegible] | |

| | | | | | |
|---|---|---|---|---|---|
| ATV 25060.16 | Block 39: 7033.44 | BEEF 053 | .00 | [illegible] 311 | .00 |
| NDC 438.10 | ADA 012 2406.97 | PORK 054 | .00 | [illegible] 496 | .00 |
| REV 24622.06 | CVD 013 4626.47 | HONEY 055 | .00 | HPF 499 | .00 |
| | ITER 038 .00 | COTTN 056 | .00 | HMF 501 | .00 |
| | IPTS 099 .00 | SUGAR 073 | .00 | MSN 103 | .00 |

REV 24622

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980: This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE

| A. Liq. Code | B. Ascertained Duty | TOTALS 37. Duty | .00 |
|---|---|---|---|
| | C. Ascertained Tax | 38. Tax | .00 |
| | D. Ascertained Other | 39. Other | 7033.44 |
| | E. Ascertained Total | 40. Total | 7033.44 |

41. Signature of Declarant, Title, and Date: [illegible] 10-[illegible]

Customs Form 7501 (112295)

MULTIPLE USE