# U.S. Customs Invoice

| | | |
|---|---|---|
| 1 Exporter, Shipper, Seller (Complete Name & Address): Northwest Forest Products c/o ER Probyn Export Ltd. 628 Sixth Avenue, Suite 530 New Westminster, B.C., Canada V3M 6Z1 | U.S. CUSTOMS CLEARANCE BY: Jones & Jones Customs Brokers CDN. PHN: 888-536-5079 CDN. FAX: 888-536-9242 U.S. PHN: 360-332-6090 U.S. FAX: 360-332-1382 "Service with Integrity" | Exp Ref. No. W3-10381-A; Page 1 of Pages 1 |
| 3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #) Parties to this transaction are: ☑ Not Related ☐ Related. Northwest Forest Products 1476 Thorne Rd Tacoma, WA 98421 I.R.S.# 91-1234195 | 4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (If different from block 3) I.R.S.# | |
| 5 Terms of Sale - Delivery - Payment: ☑ F.O.B. PLANT or ☐ DESTINATION or ___ Prices Shown in Column 18 INCLUDE: ☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT. Discount (Specify Type/Amount) ___ Other (Specify) ___ U.S. Duty and/or Brokerage Charge for ☐ Shipper ☑ Buyer ☐ Consignee or for the Account of: Northwest Forest Products | 6 Place of Lading (City/Province/Country): Mission, B.C., Canada; 8 U.S. Port of Entry: Blaine, Washington; 10 Invoice No.: 31924; 11 Currency of Sale: U.S. Funds; 13 Exporting Carrier: Bronco Transportation | 7 Country & Province of Manufacture: Canada - B.C.; 10 Destination (City/State/Country): Tacoma, Washington USA; 12 Gross Weight and Cubage (Metric): 5814 KG 10.8 M3; 14 Car No. Truck Number: 928 |

| 15 Invoice item description (To include marks, numbers & kinds of packages; U.S. Customs requires weights and measures in metric) | | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) Softwood Lumber Edge Glued Western Red Cedar Lumber, Rough, Green | | FBM | $/MFBM | |
| 4 x 4 #4 Clear Grade | 1 Package / 10' | 917 | $1,425.28 | $1,306.98 |
| 4 x 4 #2 Clear & Better Grade | 3 Packages | 3,661 | $1,662.28 | $6,085.61 |
| 1/10' 1/12' 1/14' 1/16' | | | | |
| Total: 4 Packages 4,578 FBM | | | | |

RELEASED OCT 21 2003 CUSTOMS AND BORDER PROTECTION BLAINE, WA

1) 4407.10.0068
11181 fbm= 26m³
$16544.24
14200 Kgs

total $ 19457
m3 2462
$ 438

2) 4407.10.0068
8276 fbm= 20m³
$8515.92
10511 Kgs
A122838017
C122839000

ENTRY/IMMEDIATE DELIVERY
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289903-6

1. ULTIMATE CONSIGNEE NO.
2. IMPORTER NO.
3. H.S. NUMBER(S)
4. CTRY. ORIG.
5. MANUFACTURER ID
6. NO. INV. PGS.
7. TOTAL INVOICE VALUE

20-OCT-2003

| | |
|---|---|
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 | |
| Invoice Total | $ 7,392.59 |

W3-10381-ABC/WFP1012AB

1/1 WQO 1289903-6 cr 10/20/03 5 total pages

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5979
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.** W3-10381-A
**Page** 1 **of** 1 **Pages**

**2 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)** — Parties in this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (If different from block 2)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION or ......
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount Specify Type/Amount) ......
Other (Specify) ......
U.S Duty and/or Brokerage Charges for: ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

| | |
|---|---|
| 6 Place of Lading (City/Province/Country): Mission, B.C., Canada | 7 Country & Province of Manufacture: Canada - B.C. |
| 9 U.S. Port of Entry: Blaine, Washington | 10 Destination (City/State/Country): Tacoma, Washington USA |
| 10 Invoice No.: 31924 | 11 Currency of Sale: U.S. Funds |
| 12 Gross Weight and Cubage (Metric): 5814 KG 10.8 M3 | |
| 13 Exporting Carrier: Bronco Transportation | 14 Car No. Truck Number: 928 |

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 4 x 4 #4 Clear Grade 1 Package / 10' | 917 | $1,425.28 | $1,306.98 |
| 4 x 4 #2 Clear & Better Grade 3 Packages | 3,661 | $1,662.28 | $6,085.61 |
| 1/10' 1/12' 1/14' 1/16' | | | |
| Total: 4 Packages 4,578 FBM | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada | total 5 invoices 19457 FBM | | |
| Remaned by Edge Gluing Only | m3 46 | | Total 5 invoices $25060.16 |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Sawarne Lumber Co., Ltd. | | | |

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ ...... Or to destination $ 103.10
22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized: ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect.
24 Give firm name and address if different from exporter box above.
25 Date: 20-OCT-2003
27 Status: ☑ Owner ☐ Agent
26 Agent Signature ......
28 Shipper Signature: D. Bailey

| | |
|---|---|
| 29 Packing | |
| 30 Ocean or International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 7,392.59 |

1/1 WRC 1289403-6 cr 10/20/03

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address):**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. Customs Clearance By:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6990
U.S. FAX: 360-332-1282
"Service with Integrity"

**Cust Ref. No.:** W3-10381-B

**Page** 1 **of Pages** 1

**3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)** — Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (If different from block 3)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION at ......
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount Specify Type/Amount) ......
Other (Specify) ......
U.S. Delivery and/or Brokerage Charges for: ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

**6 Place of Lading (City/Province/Country):** Mission, B.C., Canada

**7 Country & Province of Manufacture:** Canada - B.C.

**8 U.S. Port of Entry:** Blaine, Washington

**10 Destination (City/State/Country):** Tacoma, Washington USA

**10 Invoice No.:** 23243

**11 Currency of Sale:** U.S. Funds

**12 Gross Weight and Cubage (Metric):** 5982 KG 11.1 M3

**13 Exporting Carrier:** Bronco Transportation

**14 Car No. Truck Number:** 928

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA)<br>Softwood Lumber<br>Edge Glued Western Red Cedar Lumber, Rough, Green | FBM | $/MFBM | |
| 4 x 4 #4 Clear Grade 5 Packages | 4,710 | $1,386.12 | $6,528.63 |
| 3/8' 1/12' 1/14' | | | |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada<br>Remaned by Edge Gluing Only<br>"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur"<br>Primary Mill: Mill & Timber Products Ltd. | | | |

**19 If goods are not sold, state reason for export:**

**20 Export Permit No.:**

**21 Estimated freight charges to point of exit** $ ...... **Or to destination** $ 102.05

**22 Mode of Transport from point of exit:** ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other

**23 Containerized:** ☐ Yes ☑ No

I hereby certify that the information given above is true and complete in every respect

**24 Give firm name and address if different from exporter box above.**

**25 Date:** 20-OCT-2003

**27 Status:** ☑ Owner ☐ Agent

**26 Agent Signature:** ......

**28 Shipper Signature:** B Bailey

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 6,528.63 |

1/2 WQO 1289903-6