# U.S. Customs Invoice

| | | |
|---|---|---|
| 1 Exporter, Shipper, Seller (Complete Name & Address)<br>Northwest Forest Products<br>c/o ER Probyn Export Ltd.<br>628 Sixth Avenue, Suite 530<br>New Westminster, B.C., Canada V3M 6Z1 | U.S. CUSTOMS CLEARANCE BY:<br>Jones & Jones Customs Brokers<br>CDN. PHN: 888-536-5079<br>CDN. FAX: 888-536-9742<br>U.S. PHN: 360-332-6090<br>U.S. FAX: 360-332-1282<br>"Service with Integrity" | Exp Ref. No.<br>W3-10381-C<br>Page 1 of Pages 1 |
| 3 U.S. Buyer (Sold To) complete name and address (To include Fed. Tax ID #) Parties to this transaction are: ☑ Not Related ☐ Related<br>Northwest Forest Products<br>1476 Thorne Rd<br>Tacoma, WA 98421<br>I.R.S.# 91-1234195 | 4 Consignee (Ship To) (Complete Name and Address)(To include Fed. Tax ID #) (If different from block 3)<br>I.R.S.# | |
| 5 Terms of Sale - Delivery - Payment<br>☑ F.O.B. PLANT or ☐ DESTINATION or<br>Prices Shown in Column 18 INCLUDE:<br>☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT<br>Discount (Specify Type/Amount)<br>Other (Specify)<br>U.S Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee<br>or for the Account of: Northwest Forest Products | 6 Place of Lading (City/Province/Country): Mission, B.C., Canada<br>8 U.S. Port of Entry: Blaine, Washington<br>10 Invoice No.: 3361<br>11 Currency of Sale: U.S. Funds<br>13 Exporting Carrier: Bronco Transportation | 7 Country & Province of Manufacture: Canada - B.C.<br>10 Destination (City/State/Country): Tacoma, Washington USA<br>12 Gross Weight and Cubage (Metric): 2404 KG 4.5 M3<br>14 Car No. Truck Number: 928 |

| 15 Invoice Item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA)<br>Softwood Lumber<br>Edge Glued Western Red Cedar Lumber, Rough, Green | FBM | $/MFBM | |
| 4 x 4 D & Better Grade 2 Packages / 14' | 1,893 | $1,385.64 | $2,623.02 |
| Producer: Wilkerson Forest Products, Ltd. division of ER Probyn Export Ltd., New Westminster, B.C., Canada<br>Remaned by Edge Gluing Only<br>"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur"<br>Primary Mill: Teal Cedar Products Ltd. | | | |

| | | |
|---|---|---|
| 19 If goods are not sold, state reason for export | 20 Export Permit No. | 29 Packaging |
| 21 Estimated freight charges to point of exit $ / Over destination $ 42.65 | | 30 Ocean or International Freight |
| 22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other | 23 Containerized ☐ Yes ☑ No | 31 Domestic Freight Charges |
| I hereby certify that the information given above is true and complete in every respect.<br>24 Give firm name and address if different from exporter box above | 25 Date 20-OCT-2003 | 32 Insurance |
| | 27 Status ☑ Owner ☐ Agent | 33 Misc. Transp.<br>34 Commission<br>35 Container<br>36 Assists |
| 26 Agent Signature | 28 Shipper Signature: S. Bailey | 37 Invoice Total $ 2,623.02 |

1/3 WQD 1289903-6

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Weyerhaeuser Company
925 West Georgia Street Fourth Floor
Vancouver, B.C., Canada V6C 3L2

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-3079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Exp Ref. No. WFP1012-A

Page 1 of 1

3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address) (To Include Fed. Tax ID #) (if different from block 3)
I.R.S.#

5 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, Washington
9 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No.: 137/62063
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 94 KG .2 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 928

| 15 Invoice Item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA)<br>Softwood Lumber<br>Western Red Cedar Lumber, Rough, Green | FBM | $/MFBM | |
| 4 x 4 Std & Btr Grade 1 Package / 12'-13' | 74 | $362.77 | $26.85 |

This Lumber Was Not Remanufactured in any way
Reload Only
"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur"
Primary Mill: Weyerhaeuser Company

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ ____ Or to destination $ 1.70
22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect.
24 Give firm name and address if different from exporter box above.
Northwest Forest Products, 1476 Thorne Road,
Tacoma, Washington, USA 98421
25 Date 20-OCT-2003
27 Status ☑ Owner ☐ Agent
26 Agent Signature
28 Shipper Signature B. Bailey

29 Packaging
30 Ocean or International Freight
31 Domestic Freight Charges
32 Insurance
33 Misc. Trans.
34 Commission
35 Container
36 Assists
37
Invoice Total $ 26.85

1/4 1000 1289903-6

# U.S. Customs Invoice

1 Exporter, Shipper, Seller (Complete Name & Address)
Weyerhaeuser Company
925 West Georgia Street Fourth Floor
Vancouver, B.C., Canada V6C 3L2

U.S. CUSTOMS CLEARANCE BY:
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

Exp Ref. No. WFP1012-B
Page 1 of 1 Pages

2 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (if different from block 3)
I.R.S.#

5 Terms of Sale - Delivery - Payment
☑ F.O.B. PLANT or ☐ DESTINATION or
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

6 Place of Lading (City/Province/Country): Mission, B.C., Canada
7 Country & Province of Manufacture: Canada - B.C.
8 U.S. Port of Entry: Blaine, Washington
10 Destination (City/State/Country): Tacoma, Washington USA
10 Invoice No.: 105/23935
11 Currency of Sale: U.S. Funds
12 Gross Weight and Cubage (Metric): 10417 KG 19.4 M3
13 Exporting Carrier: Bronco Transportation
14 Car No. Truck Number: 928

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) | FBM | $/MFBM | |
| Softwood Lumber | | | |
| Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 4 #4 Grade Grade 6 Packages | 8,202 | $1,035.00 | $8,489.07 |
| 3/11' 3/20' | | | |
| This Lumber Was Not Remanufactured in any way | | | |
| Reload Only | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |
| Primary Mill: Weyerhaeuser Company | | | |

RECEIVED 2003 NOV -3 P 1:07 CUSTOMS & BORDER PROTECTION BLAINE

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ Or to destination $ 184.60
22 Mode of Transport from point of exit: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect.
24 Give firm name and address if different from exporting box above.
Northwest Forest Products, 1476 Thorne Road,
Tacoma, Washington, USA 98421
25 Date 20-OCT-2003
27 Status ☑ Owner ☐ Agent
28 Agent Signature
29 Shipper Signature: S. Bailey

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or other International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 8,489.07 |

1/5 WQO 1289903-6