# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INCORPORATED,<br><br>*Plaintiff,*<br><br>*v.*<br><br>UNITED STATES,<br><br>*Defendant.* | ) | Case No. 03-2485C<br>The Honorable Susan G. Braden, J. |

**PLAINTIFF NORTHWEST FOREST PRODUCTS' MOTION**
**FOR LEAVE TO FILE SECOND SUPPLEMENTAL COMPLAINT**

COMES NOW Plaintiff, Forest Products Northwest, Inc., doing business as Northwest Forest Products, by and through its attorney, A. Woodson Stuart, Esq., and hereby requests leave, pursuant to Court of Federal Claims Rule 15(d), to file the accompanying Second Supplemental Complaint based on the post-filing transactions described therein.

Respectfully submitted,

Date: November 26, 2003

s/Andrew Woodson Stuart
A. Woodson Stuart, Esq.
2315 Wisconsin Avenue, NW
Second Floor
Washington, D.C. 20007
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorney for Plaintiff Northwest Forest Products*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INCORPORATED,<br><br>*Plaintiff,*<br><br>*v.*<br><br>UNITED STATES,<br><br>*Defendant.* | ) | Case No. 03-2485C<br>The Honorable Susan G. Braden, J. |

**ORDER**

UPON CONSIDERATION of the motion for leave to file a Second Supplemental Complaint filed by the Plaintiff, Forest Products Northwest, and any opposition thereto filed by the Defendant, the United States, now, after due deliberation, it is hereby ORDERED and ADJUDGED that said motion be, and hereby is, GRANTED.

It is SO ORDERED.

Date: ________________

______________________________
The Honorable Susan G. Braden, J.

**Copies to:**

A. Woodson Stuart, Esq.
2315 Wisconsin Avenue, NW
Second Floor
Washington, D.C. 20007-1866
*Attorney for Plaintiff Forest Products Northwest, Inc.*

Claudia Burke, Esq.
Commercial Litigation Branch
U.S. Department of Justice
Washington, D.C. 20530
**Attn: Classification Unit**
**8th Floor, 11 L Street, NW**
*Attorney for Plaintiff United States*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INCORPORATED,<br><br>*Plaintiff,*<br><br>*v.*<br><br>UNITED STATES,<br><br>*Defendant.* | ) | Case No. 03-2485C<br>The Honorable Susan G. Braden, J. |

**PLAINTIFF NORTHWEST FOREST PRODUCTS'**
**SECOND SUPPLEMENTAL COMPLAINT**

COMES NOW Plaintiff, Forest Products Northwest, Inc., doing business as Northwest Forest Products ("NWFP"), by and through its attorney, A. Woodson Stuart, Esq., and hereby submits this Second Supplemental Complaint pursuant to Court of Federal Claims Rule 15(d), and as ground in support thereof states the following:

In addition to the $124,758.20 already at issue in this case, a payment for $12,920.52 was made on November 19, 2003, in connection with entry number 1290126-1 WFP1015. *See* Ex. 1. NWFP asks that this additional payment be included in the amount requested in this refund action, for a total of $137,678.72.

Respectfully submitted,

Date: November 26, 2003

s/Andrew Woodson Stuart____
A. Woodson Stuart, Esq.
2315 Wisconsin Avenue, NW
Second Floor
Washington, D.C. 20007
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorney for Plaintiff Northwest Forest Products*