Pl.'s Second Supp. Compl., Ex. 1

STATEMENT #: 3004323206

3004323206

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 2
PMT DUE DATE: 11/19/03

STATEMENT FOR: Jones & Jones, L.L.C.

PROCESS DATE: 11/19/03

IMPRT REC#: 91-12341950
BROKER/FILER#: WOO
PROCESS DIST/PORT: BLAINE WA

N.W. Forest

STATEMENT TOTALS

| | PRELIMINARY TOTALS | FINAL TOTALS | DIFFERENCE |
|---|---|---|---|
| ESTIMATED DUTY | 0.00 | | |
| ESTIMATED TAXES | 0.00 | | |
| ESTIMATED ADA | 4001.47 | | |
| ESTIMATED CVD | 8919.05 | | |
| COTTON FEE | 0.00 | | |
| SUGAR FEE | 0.00 | | |
| TEA FEE | 0.00 | | |
| MAIL FEE | 0.00 | | |
| PORK FEE | 0.00 | | |
| BEEF FEE | 0.00 | | |
| MERCHANDISE FEE | 0.00 | | |
| MERCHANDISE INFORMAL FEE | 0.00 | | |
| MERCHANDISE SURCHARGE FEE | 0.00 | | |
| HONEY FEE | 0.00 | | |
| WATERWAYS FEE | 0.00 | | |
| POTATO FEE | 0.00 | | |
| MUSHROOM FEE | 0.00 | | |
| (DEFERRED TAXES) | ( 0.00) | | |

| | |
|---|---|
| TOTAL AMOUNT DUE | 12920.52 |
| REVENUE PRODUCING ENTRIES | 1 |
| NON REVENUE PRODUCING ENTRIES | |

$12,920.52

Pl.'s Second Supp. Compl., Ex. 1

STATEMENT #: 3004323206

3004323206

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 11/19/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 11/19/03

STATEMENT FOR: Jones & Jones, L.L.C.

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

N.W Forest

J/J

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1290126-1 | 012901261 | 03 | | 0.00 | 0.00 | 6919.05Y | 6001.47Y | 0.00 | 12920.52 | |

☆ 1290126-1 WFP1015 $12,920.52

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE