IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FOREST PRODUCTS NORTHWEST, INC., )
)
Plaintiff, )
) No. 03-2485
v. ) (Judge Braden)
)
THE UNITED STATES, )
)
Defendant. )

To the Clerk:

Please enter the appearance of Claudia Burke as lead attorney of record for the United States in this matter. Service of all papers by opposing parties should be addressed as follows:

CLAUDIA BURKE
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention Classification Unit
8th Floor, 1100 L Street, N.W.

Dated: December 1, 2003

s/Claudia Burke
CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division

Tel: (202) 353-9063
Fax: (202) 307-0972

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of December, 2003, a copy of the foregoing notice of appearance, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke