IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2485 (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 37-day enlargement of time, through and including January 28, 2004, within which to file its response to the complaint. Defendant's response is currently due on December 22, 2003. In addition, defendant respectfully requests a 47-day enlargement of time, through and including January 28, 2004, within which to file responses to the numerous motions plaintiff has filed in this case. Our responses to these motions are currently due on December 12 and 15, 2003. The undersigned has contacted plaintiff's counsel for plaintiff's consent and plaintiff's counsel has stated that plaintiff does not oppose.

The enlargements are requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the United States Department of Homeland Security, United States Customs and Border Protection ("Customs"), as required by 28 U.S.C. § 520.

Agency counsel has stated that Customs is working diligently

to complete the litigation report and that it will be provided to the undersigned as soon as possible. Therefore, the additional time is requested to allow agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.
Also, additional time is necessary to assess the Government's position upon the several motions filed by plaintiff in this case. Our responses are due on December 12 and 15, 2003. Specifically, plaintiff has filed a Motion (and supporting memorandum) in Limine to Exclude Argument and Evidence Relating to Post-Importation Use of the Subject Merchandise, a Motion (and supporting memorandum) to Expedite the Proceedings, and two motions to supplement the pleadings. Customs' litigation report is essential to permit the Government to respond adequately to these various motions.

For these reasons, defendant respectfully requests that the Court grant these motions for enlargements of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy

PATRICIA M. McCARTHY
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Tele: (202) 353-9063

December 11, 2003

Attorneys for Defendant