STATEMENT #: 3004342162

3004342162

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 1
PMT DUE DATE: 12/08/03
CLIENT BRANCH DESIGNATION:
PROCESS DATE: 12/08/03

STATEMENT FOR: Jones & Jones, L.L.C.

IMPRT REC#:
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA
PORT OF ENTRY: 3004

N.W Forest J/J

| ENTRY NUMBER | REF NUMBER | TP | ST | ESTIMATED DUTY | ESTIMATED TAX | ESTIMATED CVD | ESTIMATED ADA | USER FEES | TOTAL AMT | DTY ST |
|---|---|---|---|---|---|---|---|---|---|---|
| WQO-1290342-4 ✓ | 012903424 | 03 | | 0.00 | 0.00 | 4936.70Y | 2214.81Y | 0.00 | 7151.51 | |

1290342-4 WFP 1018 $7151.51 *

D = DEFERRED, CE = CENSUS WARNING, NR = NON-REVENUE

STATEMENT #: 3004342162

3004342162

UNITED STATES CUSTOMS SERVICE
AUTOMATED COMMERCIAL SYSTEM
DAILY STATEMENT REPORT (PRELIMINARY)

PAGE: 2
PMT DUE DATE: 12/08/03

PROCESS DATE: 12/08/03

STATEMENT FOR: Jones & Jones, L.L.C.

IMPRT REC#: 91-12341950
BROKER/FILER#: WQO
PROCESS DIST/PORT: BLAINE WA

N.W. Foust

STATEMENT TOTALS

| | PRELIMINARY TOTALS | FINAL TOTALS | DIFFERENCE |
|---|---|---|---|
| ESTIMATED DUTY | 0.00 | | |
| ESTIMATED TAXES | 0.00 | | |
| ESTIMATED ADA | 2214.81 | | |
| ESTIMATED CVD | 4936.70 | | |
| COTTON FEE | 0.00 | | |
| SUGAR FEE | 0.00 | | |
| TEA FEE | 0.00 | | |
| MAIL FEE | 0.00 | | |
| PORK FEE | 0.00 | | |
| BEEF FEE | 0.00 | | |
| MERCHANDISE FEE | 0.00 | | |
| MERCHANDISE INFORMAL FEE | 0.00 | | |
| MERCHANDISE SURCHARGE FEE | 0.00 | | |
| HONEY FEE | 0.00 | | |
| WATERWAYS FEE | 0.00 | | |
| POTATO FEE | 0.00 | | |
| MUSHROOM FEE | 0.00 | | |
| (DEFERRED TAXES) | ( 0.00) | | |

| | |
|---|---|
| TOTAL AMOUNT DUE | 7151.51 |
| REVENUE PRODUCING ENTRIES | 1 |
| NON REVENUE PRODUCING ENTRIES | |

$7,151.51