Pl.'s Mot. to Shorten Time, Ex. A

# U.S. District Court
# District of Maryland (Greenbelt)
# CIVIL DOCKET FOR CASE #: 8:02-cv-02662

VanGrack, Axelson & Williamowsky, P.C. v. Estate of Mehru Abbasi
Assigned to: Judge Peter J. Messitte
Referred to: Magistrate Judge Jillyn K. Schulze
Demand: $137000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1441 Notice of Removal

Date Filed: 08/12/02
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**
**-----------------------**

**Maryland Real Estate Commission**
*TERMINATED: 01/14/2003*

represented by **Elizabeth H. Trimble**
State of Maryland Office of the Attorney General
200 Saint Paul Pl
Baltimore, MD 21202-2021
14105766300
Fax : 41033366503
*TERMINATED: 01/14/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Joseph Curran, Jr**
Do Not Mail
Baltimore, MD 21202
14105766300
Fax : 14105766880
*TERMINATED: 01/14/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Estate of Mehru Abbasi,** ***Athar Abbasi, Personal Rep.***
*TERMINATED: 03/11/2003*

represented by **Estate of Mehru Abbasi**
Athar Abbasi, M.D.
707 Anderson Avenue
Rockville, MD 20850
301-279-8630
PRO SE

V.

**Defendant**
**-----------------------**

Pl.'s Mot. to Shorten Time, Ex. A

| | | |
|---|---|---|
| **Van Grack, Axelson & Williamowsky, P.C.**<br>*TERMINATED: 03/11/2003* | represented by | **Aaron Robert Caruso**<br>Abod and Caruso LLC<br>110 N Washington St Ste 540<br>Rockville, MD 20850-2223<br>13017387665<br>Fax : 13016100510<br>Email: arc@abodcarusolaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence S Jacobs**<br>Lawrence S Jacobs and Associates PC<br>110 N Washington St Ste 400<br>Rockville, MD 20850<br>13017388220<br>Fax : 13014240643<br>Email: LSJ@lsjlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Estate of Mehru Abbasi** | represented by | **Andrew Woodson Stuart**<br>Law Office of Andrew W Stuart<br>2315 Wisconsin Ave NW Second Fl<br>Washington, DC 20007<br>12408997863<br>Fax : 13012798365<br>Email: andrew_stuart_dc@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Afshin Pishevar**<br>Law Office of Afshin Pishevar<br>15 W Montgomery Ave Ste 300<br>Rockville, MD 20850<br>13012798773<br>Fax : 13012797347<br>Email: afshin@hyperoffice.com<br>*ATTORNEY TO BE NOTICED* |

**Cross Claimant**
**-----------------------**

| | | |
|---|---|---|
| **Van Grack, Axelson & Williamowsky, P.C.**<br>*TERMINATED: 03/11/2003* | represented by | **Aaron Robert Caruso**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence S Jacobs**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Pl.'s Mot. to Shorten Time, Ex. A

**Plaintiff**
-----------------------

**Van Grack, Axelson & Williamowsky, P.C.**

represented by **Aaron Robert Caruso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence S Jacobs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**
-----------------------

**Athar Abbasi**
*TERMINATED: 03/11/2003*

**Counter Claimant**
-----------------------

**Estate of Mehru Abbasi**

represented by **Estate of Mehru Abbasi**
707 Anderson Avenue
Rockville, MD 20850
301-279-8630
PRO SE

**Andrew Woodson Stuart**
Law Office of Andrew W Stuart
2315 Wisconsin Ave NW Second Fl
Washington, DC 20007
12408997863
Fax : 13012798365
Email: andrew_stuart_dc@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
-----------------------

**Van Grack, Axelson & Williamowsky, P.C.**

represented by **Lawrence S Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/27/2003 | 101 | ORDER granting 99 Motion to Shorten Time. Signed by Judge Jillyn K. Schulze on 8/27/03. (Schulze, Jillyn) (Entered: 08/27/2003) |
| 08/27/2003 | 100 | MOTION for Permanent Injunction *and set aside lien on property* by Estate of Mehru Abbasi. Responses due by 9/15/2003 (Attachments: # 1 Supplement Memorandum in support of motion# 2 Text of Proposed Order Proposed order# 3 Exhibit Exhibit A# 4 Exhibit Exhibit B mot emergency injunction# 5 Exhibit Exhibit C emergency injunction# 6 Exhibit Exhibit List)(Stuart, Andrew) (Entered: 08/27/2003) |
| 08/27/2003 | 99 | MOTION to Shorten Time by Estate of Mehru Abbasi. Responses due by 9/15/2003 (Attachments: # 1 Text of Proposed Order)(Stuart, Andrew) (Entered: 08/27/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/02/2004 17:29:29 | | | |
| **PACER Login:** | aw0502 | **Client Code:** | |
| **Description:** | Docket Report | **Case Number:** | 8:02-cv-02662 |
| **Billable Pages:** | 2 | **Cost:** | 0.14 |