IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2485C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF CLAUDIA BURKE

I, Claudia Burke, state the following:

1. I am an attorney with the Department of Justice, Civil Division, Commercial Litigation Branch, Washington, D.C. In that capacity, I am counsel of record in Forest Products Northwest, Inc. v. United States, 03-2485C.

2. On or about December 10, 2003, I contacted counsel for plaintiff, Forest Products Northwest, Inc. ("Forest Service"), to request his consent to a motion for an enlargement of time to respond to Forest Products' complaint and various motions filed. I represented to counsel for Forest Products, Andrew Stuart, that I had not yet received the agency's litigation report and, therefore, could make no determination as to the Government's position. Further, I explained to Mr. Stuart that since he had filed at least four additional motions, the agency, United States Customs and Border Protection ("Customs"), required additional time within which to assess its position.

3. Our motion for enlargement of time made no mention of

any "promise not to seek any further enlargements of time." Pl. Mot. to Strike at 2. Contrary to Forest Products' assertion, I never made any such promise to Forest Products' counsel. The undersigned does recall noting Forest Products' concerns about expediency and expressing her best intention to file a responsive document by January 28, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 9, 2004.

s/ Claudia Burke

CLAUDIA BURKE