**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. A**

