**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. B**

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOREST PRODUCTS NORTHWEST, INC.,<br>*Plaintiff,*<br>*v.*<br>UNITED STATES,<br>*Defendant.* | Case No. 03-2485C<br>The Honorable Susan G. Braden, J. |

## DECLARATION UNDER 28 U.S.C. § 1746 REGARDING AUTHENTICITY OF EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW A. Woodson Stuart, Esq., JONES & STUART, LLP, and 2300 M Street, NW, Suite 800, Washington, D.C. 20037, Tel: (202) 297-3196, Fax: (202) 338-0270, and hereby respectfully submits this declaration to authenticate the exhibits filed in support of the Motion for Summary Judgment submitted on behalf of Plaintiff, Forest Products Northwest, Inc., doing business as Northwest Forest Products ("NWFP"), and deposes as follows:

1. My name is A. Woodson Stuart, and I am the attorney of record for NWFP in the captioned matter.

2. I prepared the documentary and photographic exhibits filed in support of NWFP's Motion for Summary Judgment, Response and Opposition to Defendant's Motion to Dismiss, Complaint, and Supplemental Complaints.

3. All of said documents and photographs are true and correct copies of the originals and were obtained or received by me either: (a) directly from the producers thereof; or (b)

indirectly, through officers, employees, and agents of NWFP who obtained or received the documents and photographs directly from the producers thereof.

4. The facts stated in the Proposed Findings of Uncontroverted Fact filed by me on behalf of NWFP are true to the best of my knowledge, information, and belief and are based on the exhibits authenticated herein.

5. The samples I filed with the Court on October 23, 2004, were taken from some of the entries in suit and were given to me by officers and employees of NWFP.

**DECLARATION UNDER PENALTY FOR PERJURY**

I, A. Woodson Stuart, Esq., do hereby solemnly swear and affirm that the foregoing is true and correct.

Date: February 18, 2004

Respectfully submitted,

A. Woodson Stuart, Esq.
JONES & STUART, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037
Tel: (202) 279-3196
Fax: (202) 338-0270