**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C**

# *Canadian Woods*

# THEIR PROPERTIES AND USES

Edited by E.J. Mullins and T.S. McKnight

THIRD EDITION
Published by University of Toronto Press TORONTO BUFFALO LONDON
in cooperation with the Canadian Forestry Service, Environment Canada
and the Canadian Government Publishing Centre, Supply and Services Canada

# Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C

First edition
King's Printer for Canada, Ottawa 1935

Second edition
King's Printer for Canada, Ottawa 1951

Third edition
Minister of Supply and Services Canada 1981

Printed in Canada

ISBN 0-8020-2430-0

Government catalogue number F044-6/1981E

Canadian Cataloguing in Publication Data

[illegible]in entry under title:
[illegible]an woods
Second ed. published: Ottawa: Forestry Branch, 1951.
Bibliography: p.
Includes index.
ISBN 0-8020-2430-0
1. Wood – Canada. 2. Wood-using industries – Canada.
I. Mullins, E.J. II. McKnight, T.S. (Theodore Samuel), 1927– III. Canada. Environment Canada.
TA419.C38 1981 674'.00971 C81-094571-1

Cover photo © Pete Turner/The Image Bank of Canada

Cette publication est disponible en français sous le titre
*Les bois du Canada: leurs propriétés et leurs usages*