**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C**



OT RECOMMENDED




| Log | Log grade | Diameter (in.) | Length (ft) | Gross scale (OLR) | Net scale (OLR) | Log value | Lumber value: Per log | Lumber value: Per Mbf net scale | Lumber value: Per gross cu ft of log volume |
|---|---|---|---|---|---|---|---|---|---|
| A | F-2 | 16 | 16 | 162 | 162 | 10.53 | 22.10 | 136.42 | 0.87 |
| B | F-3 | 14 | 16 | 121 | 121 | 6.65 | 12.19 | 100.74 | 0.62 |
| Total (and average) for tree | | | | | 283 | 17.18 | 34.29 | (121.17) | (0.76) |

RECOMMENDED




| Log | Log grade | Diameter (in.) | Length (ft) | Gross scale (OLR) | Net scale (OLR) | Log value | Lumber value: Per log | Lumber value: Per Mbf net scale | Lumber value: Per gross cu ft of log volume |
|---|---|---|---|---|---|---|---|---|---|
| C | F-1 | 17 | 16 | 185 | 165 | 12.37 | 30.18 | 182.91 | 1.06 |
| D | F-2 | 15 | 12 | 106 | 106 | 6.89 | 13.97 | 131.79 | 0.83 |
| E | F-3 | 14 | 8 | 61 | 61 | 3.35 | 6.15 | 100.82 | 0.67 |
| Total (and average) for tree | | | | | 332 | 22.61 | 50.30 | (151.51) | (0.92) |

Figure 6.2 Bucking hardwood logs to obtain best yield. In the method that is not recommended, the sawyer assumed rot extended a considerable distance up the stem, so the yield was lower-value F-2 and F-3 logs. In the recommended method, the depth of rot was determined before bucking, and maximum yield and value were obtained from the log.

yields of the top grades. Bucking hardwood logs for quality is discussed fully by Petro (1971). For instance, Petro shows the value per thousand board feet (2.36 $m^3$) of lumber from a grade F-1 log to be almost twice that of an F-3 log (Figure 6.2), and this differential warrants extra care in processing the high-value log. On the Pacific coast, a No. 1 Douglas-fir log must be over 76 cm (30 in.) in diameter and yield over 50% clear lumber, whereas a No. 3 Douglas-fir log will yield mainly lumber for construction, with very few clears.

Linear-throughput mills where logs are fed continuously through the mill, are designed to process logs of relatively uniform quality, and production per day is the governing criterion. If logs are sorted by diameter, the linear-throughput is increased because logs can be fed end to end without the need for gaps between them to permit changing the settings of the headrig so that it can accommodate each log (Dobie 1970).

In many small-log mills, sorting is done by broad diameter classes dictated by the capacity of the various headrigs in the mill. Mills also sort logs by quality to coordinate the output of lumber grade with marketing schedules (Figure 6.3).

### *Basic Steps in Lumber Manufacture*

Lumber manufacturing is the process by which round, tapered logs are converted into rectangular lumber and other products, such as pulp chips, sawdust, and planer shavings. Each sawmill uses the machinery and techniques that are best suited to the supply, size, and quality of raw material. Given the wide range of log quality and the large number of specialized sawmill machines, it is inevitable that sawmill layouts vary greatly. There is no standard sawmill; therefore, in this chapter, only the basic process and the more important sawmilling machines are

**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C**






Figure 6.3 Log bucking and assignment, for specific end uses.

discussed. Emphasis is on softwood mills, which produce 93% of the lumber manufactured in Canada.

The first step in the manufacturing process is to remove the bark from the log. The reasons for debarking are to obtain bark-free pulp chips, to increase saw life, and to increase productivity. Debarking is accomplished by powerful water jets, mechanical arms scraping the bark, or abrasion from revolving heads. The mechanical ring barker is the most common type of barker employed in Canada.

The debarked log is sawn at the headsaw into slabs (with one flat face) and flitches (with two parallel flat faces). The slabs go to the chipper, where slabs, edging, and trim ends, which formerly were burned, are converted into pulp chips. The flitches proceed either through a resaw, or directly to an edger, which produces rectangular lumber by sawing off the rounded, tapered edges. Edgers use a fixed saw and a number of movable saws mounted on an arbor or shaft. The distance between the saws is adjusted for each flitch to obtain the width that provides the highest value. The rectangular boards are then fed past trim saws, which cut the pieces to length (including a small overlength allowance). The trim saws may also cut out major defects, producing two short boards.

After trimming, the lumber is sorted by width, length, thickness, and grade. Large modern mills usually have automated sorting devices, but in the smaller mills manual sorting, known as on the 'green chain', is common.

At this stage, if the market is for unseasoned material, the lumber may be planed, after which it is given final grading, trimmed, grade marked, antistain treated, and packaged for shipment. If the mill markets seasoned lumber, the wood is dried, usually in a dry kiln, and then processed through a planer, graded, retrimmed, grade marked, and packaged for shipment.

*Sawing Methods*

Three basic sawing patterns can be used, depending on the type of machinery in the mill, the quality of the logs, the product mix desired, and management policy.