**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C**






Figure 6.4 Sawing around. The lines show sawing pattern with sawing sequence (below).



Figure 6.5 Through-and-through (live) sawing. The lines show sawing pattern.

For high-value logs, the common procedure is to saw around the log using a headrig with a carriage (Figure 6.4). The log is slabbed and a few boards cut; then the log is turned through 270° and the process repeated until all four sides have been cut. The remaining center cant is then cut into sizes appropriate to its quality. 'Sawing around' produces the maximum yield of flat-grain lumber. Mills cutting high-quality softwood logs to produce clear, vertical-grain lumber cut thick, flat-grain flitches, which are resawn into vertical-grain material. For hardwood logs of medium and high quality, the poorest face is slabbed first (to provide a steady base), and then the other faces are sawn. In general, the sawyer always saws the face with the greatest potential value, so he must turn the log from time to time.

Through-and-through sawing, or live sawing, involves sawing the log completely with one set of parallel cuts (Figure 6.5). This pattern is seldom used in North America, although it is advantageous in some circumstances because it can help to produce maximum lumber volume and value from some high-quality hardwood logs (Flann 1978). In European mills, a small log is moved through a battery of reciprocating sawblades, or a sash gang, set at a fixed spacing, and is reduced entirely to flitches in one pass. Larger logs are sawn with a circular or band headsaw and carriage; the log is turned once through 180° after the first face has been deeply sawn.

Canting, the third method of sawing, is a combination of the two previous methods, and it is the most common pattern for softwoods. A slab and one or more boards are cut from each of two opposite sides of a log, leaving a cant of the desired depth with two parallel sawn faces and two rounded sides. The cant is then processed through a multiple-saw machine, such as a sash gang, circular gang, or a quad-band resaw, from which it emerges cut into lumber. This sawing method can be used for most types of headrigs.

*Saws*

Saws are of two basic types, circular and band. Sash gang saws are simply several short straight sawblades fitted into a reciprocating sash.

The circular saw is a circular steel plate, usually ground to a uniform thickness, with cutting teeth either ground into the rim of the plate or attached by a locking mechanism. The saw is attached to an arbor by collars in a headsaw and by a spline in an edger. The advantages of these saws are that they are relatively cheap and rugged and can be maintained without highly skilled labor. The disadvantage is that the kerf, or the cut made by the saw, is usually wider than that of bandsaws. Progress is being made in reducing the kerf and improving the surface quality of the cut (McLauchlan 1972).

A bandsaw is a continuous ribbon of steel mounted over an upper and lower wheel. Either one edge (single cut) or both edges (double cut) may have teeth. Bandsaws generally have a thinner kerf than circular saws, make smoother, more accurate cuts, and can be built to cut larger logs than circular saws. Disadvantages include the high cost of the saws and the bandmill machinery and the specialized staff required to maintain the equipment.

In the past decade, the increasing cost of wood has stimulated interest in reducing saw kerf and in increasing sawing accuracy and the smoothness of the sawn surfaces. High-strain bandsaws and guided