**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C**



ircular saws are among the many advances the industry has made. Both the Eastern and Western Forest Products Laboratories of Forintek Canada Corp. have active research programs in these areas.

*Headrigs*

In sawmill terminology, the first machine that starts reducing a log to lumber is called a headrig. The sawmilling industry uses many types of headrigs. Brief descriptions of the more common types follow.

Single- or Double-Cut Bandsaw with Carriage

This headrig is a collection of equipment used for the initial log breakdown. Included are a carriage running on a track, a bandsaw, a mechanism to position and secure the log on the carriage, and devices to remove the sawn lumber and slabs. An important part of the headrig carriage is the setworks, which controls the thickness of lumber to be cut on each pass of the log through the saw. All the functions of the carriage, loading and turning the log, setting the thickness of cut, and moving the log past the saw are controlled by the sawyer. A single-cut band mill can make a saw cut only when the carriage moves forward. A double-cut band mill can saw on both the forward and the return travel of the carriage because the saw has cutting teeth on both edges (Dobie and Sturgeon 1972).

Figure 6.6 Circular saw with carriage feed.



Circular Saw with Carriage

The carriage arrangement, including setworks, is similar to that of the single-cut bandsaw headrig. Sawing occurs only when the carriage is moving forward. Carriage-fed circular headrigs are of two types: those with a single circular saw, and those with two circular saws operating in the same plane, one (i.e., a 'top' saw) above the other to permit the cutting of large logs. The trend is away from circular headrigs and toward chipper-canters for small logs and thin bandsaws for large logs. The circular headsaw is standard equipment in small mills, however.

Figure 6.7 Round-log twin bandsaw.



Scrag Saws

There are two common headrigs of this type; the first consists of two adjustable circular saws on a single arbor (typically used in stud mills), and the second consists of two or more arbors, each with a pair of saws and each pair cutting different lines. The individual saws may be fixed or may be movable to different settings. A continuous chain carries the logs through the saws. Because these headrigs are not intended to saw for grade, their most common application is in mills specializing in the manufacture of studs from small timber. The greatest advantages of scrag saws are low initial cost, simplicity, and relative freedom from maintenance problems. The disadvantages are the large percentage of sawdust produced and the inability to saw large logs for grade. A typical flow design for a scrag mill is shown in Figure 6.8.

Twin and Quad Bandsaws

Round logs are fed into twin and quad band saws (Figure 6.7) by a sharp chain log feed, or other log-carrying device, which holds the log firmly and guides it accurately through the saws. The saws are set to the desired spacing by hydraulic controls. A twin band usually