**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C**



Figure 6.8 Typical flow design of twin-band or two-saw scragmill, including resaw.




produces two slabs and a cant that is further broken down by resaws. A quad bandsaw consists of two pairs of band mills operating in tandem and is capable of making four saw cuts in one pass. Twin and quad bandsaws are also used to process cants.

## Gang Saws

In Scandinavia the optimum sawing pattern is determined according to softwood log size, quality, and product price schedule. The logs are sorted into diameter classes and are then processed through a round-log gang saw, followed by a cant gang saw, often called the sash gang or frame saw. This type of saw is seldom used in Canada. In Canada much less sorting is done, and the logs are broken down into waney planks, or flitches, of uniform thickness as in cant sawing or through-and-through sawing. The advantages of a sash gang are narrow kerf and accurate cutting, although the newer, thin-kerf, high-strain bandsaws have comparable advantages. The most common gang saw in North America is the multiple circular resaw, often called a bull edger.

## Chipping Headrigs

The chipping headrig, also called the chipping canter, is the most important innovation in sawmilling in recent years (Dobie 1967). First

**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C**



introduced in Canada in 1964 (Dobie and McBride 1964), it consists of a number of rotating heads in which chipper knives are inserted. As the logs are fed through the machine, the top and bottom surfaces of the logs are profiled, or chipped, in 51 mm (2 in.) steps by the chippers, and the excess wood on the sides, the slabs, is removed by two more chipper heads. The profiled cant is then sawn into lumber by saws matched to the steps in the log. Figure 6.9 shows examples of the profiled cants produced by a chipper headrig.

Since the slabs are chipped off the log, the recovery of pulp chips is increased and the volume of sawdust is decreased. The system has low labor costs and is particularly suited to small logs. The large capital cost and the fact that only straight logs can be processed are disadvantages. The chipper headrig also has a tendency to increase chip recovery at the expense of lumber production.

Other systems use chipper heads to make cants from logs by chipping slabs from either two or four faces.



2 - 38 x 140 mm (2 in. x 6 in.)
2 - 38 x 89 mm (2 in. x 4 in.)



2 - 38 x 286 mm (2 in. x 12 in.)
2 - 38 x 235 mm (2 in. x 10 in.)
2 - 38 x 184 mm (2 in. x 8 in.)

Figure 6.9 Two examples of profiled cants produced by a chipper-headrig.

*Secondary Sawmilling Machines*

Because the headrig is considered the key to the throughput of a sawmill, reducing the number of cuts per log on the headrig and using secondary machines to do further processing increases the production of a sawmill. Under these circumstances the headrig is used as a breakdown machine, cutting the log into pieces that are multiples of the final sizes. Many auxiliary machines are available, and the combinations are numerous. Gang edgers, cant gangs, and various types of resaws are most commonly used. A horizontal band resaw is shown in Figure 6.10.

*Planing Lumber*

In Canada about 80% of softwood lumber is planed, and the other 20% is sold in the rough-sawn state. Planing ensures uniformity of widths and thicknesses, and provides a high-quality finish; both are important in the marketing of construction lumber. Because hardwood is normally remanufactured into furniture, pallets, and so on, it is usually sold rough. Most planing machines produce flat, square-edged lumber, although a large amount of dimension lumber is manufactured with eased or slightly rounded edges. The planer-matcher produces a variety of self-matching planed products, such as tongue-and-groove, decking, shiplap, interlocking siding, and flooring. After passing through the planer, lumber is graded, trimmed, grade stamped, side or end marked, sorted and stacked, and packaged for shipment.

A few modern mills with very accurate sawing now use sanders instead of planers. Sanders produce a smoother finish and less chipped grain around knots.

Excellent sources of information on sawmilling are Brown and Bethel (1958), Quelch (1970), Koch (1972), and Williston (1976).

Figure 6.10 Horizontal-band resaw.



HARDWOOD LUMBER

*Grading Rules*

Hardwood lumber in Canada and the United States is graded according to the rules published by the National Hardwood Lumber