**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C**






Figure 6.11 Diagram showing cuttings from a piece of hardwood lumber. The amount of usable material, or cuttings, determines the grade of the piece.

Association. Inspectors employed by the association are located throughout each country to serve both producers and consumers. The grade of a board is usually based on its poorer face and is determined by the percentage of the piece that can be made into cuttings of a certain quality and dimensions (width and length). The higher the yield and the larger the size of cuttings that can be cut from the board, the higher the grade. Most cuttings used in the furniture industry, are clear on one face and sound on the reverse face. Figure 6.11 shows a typical board. The two highest grades – First and Seconds – are usually sold together as FAS. The next grade is Selects, followed by No. 1 Common, No. 2 Common, Sound Wormy, No. 3A Common, and No. 3B Common. In general, grades No. 2 Common and Better are used by the furniture industry, and the lower grades are used by the pallet industry.

Hardwood lumber is usually manufactured in random widths in order to ensure the highest lumber value as determined by both surface yield and lumber grade. The grades specify minimum widths of 140 mm (6 in.) for FAS, 89 mm (4 in.) for Selects, and 64 mm (3 in.) for the Common grades.

*Dimension Parts*

A specialized market has been developed for dimension parts or components. These are sold as rough, semifinished, or finished dimension stock. The rough material is kiln dried and cut to size (including allowance for final machining). The semifinished stock is further processed by surfacing, edge gluing, shaping, and so on. Finished stock is completely machined and sanded.

## SOFTWOOD LUMBER

*Grading Rules*

All softwood lumber in Canada is graded under the National Lumber Grading Authority (NLGA) 1979 Standard Grading Rules for Canadian Lumber. The Canadian Lumber Standards Division (CLS) of the Canadian Standards Association (CSA) is responsible for the control and regulation of the grade stamping of Canadian softwood lumber. Lumber associations and grading agencies must meet certain standards to be certified by CLS so they can direct the grade stamping of lumber in the mills under contract to them.

A lumber grade is based on probable use of the lumber and includes pieces that differ slightly from each other within defined quality limits. The characteristics (or defects) allowable in each grade are enumerated in the grading rules.

The term characteristics is used to describe deviations from the perfect wood structure. These are divided into three categories: (1) *natural*, those that occur in the development of the tree, such as knots, pitch pockets, bark seams, shake, and stain; (2) *manufacturing*, those developed in the manufacture of lumber, such as improper trimming, skips in dressing, and torn grain; (3) *seasoning*, those developed in the drying process, such as checks, splits, warp, and collapse.

Clears such as Finish, Casing, and Panelling are usually appearance grades in which the attractive features of the wood are the important factors. In vertical-grain flooring, wearing qualities are critical; in

**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. C**





,ure 12.9 Typical cross-sections of millwork shaped on a molder.

millwork, the lumber is first ripped to width and then crosscut to length. This procedure is the reverse of the practice in furniture production, but it provides a higher-recovery of long, clear components and thus permits greater use of available material.

In its simplest form, a molder has a top cutter head with two side heads behind it and finally a bottom cutter head. This arrangement allows lumber to be milled on all four sides in a single pass through the machine.

An important process in millwork is finger-jointing. In this process short pieces of clear lumber that would otherwise be discarded are end-glued into long, continuous strips that can then be crosscut to any desired length (Figure 12.10). Finger-jointing usually takes place after the lumber has been dried and ripped and the defects have been removed, but it now may take place when lumber is in the green condition as well (i.e., immediately after sawing). It is expected, however, that the latter practice will be restricted to softwood dimension lumber.

Softwoods – particularly white pine, Douglas-fir, and hemlock – are usually used for millwork, but soft-textured hardwoods such as poplar and aspen are often used for interior moldings and picture frames. Dimensional stability, ease of machining and finishing are the main criteria used in selecting material from these species for millwork.

Competing materials, particularly aluminum windows, have made strong inroads into the wood-millwork market, but both high heat loss and increased condensation are distinct disadvantages of this particular product. Improved finishing methods and the use of plastic overlays and inserted tracks now provide wood products with the ease of maintenance of aluminum but with none of its disadvantages.

## BENTWOOD

Bentwood provides a means of producing both functional and aesthetic curved wood products. There are several ways of producing bentwood; it can be made by application of heat, moisture, and pressure; by gluing thin laminations of wood into the required shape; and by chemical treatments.

Bent solid wood, composed mainly of hardwoods with moisture contents of 20–25%, is used in the manufacture of furniture, canes, sporting goods, and curved boat members. The wood is plasticized by steam heating to 100°C (212°F); then it is held in the new shape until it has cooled and its moisture content has been reduced to the optimum level for its intended use. The bending process consists mainly of