**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. D**

How to Choose and Use

# Lumber, Plywood, Panelboards and Laminates

by Mel Marshall

Drawings by
Vantage Art, Inc.

POPULAR SCIENCE
HARPER & ROW
New York, Evanston, San Francisco, London

**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. D**

TS843
.M37

Copyright © 1979 by Mel Marshall
Published by Book Division, Times Mirror Magazines, Inc.
Brief quotations may be used in critical articles and reviews. For any other reproduction of the book, however, including electronic, mechanical, photocopying, recording or other means, written permission must be obtained from the publisher.
Library of Congress Catalog Card Number: 79-4710
ISBN: 0-06-090724

Manufactured in the United States of America

## Contents

Introduction

1. A Brief History of Lumb

2. Lumber

3. Plywood

4. Composition Boards

5. Gypsum Board and Pre

6. Laminates

Appendix

Index

Case 1:03-cv-02485-LB Document 25-10 Filed 02/22/2004 Page 3 of 3
Pl.'s Proposed Findings of Uncontroverted Fact, Ex. D

# 2 | Choosing and Using Lumber

PERHAPS THE WAY to start is by getting acquainted with the special vocabulary used in the lumber industry. It will be used in describing sawing and milling operations and grading standards, and will be helpful to you when we get to talking about dimensions and methods of application.

At the beginning of the lumber-production chain, *loggers* in the forest *fell* trees with saws and axes and wedges. They clear the felled trunks of branches, then *buck* the trunk into *logs* of lengths that can be conveniently transported to a *sawmill*. At the mill, the logs are unloaded; if they are to be converted into lumber at once, the unloading is done at a *live deck*, from which the logs are moved to the mill. If the live deck is full, they go to a *cold deck* to wait until they can be handled. Just before going to the mill, the logs are *barked*; the bark is removed by high-pressure jets of water, by being grated against huge revolving drums, or by air hammers.

A *headrig* conveys the logs to the first saw, where a *sawyer* operating a band saw converts them into large rectangular timbers called *cants*. The cants are inspected in a preliminary grading, then a series of multiple band saws and edgers turns them into *rough sawn green* boards. These pass on a *green chain* to inspectors who do another grading. Each board is pulled from the green chain and stacked according to grade.

After grading the boards move to one of two seasoning processes. Some may be *air-dried*, which means that each piece is stacked between spacers to let the moisture in it evaporate over a long period of time simply by exposing it to the air. Or, the green wood may be passed through a *dry kiln*, in which streams of heated air remove the moisture from the tree sap in a much shorter time. During the drying period, whether in a kiln or air drying, the wood shrinks appreciably.

*Milling* is the next step. After they are cool, the *seasoned* pieces go through *planers*, which smooth their surfaces and edges and reduce them to precise dimensions. Some of the planed pieces will go on to *shapers*, which convert them into *pattern lumber*, the name given to tongue-and-groove, shiplap, and other formed construction lumber. We'll meet these later on.

Others will emerge from the mill as *timbers*, *dimension lumber*, or *boards*. A second grading and perhaps a bit of additional milling will convert a limited quantity of the best boards into *finish lumber*, which is what you encounter when you go to your retail dealer. The final grading determines not only what you'll ask for to do the job you're working on, but the price you'll pay.




The steps in transforming trees into lumber products.

Now, let's backtrack a bit. At each working stage a bit of wood waste is produced. bark, sawdust, chips, odd pieces. This goes to mills or factories where it will be converted to other wood products: particleboard, composition board, paper.

Still backtracking, let's take a second look at the sawing step, to emphasize its importance. If you'll recall, there are three types of saw-