**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. E**

# Carpentry

**Gaspar Lewis**

*Building for Success*
*& Section Reviews*
Contributed by
Larry Kness

Delmar Publishers
I(T)P An International Thomson Publishing Company

Albany • Bonn • Boston • Cincinnati • Detroit • London • Madrid • Melbourne
Mexico City • New York • Pacific Grove • Paris • San Francisco • Singapore • Tokyo
Toronto • Washington

**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. E**

NOTICE TO THE READER

Publisher does not warrant or guarantee any of the projects described herein or perform any independent analysis in connection with any of the project information contained herein. Publisher does not assume, and expressly disclaims, any obligation to obtain and include information other than that provided to it by the manufacturer.

The reader is expressly warned to consider and adopt all safety precautions that might be indicated by the activities herein and to avoid all potential hazards. By following the instructions contained herein, the reader willingly assumes all risks in connection s with such instructions.

The publisher makes no representation or warranties of any kind, including but not limited to, the warranties of fitness for particular purpose or merchantability, nor are any such representations implied with respect to the material set forth herein, and the publisher takes no responsibility with respect to such material. The publisher shall not be liable for any special, consequential, or exemplary damages resulting, in whole or part, from the readers' use of, or reliance upon, this material.

Cover Photos: Randall Perry Photography

**Delmar Staff:**
Publisher: Susan Simpfenderfer
Administrative Editor: Mark Huth
Developmental Editor: Jeanne Mesick
Project Editor: Patricia Konczeski
Art/Design Coordinator: Cheri Plasse
Production Coordinator: Dianne Jensis
Marketing Manager: Lisa Reale

**Delmar Publishers' Online Services**
To access Delmar on the World Wide Web, point your browser to:
http://www.delmar.com/delmar.html
To access through Gopher: gopher://gopher.delmar.com
(Delmar Online is part of "thomson.com", an Internet site with information on more than 30 publishers of the International Thomson Publishing organization.)
For information on our products and services:
email: info@delmar.com
or call 800-347-7707

COPYRIGHT © 1995
By Delmar Publishers
a division of International Thomson Publishing Inc.

The ITP logo is a trademark under license

Printed in the United States of America

For more information, contact:

Delmar Publishers
3 Columbia Circle, Box 15015
Albany, New York 12212-5015

International Thomson Publishing Europe
Berkshire House 168 - 173
High Holborn
London WC1V7AA
England

Thomas Nelson Australia
102 Dodds Street
South Melbourne, 3205
Victoria, Australia

Nelson Canada
1120 Birchmount Road
Scarborough, Ontario
Canada M1K5G4

International Thomson Editores
Campos Eliseos 385, Piso 7
Col Polanco
11560 Mexico D F Mexico

International Thomson Publishing GmbH
Königswinterer Strasse 418
53227 Bonn
Germany

International Thomson Publishing Asia
221 Henderson Road
#05 - 10 Henderson Building
Singapore 0315

International Thomson Publishing - Japan
Hirakawacho Kyowa Building, 3F
2-2-1 Hirakawacho
Chiyoda-ku, Tokyo 102
Japan

All rights reserved. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means–graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems–without the written permission of the publisher.

4 5 6 7 8 9 10 X X X 01 00 99 98 97

Library of Congress Cataloging-in-Publication Data

Lewis, Gaspar J.
Carpentry / Gaspar Lewis. — 2nd ed.
p. cm
Includes index.
ISBN 0-8273-5979-9
1. Carpentry. I. Title.
TH56.6.L48 1994
694--dc20 94-8421