**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. E**

# CHAPTER 2 LUMBER

## Manufacture of Lumber

When logs arrive at the sawmill, the bark is removed first. Then a huge bandsaw slices the log into large planks, which are passed through a series of saws. The saws slice, edge, and trim them into various dimensions, and the pieces become *lumber*.

Once trimmed of all uneven edges, the lumber is stacked according to size and grade and taken outdoors where *sticking* takes place. Sticking is the process of restacking the lumber on small cross-sticks that allow air to circulate between the pieces. This air-seasoning process may take six months to two years due to the large amount of water found in lumber.

Following air-drying, the lumber is then dried in huge ovens. Once dry, the rough lumber is surfaced to standard sizes and shipped (Fig. 2-1).

The long, narrow surface of a piece of lumber is called its edge, the long, wide surface is termed its side, and its extremities are called ends. The distance across the edge is called its thickness, across its side is called its width, and from end to end is called its length (Fig. 2-2). The best-appearing side is called the face side and the best-appearing edge is called the face edge.

In certain cases, the surfaces of lumber may acquire different names. For instance, the distance from top to bottom of a beam is called its depth, and the distance across its top or bottom may be called its width or its thickness. The length of posts or columns, when installed, may be called their height.




**Fig. 2-2** Lumber surfaces are distinguished by specific names.

## Plain-Sawed Lumber

A common way of cutting lumber is called the *plain-sawed* method, in which the log is cut tangent to the annular rings. This method produces a distinctive grain pattern on the wide surface (Fig. 2-3). This method of sawing is the least expensive and produces greater widths. However, plain-sawed lumber shrinks more during drying and it warps easily. Plain-sawed lumber is sometimes called slash-sawed lumber.

## Quarter-Sawed Lumber

Another method of cutting the log, called *quarter-sawing*, produces pieces in which the annular rings are at or almost at right angles to the wide surface. Quarter-sawed lumber has less tendency to warp



**Fig. 2-1** Manufacture of lumber from forest to finished product. (*Courtesy of California Redwood Association*)