**Pl.'s Proposed Findings of Uncontroverted Fact, Ex. E**



(A)



(B)

**Fig. 2-3** a. Plain-sawed lumber; b. surface of plain-sawed lumber. (*Courtesy of California Redwood Association*)



(A)



(B)

**Fig. 2-4** a. Quarter-sawed lumber; b. surface of quarter-sawed lumber. (*Courtesy of California Redwood Association*)

and shrinks less and more evenly when dried. This type of lumber is durable because the wear is on the end of the annular rings. Quarter-sawed lumber is frequently used for flooring.

A distinctive and desirable grain pattern is produced in some wood, such as oak, because the lumber is sawed along the length of the medullary rays. Quarter-sawed lumber is sometimes called vertical-grain or edge-grain (Fig. 2-4).

## Combination Sawing

Most logs are cut into a combination of plain-sawed and quarter-sawed lumber. The *sawyer* must use great skill in determining how to cut the log with as little waste as possible in the shortest amount of time to get the desired amount and kinds of lumber (Fig. 2-5).

## Moisture Content and Shrinkage

When a tree is first cut down, it contains a great amount of water. Lumber, when first cut from the log, is called *green lumber* and is very heavy because most of its weight is water. A piece 2 inches thick, 6 inches wide, and 10 feet long may contain as much as 4 1/4 gallons of water weighing about 35 pounds



**Fig. 2-5** Combination-sawed lumber. (*Courtesy of Western Wood Products Association*)

Green lumber cannot be used in construction because it will eventually dry to the same moisture