# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOREST PRODUCTS NORTHWEST, INCORPORATED,<br><br>*Plaintiff,*<br><br>*v.*<br><br>UNITED STATES,<br><br>*Defendant.* | Case No. 03-2485C<br>The Honorable Susan G. Braden, J. |

**PLAINTIFF NORTHWEST FOREST PRODUCTS' MOTION**
**FOR LEAVE TO FILE FOURTH SUPPLEMENTAL COMPLAINT**

COMES NOW Plaintiff, Forest Products Northwest, Inc., doing business as Northwest Forest Products, by and through its attorney, A. Woodson Stuart, Esq., and hereby requests leave, pursuant to Court of Federal Claims Rule 15(d), to file the accompanying Fourth Supplemental Complaint based on the post-filing transactions described therein.

Respectfully submitted,

Date: February 22, 2004

s/*A. Woodson Stuart*

A. Woodson Stuart, Esq.
Jones & Stuart, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037
Tel: (202) 973-8102
Fax: (202) 338-0270

*Attorney for Plaintiff Northwest Forest Products*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FOREST PRODUCTS NORTHWEST, INCORPORATED,

*Plaintiff,*

*v.*

UNITED STATES,

*Defendant.*

Case No. 03-2485C
The Honorable Susan G. Braden, J.

## ORDER

UPON CONSIDERATION of the motion for leave to file a Fourth Supplemental Complaint filed by the Plaintiff, Forest Products Northwest, and any opposition thereto filed by the Defendant, the United States, now, after due deliberation, it is hereby ORDERED and ADJUDGED that said motion be, and hereby is, GRANTED.

It is SO ORDERED.

Date: ________________

______________________________
The Honorable Susan G. Braden, J.

**Copies to:**

A. Woodson Stuart, Esq.
Jones & Stuart, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037
Tel: (202) 2973-8102
Fax: (202) 338-0270
*Attorney for Plaintiff Forest Products Northwest, Inc.*

Claudia Burke, Esq.
Commercial Litigation Branch
U.S. Department of Justice
Washington, D.C. 20530
**Attn: Classification Unit, 8th Floor, 11 L Street, NW**
*Attorney for Defendant United States*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INCORPORATED,<br>*Plaintiff,*<br>*v.*<br>UNITED STATES,<br>*Defendant.* | ) | Case No. 03-2485C<br>The Honorable Susan G. Braden, J. |

**PLAINTIFF NORTHWEST FOREST PRODUCTS'**
**<u>FOURTH SUPPLEMENTAL COMPLAINT</u>**

COMES NOW Plaintiff, Forest Products Northwest, Inc., doing business as Northwest Forest Products ("NWFP"), by and through its attorney, A. Woodson Stuart, Esq., and hereby submits this Fourth Supplemental Complaint pursuant to Court of Federal Claims Rule 15(d), and as ground in support thereof states the following:

In addition to the $144,830.23 already at issue in this case, a payment for $9,565.11 was made in connection with entry number 4670162-1 WFP1017. *See* Ex. 1. NWFP asks that this additional payment be included in the amount requested in this refund action, for a total of $154,395.34.

Respectfully submitted,

Date: February 22, 2004

s/*A. Woodson Stuart*

A. Woodson Stuart, Esq.
Jones & Stuart, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037
Tel: (202) 2973-8102
Fax: (202) 338-0270

*Attorney for Plaintiff Northwest Forest Products*