FEB. 2 2004 3:51PM JONES & JONES NO. 3619 P. 3/3
A.J. HUMPHREYS Fax:3609880755
NOV. 21. 2003 2:50PM JONES & JONES NO. 4104 P. 2/2
819 P02 21 14:38

79-064021

# U.S. Customs Invoice

| | |
|---|---|
| 1 Exporter, Shipper, Seller: Northwest Forest Products c/o ER Probyn Export Ltd. 628 Sixth Avenue, Suite 530 New Westminster, B.C., Canada V3M 6Z1 | U.S. Customs Clearance by: Jones & Jones Customs Brokers. CDN. PHONE: 888-334-3075; CDN. FAX: 888-334-9742; U.S. PHONE: 360-332-5090; U.S. FAX: 360-332-1282. "Service with Integrity" |
| Ship Ref. No.: WFP1017 | Page 1 of 1 |
| 3 U.S. Buyer: Northwest Forest Products 1478 Thorne Rd Tacoma, WA 98421. I.R.S.# 91-1234108. ☑ Not Related ☐ Related | 4 Consignee: |
| 6 Place of Lading: Mission, B.C., Canada | 7 Country & Province of Manufacture: Canada - B.C. |
| 8 U.S. Port of Entry: Sumas, Washington | 10 Destination: Tacoma, Washington USA |
| 9 Pro/Freight No.: 137/62238 | 11 Currency of Sale: U.S. Funds |
| 13 Gross Weight and Cubage: 26001 KG 48.3 M3 | 14 Car No.: 929 |
| 12 Departing Carrier: Bronco Transportation | |

5 Terms of Sale: ☑ F.O.B. PLANT ☐ DESTINATION; ☐ U.S. BACKHAUL ☐ CWB/ADS ☐ FREIGHT; U.S. Duty under Softwood Lumber Agreement: ☐ Shipper ☑ Buyer ☐ Consignee; for the account of Northwest Forest Products

15 Invoiced item description:

U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA)

Softwood Lumber

Edge Glued Western Red Cedar Lumber, Rough, Green

| Description | 16 Invoice Unit Quantity FBM | 17 Invoice Unit Price $/MFBM | 18 Invoice Total |
|---|---|---|---|
| 7/4 x 10 #2 Clear & Better VG Grade 1 Package | 2,317 | $1,932.30 | $4,477.14 |
| 7/4 x 10 #4 Clear VG Grade Included in 1 Pkg Above | 1,105 | $1,341.63 | $1,482.50 |
| 7/4 x 8 #2 Clear & Better VG Grade 6 Packages | | $1,932.30 | $20,629.23 |
| 7/4 x 8 #4 Clear VG Grade Included in 6 Pkgs Above | 6,3.. | $1,341.63 | $8,551.55 |

Total: 7 Packages 20,472 FBM

2/16' 5/20'

Producer: Wilkerson Forest Products, Ltd.: division of ER Probyn Export Ltd., New Westminster, B.C., Canada

Remaned by Edge Gluing Only

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot needles do not occur"

Primary Mill: Weyerhaeuser Company Limited

Stamp: CUSTOMS AND BORDER PROTECTION NOV 24 2003 SUMAS, WA

21 Estimated Freight Charges: $ ... Or to destination: $ 438.10

22 Mode of Transport: ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other

23 Consolidated: ☐ Yes ☑ No

I hereby certify that the information given above is true and complete in every respect

79-064021

110-4670162-1

11-24-03

Date 21-NOV-2003

☑ Owner ☐ Agent

Signature: A. Bailey

31 Invoice Total: $ 35,140.42

NOV 21 2003 15:11 360 332 1282 PAGE.02

# ENTRY SUMMARY

UNITED STATES CUSTOMS SERVICE

PS-SUPPLY CHAIN SOLUTION 110
.O. BOX 249
UMAS WA 98295

| | |
|---|---|
| 1. Entry No. | 4670162-1 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 74 |
| 4. Entry Date | 12/05/03 |
| 5. Port Code | 3009 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 79-064021 PG 1 |
| 9. Ultimate Consignee Name and Address | State WA |
| 10. Consignee No. | 91-1234195 |
| 11. Importer of Record Name and Address | NORTHWEST FOREST PRODUCTS<br>1476 THORNE RD<br>TACOMA WA 98421 |
| 12. Importer No. | 91-1234195 |
| 13. Exporting Country | CA |
| 14. Export Date | 11/21/03 |
| 15. Country of Origin | XC |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B.L or AWB No. | |
| 20. Mode of Transportation | 30 |
| 21. Manufacturer I.D. | XCNORFOR628NEW |
| 22. Reference No. | 94-3063515-23 |
| 23. Importing Carrier | BRONCO #929 |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 3009 |
| 27. Import Date | 11/21/03 |

| 28. Line No. | 29. Description of Merchandise — 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 20,472 FBM WRC LUMBER, ROUGH, GREEN INV. NO. 001 | | | N | | | |
| 001 | WESTERN RED CEDER ROUGH SAWN | | | | | | |
| | GIV | | $35,140.42 | | | | |
| | Ent Value | | $35,140.00 | | | | |
| | CA 4407.10.0068 | 26,001 | 48 M3 | 35,140<br>C 50 | FREE | FREE | |
| | C122-839-000 COUNTERVAILING | | | | 18.79 % | 6,602 | 81 |
| | A122-838-000 ANTIDUMPING | | | | 8.43 % | 2,962 | 30 |

BLOCK 39 SUMMARY :

| | | |
|---|---|---|
| ADD | 012 | 2,962.30 |
| CVD | 013 | 6,602.81 |

TOTAL ENTERED VALUE: 35,140.00

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| ▼ U.S. CUSTOMS USE ▼ | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | .00 |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | 9,565.11 |
| | E. Ascertained Total | 40. Total | 9,565.11 |

41. Signature of Declarant, Title, and Date

KAREN SCHULZ 084

BILLING COPY

Customs Form 7501