23. This article of wood cannot be classified in heading 4407, HTSUS, as it does not come within the specific language of the provision.

24. Generally, the tariff classification of imports of "wood" and "articles of wood" is based on the subject merchandise in its condition as imported. The actual post-importation use of the merchandise by the importer is irrelevant to classification.

25. The principle of customs law that merchandise is classified based on its condition as importer has been described as "so basic it hardly needs to be mentioned in any discussion of a classification problem by judges, officials, or lawyers having any serious involvement in such matter." *Simod America Corp. v. United States*, 872 F.2d 1572, 1577 (Fed. Cir. 1989).

**DECLARATION UNDER PENALTY FOR PERJURY**

I, Kenneth G. Weigel, Esq., do hereby solemnly swear and affirm that the opinion expressed herein represents my true and honest belief, and that the facts stated in this report are true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

Date: February 24, 2004

Kenneth G. Weigel, Esq.