# Rep. and Decl. of Kenneth G. Weigel, Ex. A

**Kenneth G. Weigel**
**Partner, Washington Office**



Ken Weigel represents clients on all aspects of international trade regulation law, including international trade proceedings, customs law, export control issues and embargoes as well as international agreements related to international trade (e.g., WTO and NAFTA). The practice consists of representation in administrative and judicial proceedings, audits and investigations as well as counseling.

International trade regulation administrative proceedings are a significant part of Mr. Weigel's practice. He represents and advises producers, importers and exporters on all U.S. laws affecting imports (e.g., antidumping, countervailing duty, section 301, section 337, section 201 (escape clause), section 22, section 232, and section 332). Mr. Weigel represents foreign and U.S. manufacturers in antidumping proceedings before both the U.S. Department of Commerce and the U.S. International Trade Commission. His recent experience involves trade proceedings on Ferrovanadium, Steel, Lumber, Large Newspaper Printing Presses, Nitrocellulose and Sodium Azide. He has also represented clients in ancillary scope proceedings, having successfully represented a foreign-owned importer in the first antidumping circumvention case. Mr. Weigel's international trade experience also encompasses proceedings in other countries, including antidumping proceedings in Mexico, Canada, Egypt and South Africa, where he has represented with the assistance of local counsel U.S. exporters in international trade proceedings. Additionally, in the trade sanctions (section 301) area, he has represented U.K. and Japanese exporters and U.S. importers whose products were threatened with sanctions by the United States, as well as U.S. companies facing foreign trade barriers in overseas markets.

In the customs area, Mr. Weigel represents clients before the U.S. Customs Service and the courts in adversarial proceedings. He also represents clients before the U.S. Customs Service, the U.S. Department of the Treasury and the U.S. Department of Justice in audits; investigations; seizures; civil and criminal penalty proceedings; liquidated damages claims; and offers-in-compromise of penalties. Mr. Weigel's practice also includes strategic counseling on customs requirements and practices, administrative rulings and protests on a myriad of issues such as: classification (including special duty saving provisions); valuation (including related party transfer prices and the relationship of customs value and section 1059A of the Internal Revenue Code); country of origin marking; the entry of merchandise; drawback and duty minimization programs; the consequences of dealing in restricted and prohibited merchandise; surety and customhouse broker issues; and quotas. Mr. Weigel has worked with U.S. Customs Service officials at Headquarters and the ports throughout the United States. Mr. Weigel assists clients in the creation and operation of foreign trade zones and subzones. His experience includes working with the Foreign Trade Zones Board and the U.S. Customs Service as well as local grantees on all aspects of foreign trade zone operations.

Another area of his practice relates to advice on the numerous (and growing) special trade agreements, including the Generalized System of Preferences, the Caribbean Basin Initiative, and the North American Free Trade Agreement. Mr. Weigel also represents clients in GSP reviews as well as

**Kenneth G. Weigel**
Alston & Bird LLP
601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, DC 20004-2601
USA
Phone: 202-756-3431
Fax: 202-756-3333
kweigel@alston.com

**Practice Areas**
International Trade & Regulatory

**Education**
George Washington University
(J.D., 1979)

University of Michigan
(B.A., 1976)

**Admitted to Practice**
1979, District of Columbia

**Rep. and Decl. of Kenneth G. Weigel, Ex. A**

audits and investigations of GSP, NAFTA and other special trade preference claims. Additionally, he has assisted clients with trade issues arising under specific U.S. agreements such as the prior steel arrangements, and the bilateral textile agreements.

In the trade policy area, Mr. Weigel advises clients on international trade legislative and policy issues before Congress, the interagency Trade Policy Staff Committee and individual agencies (e.g., Office of the United States Trade Representative and U.S. Department of the Treasury).

Mr. Weigel advises and represents clients on the U.S. regulation of exports (e.g., U.S. Department of Commerce and U.S. Department of State -- export licensing and antiboycott provisions) as well as the Office of Foreign Assets Control. This practice includes both counseling and representation in investigations. He also advises companies on U.S. reexportation requirements and limits. Additionally, Mr. Weigel assists U.S. and foreign clients on compliance with U.S. trade embargoes administered by the Office of Foreign Assets Control.

Mr. Weigel represents and counsels clients on general U.S. and state administrative law matters that relate to international trade. These laws are administered by various federal agencies, such as the Bureau of Alcohol, Tobacco and Firearms, the Department of Agriculture and the Food and Drug Administration. He also drafts contract provisions and performs due diligence reviews in connection with the purchase and sale of businesses involved in international trade.

Mr. Weigel's activities and publications include:

• Chairman, Customs Law Committee, Section of International Law and Practice, American Bar Association (1988-August 1992); Executive Committee Member, Customs Law Committee (August 1992-1994).

• Co-Author, "Actions Against Import Competition Under U.S. International Trade Laws," *Journal of the Japanese Institute of International Business Law* (*Kokusai Shoji Homu*) (1987).

• Co-Author, *Antidumping, Countervailing Duty and Other Trade Actions* (treatise). Practicing Law Institute (December 1987), 1989 Supplement (June 1989). Translated into Japanese and published in Japan (August 1989).

• "The Country of Origin in Unfair Trade Cases," International Law Committee Newsletter, International Section of Law and Practice, American Bar Association (Summer 1989).

• "Customs Law," *The International Lawyer* (Fall 1991).

• Co-Author, "Rules of Origin," Chapter, *The North American Free Trade Agreement: Issues, Options, Implications*, American Bar Association (March 1992).

• "Customs Valuation: Sale for Exportation," *Customs Record* (January 15, 1993).

• Co-Author, "Customs Procedures and Rules of Origin Under the NAFTA," *The International Lawyer* (Fall 1993).

• "Preferential Rules of Origin," Chapter, *New Developments*

**Rep. and Decl. of Kenneth G. Weigel, Ex. A**

*in Customs Rules of Origin*, American Bar Association, Section of International Law and Practice, Customs and International Trade Law Committees (October 28, 1993).

• "Significant New Developments Every Business Lawyer Should Know About Customs Law," *The International Lawyer* (Winter 1993).

• "Customs Procedures under the North American Free Trade Agreement," *The North American Free Trade Agreement: A New Frontier in International Trade and the Rule of Law*, (American Bar Association) (April 1994).

• "The Developing Relationship Between U.S. Customs and the Internal Revenue Service," *Customs Record* (May 20, 1994).

• Co-Author, "Customs Procedures and Rules of Origin Under the NAFTA," reprinted in *Legal Problems of International Economic Relations: Cases, Materials and Text* (3d ed.) (West Publishing Company).

• “Customs Law” (chapter), *The International Lawyer’s Deskbook*, American Bar Association (1996).

• Co-Author, “Changes in Administration of the U.S. Anti-dumping Law,” *International Trade Law & Regulation*, Vol. 3, Issue 4 (Sweet & Maxwell) (August 1997).

• Listed in “An International Who’s Who of Trade Lawyers and Customs Lawyers,” *Law Business Research* (1998, 2000).

• Speaker and moderator at numerous programs on customs and trade issues in the United States, Canada, England and Japan.