# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOREST PRODUCTS NORTHWEST, INC., *Plaintiff*, | |
| *v.* | Case No. 03-2485C<br>The Honorable Susan G. Braden, J. |
| UNITED STATES, *Defendant.* | |

**PLAINTIFF'S MOTION TO REMOVE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE* FROM THE PUBLIC FILE**

COMES NOW Plaintiff, Forest Products Northwest, Inc., doing business as Northwest Forest Products ("NWFP"), by and through its attorneys, JONES & STUART, LLP, and A. Woodson Stuart, Esq., 2300 M Street, NW, Suite 800, Washington, D.C. 20037, Tel: (202) 297-3196, Fax: (202) 338-0270, and respectfully requests an order removing the government's response to NWFP's Motion *In Limine* from the public file, and as ground in support thereof states the following:

On February 27, 2003, the government filed a response and supporting exhibit containing information that clearly would be covered by the order NWFP requested in its February 9, 2004, motion for a protective order. If this material is not removed from the public file at once, the toothpaste will be out of the tube, and NWFP's very considerable efforts to protect the information will be all for naught. In other words, the government now apparently needs instruction not only on who gets to decide whether this Court has jurisdiction, but on who gets to decide whether information covered by a pending motion for a protective order is entitled to protection.

WHEREFORE on the premises considered, NWFP respectfully requests an order: (1) directing the Clerk of the Court to remove the government's response to NWFP's Motion *In Limine* for the public file; and (2) requiring the government to serve NWFP with a proposed redacted copy within 3 days of the entry of this order.

Respectfully submitted,

Date: February 28, 2004

s/*Andrew Woodson Stuart*

A. Woodson Stuart, Esq.
JONES & STUART, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorney for Northwest Forest Products*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INC., *Plaintiff*, | ) | |
| *v.* | ) | Case No. 03-2485C<br>The Honorable Susan G. Braden, J. |
| UNITED STATES, *Defendant.* | ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Remove Defendant's Response to NWFP's Motion *In Limine* from the Public File, and any response thereto, thereto, now, after due deliberation, it is hereby ORDERED and ADJUDGED that said motion be, and hereby is, GRANTED.

And it is FURTHER ORDERED that the Clerk of the Court shall remove said response and its supporting exhibit from the public file and place them with the materials that NWFP has filed in this case under a request for a protective order.

And it is FURTHER ORDERED that Defendant shall file, under seal, a proposed redacted copy of said response within 3 days of the entry of this order.

And it is FURTHER ORDERED that NWFP shall file any objections within 3 days of service of the Defendant's proposed redacted copy.

It is SO ORDERED.

Date: ____________________

____________________________
The Honorable Susan G. Braden
Judge