# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FOREST PRODUCTS NORTHWEST, INCORPORATED,<br><br>*Plaintiff,*<br><br>*v.*<br><br>UNITED STATES,<br><br>*Defendant.* | Case No. 03-2485C<br>The Honorable Susan G. Braden, J. |

**PLAINTIFF NORTHWEST FOREST PRODUCTS' FIRST CITATION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR *IN LIMINE* PROTECTIVE ORDER**

COMES NOW Plaintiff, Forest Products Northwest, Inc., doing business as Northwest Forest Products ("NWFP"), by and through its attorney, A. Woodson Stuart, Esq., 2315 Wisconsin Avenue, NW, Second Floor, Washington, D.C. 20007, Tel: (202) 279-3196, Fax: (202) 338-0270, and respectfully submits this citation of supplemental authority in support of its motion for an *in limine* protective order, and states as follows:

This supplemental authority is offered in support of the proposition that the government's deliberate public disclosure of investigative file material that NWFP has sought to protect, in an apparent attempt to embarrass NWFP, is illegal and potentially even actionableunder the Privacy Act, 5 U.S.C. § 552a. *See, e.g., Tripp v. Department of Defense,* 219 F. Supp. 2d 85, 89-93 (D.D.C. 2003) (denying motion to dismiss case based on deliberate leak of information from investigative file which the United States later settled for $595,000.00); *Tripp v. Executive Office of the President,* 104 F. Supp. 2d 30, 33-34 (D.D.C. 2000) (denying motion to disqualify and discussing the early procedural history of the case). A copy of the cited decisions is attached.

Respectfully submitted,

s/*Andrew Woodson Stuart*

Date: March 2, 2004

A. Woodson Stuart, Esq.
2315 Wisconsin Avenue, NW
Second Floor
Washington, D.C. 20007
Tel: (202) 279-3196
Fax: (202) 338-0270

*Attorney for Plaintiff Northwest Forest Products*