IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2485 (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 32-day enlargement of time, through and including April 23, 2004, within which to file its response to plaintiff's motion for summary judgment. Defendant's response is currently due on March 22, 2004.[1] The undersigned has contacted plaintiff's counsel for plaintiff's consent and plaintiff's counsel has stated that plaintiff will oppose this motion.

This motion is necessary to afford the Government sufficient time to finish drafting, incorporating comments of agency counsel, and obtaining review of our opposition to plaintiff's motion. Since plaintiff filed its motion for summary judgment, the undersigned counsel has had matters in this Court, including handling a motion for preliminary injunction and compiling the administrative record in a bid protest. The expedited nature of

[1] Plaintiff filed its motion for summary judgment on February 20, 2004, its proposed findings of fact on February 22, 2004, and an affidavit supporting its motion on February 25, 2004.

this bid protest proceeding has prevented counsel from completing our opposition brief in this case.

Specifically, the matters pending before this Court that have been or will require counsel's attention are: preparation of the Government's opposition to plaintiff's motion for preliminary injunction and preparation for oral argument in the Naplesyacht.com v. United States bid protest, 03-252C, brief due on March 12, 2004, oral argument to be held on March 18, 2004; preparation of the Government's motion for summary judgment in Flexfab, Inc. v. United States, 02-1096C, due on March 23, 2004; and preparation for oral argument upon the Government's motion for summary judgment in Union Pacific v. United States, 01-490C, to be held on March 30, 2004.

In the United States Court of Appeals for the Federal Circuit, counsel has been engaged in preparation of the Government's brief in Howell v. Department of Housing and Urban Development, due on April 2, 2004 and preparation for oral argument in Wanner v. Department of Veterans Affairs, 03-7169, to be held on April 6, 2004.

In the Court of International Trade, counsel has been engaged in preparing the Government's complaint in United States v. Karin Stevens, Inc. (complaint filed on March 15, 2004).

For these reasons, defendant respectfully requests that the Court grant this motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy

PATRICIA M. McCARTHY
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Tele: (202) 353-9063

March 17, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th day of March, 2004, a copy of the foregoing Motion for Enlargement of Time. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke