# In the United States Court of Federal Claims

No. 03-2485C
Filed March 23, 2004

| | |
|---|---|
| *********************************** | |
| | * |
| FOREST PRODUCTS NORTHWEST, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

The undersigned judge hereby recuses herself from this matter. *See* 28 U.S.C. § 455(a) (1993); Committee on Codes of Conduct, Advisory Opinion No. 24 (recommending that judges recuse themselves from entertaining cases involving their former law firm for at least two years).

**The Clerk is DIRECTED to reassign this case.**

s/SUSAN G. BRADEN
Judge