# United States Court of Federal Claims

April 1, 2004
No. 03-2485C

**FOREST PRODUCTS NORTHWEST, INC.,**

***Plaintiff,***

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant.***

## ORDER MEMORIALIZING UNRECORDED TELECONFERENCE

On March 31, 2004, this Court conducted an unrecorded teleconference with the parties in this case. The Court received this case via transfer on March 24, 2004, and wanted to assess the status of the current proceedings. Pursuant to the matters discussed at the teleconference, the Court hereby ORDERS plaintiff to serve the government with a copy of its February 9, 2004 unfiled "Response in Opposition to the Motion to Dismiss Under Rule 12(b) Filed January 28, 2004." The Court also SUSPENDS the procedural time lines under the Rules of the Court of Federal Claims ("RCFC") for the following previously-filed dispositive motions:

(1) The government's January 28, 2004 Motion to Dismiss pled in the alternative pursuant to either RCFC 12(b)(1) or RCFC 12(b)(6); and

(2) The Plaintiff's February 20, 2004 Motion for Summary Judgment pursuant to RCFC 56.

The Court also ORDERS both parties to participate in an unrecorded teleconference on Thursday, April 8, 2004 at 11:00 a.m. EST to discuss further procedural issues related to this case.

s/Lawrence J. Block
Lawrence J. Block
Judge