# In The United States Court of Federal Claims

**No: 03-2485C**
April 8, 2004

---

**FOREST PRODUCTS NORTHWEST, INC.,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

---

*A. Woodson Stuart*, A. Woodson Stuart, Esq., Washington, D.C., attorney of record.

*Claudia Burke*, Commercial Litigation Branch, Civil Division, United States Department of Justice, for the defendant.

**ORDER MEMORIALIZING UNRECORDED TELECONFERENCE**

On April 8, 2004, the Court conducted an unrecorded teleconference with the parties to discuss certain procedural issues in this matter. Pursuant to the Court's discussion with the parties, the Court hereby:

1. VACATES the February 12, 2004 Order "granting plaintiff's Motion to Strike and ordering defendant to file responses to plaintiff's motion for expedited consideration and motion *in limine* on or before February 27, 2004."

2. REQUESTS plaintiff to withdraw the following:

a. the November 25, 2003 "Motion in Limine to Exclude Argument and Evidence Relating to Post-Importation Use of the Subject Merchandise;" and,

b. the February 28, 2004 "Motion to Remove Defendant's Response to Plaintiff's Motion *in Limine* from the Public File;" and,

c. the March 2, 2004 "Reply in Support of Plaintiff's Motion *in Limine*."

3. REQUESTS defendant to withdraw the following:

a. the February 27, 2004 "Response to Plaintiff's Motion *In Limine* to Exclude Argument and Evidence Relating to Post-Importation use of the Subject Merchandise;" and,

b. the March 12, 2004 "Opposition to Plaintiff's Motion to Remove Defendant's Response to Plaintiff's Motion *in Limine* from the Public File and Response to Plaintiff's Citation of Supplemental Authority."

On April 22, 2004, 11:00 a.m. EST, the Court will hold a HEARING on plaintiff's request for the need of a protective order relative to particular factual matters in this case. In support of this hearing, the Court ORDERS the parties to submit briefs according to the following schedule:

1. Plaintiff will submit its brief no later than April 12, 2004;

2. Defendant will submit a response no later than April 19, 2004;

3. Plaintiff will submit a reply no later than April 20, 2004.

**IT IS SO ORDERED.**

**/s/**
**Lawrence J. Block**
**Judge**