# In the United States Court of Federal Claims

**03-2485**

**Filed: April 12, 2004**

**FOREST PRODUCTS NORTHWEST, INC.**

**v.**

**THE UNITED STATES**

**PREHEARING MEMORANDUM IN SUPPORT OF PLAINTIFF  NORTHWEST FOREST PRODUCTS' MOTION FOR IN LIMINE  PROTECTIVE ORDER**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.