JONES & STUART, LLP

ATTORNEYS AT LAW

Cheryl L. Jones (DC)
Direct Dial: (202) 338-1129

A. Woodson Stuart (MD)
Direct Dial: (202) 297-3196

2300 M STREET, NW, SUITE 800
WASHINGTON, DC 20037
TEL: (202) 973-8102
FAX: (202) 318-8317

Maryland Office:
15 W. MONTGOMERY AVE., SUITE 300
ROCKVILLE, MARYLAND 20850

Web Address:
www.jones-stuart.com

April 19, 2004

Brian Bishop, Esq.
Clerk of the Court
United States Court of Federal Claims
717 Madison Place, NW
Washington, D.C. 20005

**Re: Withdrawal of Filings in *Forest Products Northwest,* Inc. v. United States, No. 03-2485.**

Dear Mr. Bishop:

Pursuant to the request made in the Court's April 13, 2004, order in the referenced case, I am writing to withdraw the following filings on behalf of the Plaintiff, Forest Products Northwest:

(a) **Docket entry no. 8.** Motion *In Limine* to Exclude Argument and Evidence Relating to Post-Importation Use of the Subject Merchandise (Nov. 25, 2003);

(b) **Docket entry no. 9.** Citation of Supplemental Authority In Support of Motion *In Limine* to Exclude Argument and Evidence Relating to Post-Importation Use of the Subject Merchandise (Nov. 25, 2003);

(c) **Docket entry no. 32.** Reply in Support of Motion *In Limine* to Exclude Argument and Evidence Relating to Post-Importation Use of the Subject Merchandise (Mar. 2, 2004);

(d) **Docket Entry No. 30.** Motion to Remove Defendant's Response to Plaintiff's Motion *In Limine* from the Public File (Feb. 28, 2004); and

(e) **Docket Entry No. 35.** Reply in Support of Motion to Remove Defendant's Response to Plaintiff's Motion *In Limine* from the Public File (Mar. 13, 2004).

Please remove the listed documents from the electronic file. If you have any questions or if I can be of any further assistance, please do not hesitate to call.

Yours truly,

s/*A. Woodson Stuart*
A. Woodson Stuart