# In the United States Court of Federal Claims

**03-2485C**

**Filed: April 19, 2004**

**FOREST PRODUCTS NORTHWEST, INC.,**

**v.**

**THE UNITED STATES**

**Dft's Opposition to Pltf's Motion for Protective Order**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.