IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PRODUCTS NORTHWEST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2485 |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO WITHDRAW DEFENDANT'S FILINGS

Pursuant to this Court's order dated April 8, 2004, defendant respectfully requests that defendant's "Response to Plaintiff's Motion *in Limine* to Exclude Argument and Evidence Relating to Post-Importation Use of The Subject Merchandise," filed February 27, 2004, and defendant's "Opposition to Plaintiff's Motion to Remove Defendant's Response to Plaintiff's Motion *in Limine* from the Public File and Response to Plaintiff's Citation of Supplemental Authority," filed March 12, 2004, be withdrawn.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Patricia M. McCarthy

PATRICIA M. McCARTHY
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Fl.
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-9063
Fax:(202) 307-0972

Attorneys for Defendant

OF COUNSEL

CHI CHOY
Senior Attorney
Office of the Assistant
Chief Counsel
International Trade Litigation
U.S. Customs and
Border Protection
26 Federal Plaza, Room 258
New York, NY 10278

April 22, 2004