# In The United States Court of Federal Claims

**No: 03-2485 C**
April 22, 2004

**FOREST PRODUCTS NORTHWEST, INC.,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

## ORDER MEMORIALIZING ORAL ARGUMENT

On April 22, 2004, the Court conducted an oral argument concerning plaintiff's February 10, 2004 "Motion for *In Limine* Protective Order." At the conclusion of parties' arguments, the Court issued a ruling from the bench. Pursuant to the bench ruling, the Court RESERVES JUDGMENT on the government's January 28, 2004 "Motion to Dismiss," and DENIES plaintiff's motion for a protective order. The Court also ORDERS:

1. The Clerk shall UNSEAL all previous and future filings in this matter;

2. The Clerk shall file *nunc pro tunc* to February 10, 2004 plaintiff's "Response in Opposition to Government's Motion to Dismiss";

3. The parties shall file, following the schedule below, SUPPLEMENTAL BRIEFS regarding the Court's jurisdiction in this matter:

   a. plaintiff shall file its brief no later than May 7, 2004;

   b. defendant shall file a response no later than May 14, 2004;

   c. plaintiff shall file a reply no later than May 21, 2004.

The Court will schedule an oral argument concerning the parties' supplemental briefs after the plaintiff files its reply.

s/ *Lawrence J. Block*
**Lawrence J. Block**
**Judge**