# Jones & Jones, L.L.C.

Pacific Highway Crossing
P. O. Box 1889
#1 – 14th Street, Suite 3
Blaine, Washington 98231-1889
Web Site: www.joneschb.com

Cdn. Phn: 888/536-5079 Fax: 888/536-9742
U.S. Phn: 360/332-6090 Fax: 360/332-1282
U.S. Customs Brokers & Trade Consultants
"Service with Integrity"
mikejones@joneschb.com


October 7, 2003

***Customs and Border Protection***
**Peggy Fearon, Port Director**
9901 Pacific Highway
Blaine, Washington 98230

Phn: 360/332-6500

Re: Payment of CVD/ADD Under Protest - for Misclassified/Exempt Commodity

Dear Director Fearon:

Enclosed, please find our respective check(s) for payment of the assessment made by Customs and Border Protection under 19 U.S.C. Sections 1671(e) & 1673(g) on importation of the edge-glued merchandise covered by the following entry numbers:

WQ0-1289757-6 10-6-03

Ref #WFP-1002

This assessment was based on the conclusion of Customs and Border Protection – that the subject merchandise is not properly classified in subheading 4421.90.9740 of the Harmonized Tariff Schedule of the United States (HTSUS), or if ultimately allowed entry under this heading, that the material, although specifically exempted by Commerce's Scope Memorandum, is to be entered subject to such assessments. We believe that CBP's conclusion is legally incorrect and that the subject merchandise is properly classified under HTSUS subheading 4421.90.9740, and is specifically exempted from the scope of the present CVD/ADD (C-122-839-000 and A-122-838-000) investigation case.

Accordingly, this payment is being made under protest. ***Northwest Forest Products*** reserves its right to obtain judicial review of said decision by any appropriate form of action.

If we can be of further assistance, please let us know.

Respectfully,
Jones & Jones Customs Brokers

Michael D. Jones, President
Attachments

**Pl.'s Resp. to Def.'s Mot. Dismiss, Ex. 1**

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.** WFP1002

**Pages** 1

RELEASED
OCT 06 2003
CUSTOMS AND BORDER PROTECTION
BLAINE

**3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)**
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (if different from block 3)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION at
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☑ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
U.S. Duty and/or Brokerage Charges for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

**6 Place of Lading (City/Province/Country)** Mission, B.C., Canada
**7 Country & Province of Manufacture** Canada - B.C.
**8 U.S. Port of Entry** Blaine, Washington
**10 Destination (City/State/Country)** Tacoma, Washington USA
**10 Invoice No.** 137/62063
**11 Currency of Sale** U.S. Funds
**12 Gross Weight and Cubage (Metric)** 24354 KG 45.3 M3
**13 Exporting Carrier** Bronco Transportation
**14 Car No. Truck Number** 928

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| U.S. H.T.S. - 4407.10.00 68 (CA-NAFTA) 12 units | FBM | $/MFBM | |
| Softwood Lumber 19,175 FBM 1/7 7/12 4/16 | | | |
| Edge Glued Western Red Cedar Lumber, Rough, Green | | | |
| 7/4 x 4 #2 Clear & Better Grade 7 Packages | 9,776 | $1,915.50 | $18,725.93 |
| 7/4 x 4 #4 Clear Grade Included in 7 Packages Above | 3,151 | $1,336.25 | $4,210.52 |
| 7/4 x 8 #2 Clear & Better Grade 1 Package | 1,322 | $1,915.50 | $2,532.29 |
| 7/4 x 8 #4 Clear Grade Included in 1 Package Above | 449 | $1,336.25 | $599.98 |
| 7/4 x 10 #2 Clear & Better Grade 3 Packages | 3,315 | $1,915.50 | $6,349.88 |
| 7/4 x 10 #4 Clear Grade Included in 3 Packages Above | 1,018 | $1,336.25 | $1,360.30 |
| 7/4 x 4/Wdr #4 Clear Grade Random Width [illegible] | 144 | $1,336.25 | $192.42 |
| | 45m³ | | |

