79-055438

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**2 U.S. Customs Clearance By:**
Jones & Jones Customs Brokers
"Service with Integrity"

**Exp Ref. No.** W3-10288

**Page** 1 of 1

**3 U.S. Buyer (Sold To)**
☒ Was Related ☐ Not Related
Northwest Forest Products
1478 Thorne Rd
Tacoma, WA. 98421
I.D.S.# 91-1234193

**4 Consignee (Ship To)**

**5 Terms of Sale - Delivery - Payment**
☒ F.O.B. PLANT of ☐ DESTINATION of
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discount (Specify Type/Amount)
Other (Specify)
☐ Shipper ☒ Buyer ☐ Consignee
Northwest Forest Products

**6 Place of Lading (City/Province/Country):** Mission, B.C., Canada
**7 Country & Province of Manufacture:** Canada - B.C.
**8 U.S. Port of Entry:** Sumas, Washington
**9 Destination (City/State/Country):** Tacoma, Washington, USA
**10 Invoice No.:** 328776-00
**11 Currency of Sale:** U.S. Funds
**12 Gross Weight and Cubage (Metric):** 21790 KG 40.5 M3
**13 Exporting Carrier:** Bronco Transportation
**14 Car No. Truck Number:** 929

**15 Invoice Item description**

? 4407.10 MORE correct HG

U.S.H.T.S. - 4421.90.97.40 (CA-NAFTA)
Edge-Glued Cedar Panels, Rough, Green

| Description | | Packages | 16 Invoice Unit Quantity (FBM) | 17 Invoice Unit Price ($/MFBM) | 18 Invoice Total |
|---|---|---|---|---|---|
| 7/4 x 6 | #4 Clear Grade | 3 Packages | 4,149 | $1,370.00 | $5,684.10 |
| 7/4 x 6 | #4 Clear Grade | 10 Packages | 13,006 | $1,330.50 | $17,304.50 |

glued panels are

7/4 x 12" not 7/4 x 6"



Packages: 4/10' 2/12' 2/14' 2/16' 1/18' 2/20'

Total: 13 Packages 17,155 FBM

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot Blades-up not occur"

Panels should be Invoiced by # not board foot



10'
6" 6"
Glued together

CUSTOMS AND BORDER PROTECTION
SEP 1 2003 HG
SUMAS, WA.

**19 If goods are not sold, state reason for export:**

**20 Export Permit No.:**

**21 Estimated freight charges to point of exit:** $ ____ Or to destination $ 346.60

**22 Mode of Transport (from point of exit):** ☒ Road ☐ Rail ☐ Water ☐ Air ☐ Other

**23 Containerized** ☐ Yes ☒ No

I hereby certify that the information given above is true and complete in every respect.

**24 Give firm name and address if different from exporter box above.**

**25 Date** 10-SEP-2003

**27 Status** ☒ Owner ☐ Agent

**28 Agent Signature**

**29 Shipper Signature** B. Bailey

International Freight / Domestic Freight Charges / Insurance / Pkg, Trading / Commission / Discount / Rebate

Invoice Total $ 22,988.60

110-44457664-8

Received Time Sep.10. 2:01PM

# U.S. Customs Invoice

**1 Exporter, Shipper, Seller (Complete Name & Address)**
Northwest Forest Products
c/o ER Probyn Export Ltd.
628 Sixth Avenue, Suite 530
New Westminster, B.C., Canada V3M 6Z1

**U.S. CUSTOMS CLEARANCE BY:**
Jones & Jones Customs Brokers
CDN. PHN: 888-536-5079
CDN. FAX: 888-536-9742
U.S. PHN: 360-332-6090
U.S. FAX: 360-332-1282
"Service with Integrity"

**Exp Ref. No.** 1470
**Page** 1 **of** 1 **Pages**

**3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #)**
Parties to this transaction are: ☑ Not Related ☐ Related
Northwest Forest Products
1476 Thorne Rd
Tacoma, WA 98421
I.R.S.# 91-1234195

**4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (if different from block 3)**
I.R.S.#

**5 Terms of Sale - Delivery - Payment**
☑ F.O.B. PLANT or ☐ DESTINATION or ..........
Prices Shown in Column 18 INCLUDE:
☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT
Discount Specify Type/Amount) ..........
Other (Specify) ..........
U.S Duty and/or Brokerage Charge for ☐ Shipper ☑ Buyer ☐ Consignee
or for the Account of: Northwest Forest Products

| | |
|---|---|
| 6 Place of Lading (City/Province/Country) | Mission, B.C., Canada |
| 7 Country & Province of Manufacture | Canada - B.C. |
| 8 U.S. Port of Entry | Sumas, Washington |
| 10 Destination (City/State/Country) | Tacoma, Washington, USA |
| 10 Invoice No. | 137/62063 |
| 11 Currency of Sale | U.S. Funds |
| 12 Gross Weight and Cubage (Metric) | 7900 KG 14.7 M3 |
| 13 Exporting Carrier | Bronco Transportation |
| 14 Car No. Truck Number | 779 |

