Approved Through 01/31/93
OMB No. 1515-0068

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# REQUEST FOR INFORMATION

19 CFR 151.11, 152.2

(General Information/Instructions on reverse)

| | | |
|---|---|---|
| 3. MANUFACTURER/SELLER/SHIPPER<br>Northwest Forest Products | 4. CARRIER | 1. DATE OF REQUEST<br>09/26/2003<br>2. DATE OF ENTRY and IMPORTATION<br>07/11/2003 06/27/2003<br>5. ENTRY NO.<br>110 – 36435503 |
| 6A. INVOICE DESCRIPTION OF MERCHANDISE<br>4x4 #4 clear & btr grade edge-glued cedar panels | 6B. INVOICE NO.<br>22693 | 7. HTSUS NO.<br>4421.90.9740 |
| 8. COUNTRY OF ORIGIN/EXPORTATION<br>Canada / Canada | 9. CUSTOMHOUSE BROKER AND REFERENCE OR FILE NO.<br>UPS-Supply Chain Solution, Sum 79-045625 | |
| 10. TO:<br>Northwest Forest Products<br>1476 Thorne Rd.<br>Tacoma, WA 98421 | 11. FROM:<br>U.S. Customs and Border Protection<br>9901 Pacific Hwy<br>Blaine, Wa 98230 | |
| PRODUCTION OF DOCUMENTS AND/OR INFORMATION REQUIRED BY LAW: If you have provided the information requested on this form to U.S. Customs at other ports, please indicate the port of entry to which it was supplied, and furnish a copy of your reply to this office, if possible. | A. PORT | B. DATE INFORMATION FURNISHED |

**12. PLEASE ANSWER INDICATED QUESTIONS**

☐ A. Are you related (see reverse) in any way to the seller of this merchandise? If you are related, please describe the relationship, and explain how this relationship affects the price paid or payable for the merchandise.

☐ B. Identify and give details of any additional costs/expenses incurred in this transaction, such as:

- ☐ (1) packing
- ☐ (2) commissions
- ☐ (3) proceeds that accrue to the seller (see reverse)
- ☐ (4) assists (see reverse)
- ☐ (5) royalties and/or license fees (see reverse)

**13. PLEASE FURNISH INDICATED ITEM(S)**

☐ A. Copy of contract (or purchase order and seller's confirmation thereof) covering this transaction, and any revisions thereto.

☐ B. Descriptive or illustrative literature or information explaining what the merchandise is, where and how it is used, and exactly how it operates.

☐ C. Breakdown of components materials or ingredients by weight and the actual cost of the components at the time of assembly into the finished article.

☐ D. Submit samples:
Article no. and description ______
from container no. ______
mark(s) and no. ______
Samples consumed in analysis, and other samples whose return is not specifically requested, will not normally be returned.

☑ E. See Item 14 below.

**14. CUSTOMS OFFICER MESSAGE**

What, if anything, is done to the panels at your Tacoma facility after it is received from Canada?
Do you resell these panels to retail centers or directly to end-users?
What are these edge-glued cedar panels used for by the end user?

Thank you in advance for your response.

**15. REPLY MESSAGE** (Please print or type. Use additional sheets if more space is needed.)

**16. CERTIFICATION** It is required that an appropriate corporate/company official execute this certificate and/or endorse all correspondence in response to the information requested. (NOTE: NOT REQUIRED IF FOREIGN FIRM COMPLETES THIS FORM).

| | | | |
|---|---|---|---|
| I hereby certify that the information furnished herewith or upon this form in response to this inquiry is true and correct, and that any samples provided were taken from the shipment covered by this entry. | A. NAME AND TITLE/POSITION OF SIGNER (Owner, Importer, or Corporate/Company Official - Print or Type) | B. SIGNATURE<br>C. TELEPHONE NO. | D. DATE |
| 17. CUSTOMS OFFICER (Print or Type)<br>Lorisa Hubsch, Import Specialist [signature] | 18. TEAM DESIGNATION<br>794 | 19. TELEPHONE NO.<br>(360) 332-5771 3114 | |

(Paperwork Reduction Act Notice on reverse)

Customs Form 28 (102591)

**Pl.'s Resp. to Def.'s Mot. to Dismiss, Ex. 4**

**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

*808 Harrison Avenue, 3rd Floor*
*Blaine, Washington 98230*

September 26, 2003

Northwest Forest Products
1476 Thorne Road
Tacoma, WA 98421

To Whom It May Concern:

This is to inform you that the Bureau of Immigration and Customs Enforcement has initiated a formal investigation under 19USC1592 into Customs transactions involving your company.

Specific details as to the nature of the violations alleged and the merchandise involved are given below:

| | |
|---|---|
| Merchandise: | Lumber |
| Importer: | Northwest Forest Products |
| Alleged violation: | Misclassification of Lumber |

Senior Special Agent Randy Kivlighn will be handling this investigation. You may contact him at (360) 332-5771 Ext. 3121 if you have any questions or wish to provide information.

Sincerely,

Roy A. Hoffman
Resident Agent-in-Charge
Customs Investigations
Bureau of Immigration and Customs Enforcement

RECEIVED OCT - 7 2003

DEPARTMENT OF THE TREASURY
U.S. CUSTOMS SERVICE
OFFICE OF INVESTIGATIONS
RESIDENT AGENT IN CHARGE
P.O. BOX 3669
808 HARRISON AVENUE
BLAINE, WASHINGTON 98231-3669

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CERTIFIED MAIL

7001 2510 0005 4384 5001




Northwest Forest Products
1476 Thorne Road
Tacoma, Wa 98421

RECEIVED OCT - 7 2003

98421+3204