RECEIVED
2003 OCT 20 P 3:02

**ENTRY/IMMEDIATE DELIVERY**
19 CFR 142.3, 142.16, 142.22, 142.24

WQO-1289757-6

1. ULTIMATE CONSIGNEE NO.
2. IMPORTER NO.
3. H.S. NUMBER(S)
4. CTRY. ORIG.
5. MANUFACTURER ID
6. NO. INV. PGS.
7. TOTAL INVOICE VALUE

Export Permit No.
...ainerized
☑ No
3-OCT-2003
☐ Agent

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 33,971.32 |

WQO-1289757-6 [illegible] 10-3-03

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# ENTRY SUMMARY

| | | |
|---|---|---|
| (1) Entry No. W00 1289757-6 | (2) Entry Type Code 03 ABI/A | 3. Entry Summary Date 794 W00-1289757-6 10/20/03 |
| 4. Entry Date 10/06/03 | (5) Port Code 3004 | |
| 6. Bond No. 591 | 7. Bond Type Code 8 | 8. Broker/Importer File No. 03-12897574 |

| | | | |
|---|---|---|---|
| 9. Ultimate Consignee Name and Address<br>1852<br>NORTHWEST FOREST PRODUCTS<br>1476 THORNE RD<br>TACOMA, WA 98421<br>WA State | 10. Consignee No. 91-123419500 | (11) Importer of Record Name and Address<br>1852<br>NORTHWEST FOREST PRODUCTS<br>1476 THORNE RD<br>TACOMA, WA 98421 | (12) Importer No. 91-123419500 |
| | | (13) Exporting Country CA | 14. Export Date 10/06/03 |
| | | (15) Country of Origin XC | 16. Missing Documents |
| | | (17) I.T. No. | (18) I.T. Date |
| (19) B L or AWB No. | 20. Mode of Transportation 30 | 21. Manufacturer I.D. XCNORFOR623NEW | 22. Reference No. 91-1788855 |
| (23) Importing Carrier BRONCO | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading 3004 | (27) Import Date 10/06/03 | | |

| (28) Line No. | (29) Description of Merchandise<br>30. (A) T.S.U.S.A. No. B. ADA CVD Case No. | 31 (A) Gross Weight B. Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value B. CHGS C. Relationship | 34. (A) T.S.U.S.A. Rate B. ADA/CVD Rate (C) I.R.C Rate D. Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | OTHER ARTICLES OF WOOD NSP | | | | | | |
| XC CA | 4421.90.9740 | 24354 KG | X | 33597 | Free | 0. | 00 |
| | A122-838-000 | | | C25 | 8.43% | 2832. | 23 |
| | C122-839-000 | | | N | 18.79% | 6312. | 88 |

RECEIVED 2003 OCT 20 P 3:02

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GIV 33971.32 | Block 39: | 9145.11 | BEEF 053 | .00 | INFRM 311 | .00 | |
| NDC 374.50 | ADA 012 | 2832.23 | PORK 054 | .00 | DMF 496 | .00 | |
| NEV 33596.82 | CVD 013 | 6312.88 | HONEY 055 | .00 | MPF 499 | .00 | |
| | TEA 038 | .00 | COTTN 056 | .00 | HMF 501 | .00 | |
| | PTO 090 | .00 | SUGAR 079 | .00 | MSH 102 | .00 | |

NEV 33597

(36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[X] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.
I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS |
|---|---|---|
| A. Liq. Code | B. Ascertained Duty | (37) Duty .00 |
| | C. Ascertained Tax | (38) Tax .00 |
| | D. Ascertained Other | (39) Other 9145.11 |
| | E. Ascertained Total | (40) Total 9145.11 |

(41) Signature of Declarant, Title, and Date 10/08/03
MICHAEL D JONES - ATTY IN FACT

**Pl.'s Resp. to Def.'s Mot. Dismiss, Ex. 1**