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|
| | FBM | $/MFBM | |
| U.S.H.T.S. - 4421.90.97.40 (CA-NAFTA) | | | |
| Edge-Glued Cedar Panels, Rough, Green | | | |
| 7/4 x 4 #2 Clear & Better Grade 1 Package | 438 | $1,915.50 | $838.99 |
| 7/4 x 4 #4 Clear Grade Included in 1 Package Abov | 90 | $1,336.25 | $120.26 |
| 7/4 x 6 #2 Clear & Better Grade 4 Packages | 4,472 | $1,915.50 | $8,566.12 |
| 7/4 x 6 #4 Clear Grade Included in 4 Packages Above | 1,219 | $1,336.25 | $1,628.89 |
| Total: 5 Packages all 12' 6,219 FBM | | | |
| "Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur" | | | |

19 If goods are not sold, state reason for export
20 Export Permit No.
21 Estimated freight charges to point of exit $ .......... Or to destination $ 134.30
22 Mode of Transport from point of exit ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other
23 Containerized ☐ Yes ☑ No
I hereby certify that the information given above is true and complete in every respect.
24 Give firm name and adress if different from exporter box above.
25 Date 18-SEP-2003
27 Status ☑ Owner ☐ Agent
26 Agent: Signature ..........
28 Shipper: Signature B Bailey

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 11,154.26 |

# U.S. Customs Invoice

| 1 Exporter, Shipper, Seller (Complete Name & Address) | U.S. CUSTOMS CLEARANCE BY: | Exp Ref. No. |
|---|---|---|
| Northwest Forest Products<br>c/o ER Probyn Export Ltd.<br>628 Sixth Avenue, Suite 530<br>New Westminster, B.C., Canada V3M 6Z1 | Jones & Jones Customs Brokers<br>CDN. PHN: 888-536-5079<br>CDN. FAX: 888-536-9742<br>U.S. PHN: 360-332-6090<br>U.S. FAX: 360-332-1282<br>"Service with Integrity" | W3-10317<br>Page 1 of Pages 1 |

| 3 U.S. Buyer (Sold To) complete name and address (To Include Fed. Tax ID #) — Parties to this transaction are: ☑ Not Related ☐ Related | 4 Consignee (Ship To) (Complete Name and Address)(To Include Fed. Tax ID #) (if different from block 3) |
|---|---|
| Northwest Forest Products<br>1476 Thorne Rd<br>Tacoma, WA 98421<br>I.R.S.# 91-1234195 | I.R.S.# |

| 5 Terms of Sale - Delivery - Payment | 6 Place of Lading (City/Province/Country) | 7 Country & Province of Manufacture |
|---|---|---|
| ☑ F.O.B. PLANT or ☐ DESTINATION or ________ | Mission, B.C., Canada | Canada - B.C. |

Prices Shown in Column 18 INCLUDE: ☐ U.S. BROKERAGE ☐ CVD/ADD ☐ FREIGHT

Discount (Specify Type/Amount) ________

Other (Specify) ________

U.S. Duty and/or Brokerage Charge for ☐ Shipper ☑ Buyer ☐ Consignee or for the Account of: Northwest Forest Products

| 8 U.S. Port of Entry | 10 Destination (City/State/Country) |
|---|---|
| Sumas, Washington | Tacoma, Washington, USA |

| 10 Invoice No. | 11 Currency of Sale | 12 Gross Weight and Cubage (Metric) |
|---|---|---|
| 31924 | U.S. Funds | 14130 KG 26.3 M3 |

| 13 Exporting Carrier | 14 Car No. Truck Number |
|---|---|
| Bronco Transportation | 779 |

| 15 Invoice item description (To include marks, numbers & kinds of packages) U.S. Customs requires weights and measures in metric | | | 16 Invoice Unit Quantity | 17 Invoice Unit Price | 18 Invoice Total |
|---|---|---|---|---|---|
| | | | FBM | $/MFBM | |
| U.S.H.T.S. - 4421.90.97.40 (CA-NAFTA) | | | | | |
| Edge-Glued Cedar Panels, Rough, Green | | | | | |
| 2-3/16 x 4 | #4 Clear Grade | 3 Packages | 3,457 | $1,470.50 | $5,083.52 |
| 3-11/16 x 4 | #4 Clear Grade | 4 Packages | 6,189 | $1,470.50 | $9,100.92 |
| 4 x 4 | #4 Clear Grade | 1 Package | 1,480 | $1,425.50 | $2,109.74 |

Packages: 1/8' 3/12' 3/14' 1/18'

Total: 8 Packages 11,126 FBM

"Lumber was produced from trees harvested in an area where gypsy and pine shoot moths, and pine shoot beetles do not occur"

19 If goods are not sold, state reason for export

20 Export Permit No.

21 Estimated freight charges to point of exit $ ________ Or to destination $ 240.20

22 Mode of Transport from point of exit ☑ Road ☐ Rail ☐ Water ☐ Air ☐ Other

23 Containerized ☐ Yes ☑ No

I hereby certify that the information given above is true and complete in every respect.

24 Give firm name and adress if different from exporter box above.

25 Date 18-SEP-2003

27 Status ☑ Owner ☐ Agent

26 Agent: Signature ________

28 Shipper: Signature B. Bailey

| | |
|---|---|
| 29 Packaging | |
| 30 Ocean or Inter-International Freight | |
| 31 Domestic Freight Charges | |
| 32 Insurance | |
| 33 Misc. Transp. | |
| 34 Commission | |
| 35 Container | |
| 36 Assists | |
| 37 Invoice Total | $ 16,294.18 |