A. WOODSON STUART, ESQ.
2315 Wisconsin Avenue, NW, Second Floor
Washington, D.C. 20007-1866
Tel: (202) 297-3196 ✧ Fax: (202) 338-0270
Email: awstuart@att.net

October 28, 2003

**CONFIDENTIAL**

*VIA FACSIMILE AND REGULAR MAIL*

M. Jean Anderson, Esq.
Weil, Gotshal & Manges
1501 K Street, Suite 100
Washington, D.C. 20005

**Re: Visit by U.S. and Canadian agents to Canadian lumber remanufacturer in U.S. investigation of the "misclassification" of certain edge-glued cedar lumber outside the AD/CVD orders.**

Dear Jean:

I am writing on behalf of my client, a Tacoma, Washington, lumber remanufacturer, to express concern about the Canadian Government's approval of, and participation in, a surprise visit to a Canadian company that edge glues lumber for us by a fraud investigator from U.S. Customs (Randy Kivlighn), who gave them the third degree about the alleged "misclassification" of certain imports of edge-glued cedar lumber under Subheading 4421.90.9700, HTSUS.

The basis for our concern is three-fold. First, the investigation proceeds from a legal premise that is clearly erroneous, namely, that the subject edge-glued lumber is properly classified in Subheading 4407.10.0000, HTSUS, on the ground that NWFP processes the lumber after importation in a way that does not utilize or even nullifies the gluing feature (e.g., "ripping" the lumber). Second, the classification is currently under judicial review, making an investigation for alleged "misclassification" premature even assuming, *arguendo,* that it is otherwise valid and proper. (A copy of the pleadings is being sent to you.) Third, NWFP made a full prior disclosure and stipulation to U.S. Customs regarding its post-importation processing, making any allegation of "fraud" on the part of NWFP or its Canadian suppliers frivolous on its face.

Jean, I know you are very busy, and I would not bother you if I didn't think you and your client shared our concern about the *in terrorem* effect on the lumber trade of overzealous "enforcement" of the AD/CVD orders by U.S. Customs. **If actual use is to be relevant to the classification of edge-glued lumber, fundamental due process requires that the public be given "fair warning" of this fact before they can be accused of "misclassification," let alone "fraud," for importing edge-glued lumber under Subheading 4421.90.9700, HTSUS.**

I was hoping you could ask the Canadian Government to issue a ruling on the classification of the subject imports under the HS as well as the AD/CVD orders, as we believe any objective legal observer would have to agree that they cannot be properly classified in HS heading 4407 or otherwise subjected to the AD/CVD orders.

If you need any more information, or if I can be of any other assistance, please do not hesitate to call.

Yours truly,

__________________________

A. Woodson Stuart

Cc: Tom Read
Terry Swanson
Mike Jones

## A. Woodson Stuart

**From:** Michael Jones [mikejones@joneschb.com]
**Sent:** Monday, December 08, 2003 7:00 PM
**To:** Andrew Stuart
**Cc:** Tom Read; Terry Swanson
**Subject:** Fraud Investigator Kivlighn Requesting Another "Meeting"

Gentlemen:

I thought I would let you know that I received a call from Agent Randy Kivlighn this morning asking if I was going to be in and could afford him an hour or so. I responded that I was, indeed, going to be in, but that I was completely SWAMPED and would be unable to grant him an audience today. He said he could make it a LOT SHORTER than an hour, but that he wanted to speak with me. When I asked "What about?", he said NWFP, of course. I then reiterated that I hope he fully understood that because NWFP retained legal counsel and that because the case was under litigation - I could not speak to him with the attorney's permission, and that we had DISCUSSED the conditions under which such a conversation COULD take place.

He appeared quite disappointed that he couldn't just "run over for a chat". He asked why I was so swamped. When I told him about the developments in the Softwood Lumber CVD/ADD case and how it could impact my clients, he asked "How do you get this information so quickly, when we haven't even heard a hint of this yet". I chuckled and told him it was my business to know what was going on and that I have people in Ottawa who know that the more I know, the better off their constituents are, and I also have connections with industry associations who keep me as posted as possible. He said "That MUST keep you pretty busy". I said, yes, and this along with the BTA/FDA (Bioterrorism Act) being implemented December 12th, Reimbursement Certificate Issues, and End of YEAR NAFTA Renewals - not to mention the pending Prior Notice requirements for ALL cargo, makes for a pretty hectic time.

He said he would call me again - later in the week.

Regards,

Michael

**A. Woodson Stuart**

**From:** Claudia.Burke@usdoj.gov
**Sent:** Tuesday, December 09, 2003 5:21 PM
**To:** 'awstuart@att.net' (Receipt Notification Requested) (IPM Return Requested)
**Subject:** RE: a minor concern

I assume this is regarding Northwest Forest? If so, ALL inquiries should go through me. I am happy to arrange a three-way conference. Thank you. Claudia Burke

-----Original Message-----
From: awstuart@att.net [mailto:awstuart@att.net]
Sent: Tuesday, December 09, 2003 1:06 PM
To: Burke, Claudia
Subject: a minor concern

Dear Ms. Burke:

I hate to bother you, but a customs inspector (Randy Kivlighn) has been requesting a one-on-one interview with NWFP's broker-agent, Mike Jones, to discuss actual use issues related to the entries in suit. I wasn't sure that was kosher in view of our conversation about me not talking to the NIS about issues embraced by the pending litigaiton. I actually wrote Mr. Kivlighn a letter asking that he direct any questions to me as counsel for NWFP and its broker-agent, especially since Mike is a potential witness on these issues.

Anyway, please do what you think is appropriate with this information.

Thanks!

AS



**Pl.'s Resp. to Def.'s Mot. to Dismiss, Ex. 15**

*Office of Investigations*

**U.S. Department of Homeland Security**
808 Harrison Ave., 3rd Floor
Blaine, WA 98230

U.S. Immigration and Customs Enforcement

January 13, 2004

A. Woodson Stuart, Esq.
2315 Wisconsin Ave. NW, Second Floor
Washington, D.C. 20007-1866

Re: Northwest Forest Products

Dear Mr. Stuart:

This is to inform you that U.S. Immigration and Customs Enforcement, Department of Homeland Security intends to serve a Customs Summons on Mr. Mike Jones of Jones and Jones, L.L.C. of Blaine, Washington.

The summons requires Mr. Jones to appear and provide information, and produce records related to commercial entries made by Jones and Jones for Northwest Forest Products of Tacoma, Washington.

Senior Special Agent Randy Kivlighn will serve the summons to Mr. Jones. You may contact Agent Kivlighn at (360) 332-5771 Ext. 3121 if you have any questions or wish to provide information.

Sincerely,

Roy A. Hoffman
Resident Agent in Charge

**A. Woodson Stuart**

**From:** A. Woodson Stuart
**Sent:** Thursday, January 22, 2004 12:29 PM
**To:** 'Claudia.Burke@usdoj.gov'
**Cc:** Cheryl L. Jones
**Subject:** Notice of administrative subpoena in NWFP case.
**Contacts:** Claudia. Burke

JONES & STUART, LLP
Attorneys at Law

Dear Claudia:

I hope you had a nice holiday and didn't have to work too hard. I guess you must be working on the responses and so forth about now, for which I am sorry and hope you understand!

Anyway, I am forwarding a letter I received by certified mail from our friend Agent Kivlighn. Now he's trying to subpoena Mike Jones (NWFP's customs broker) about the ***same entries,*** and the ***same underlying classification issues,*** that are *sub judice* before Judge Braden.

I have been considering our options and it seemed to me the first thing to do was see if you would take care of the matter without requiring any formal action by us. Please call when you have a free moment. (Also, please note my new e-mail address.)

Best regards,

Andy Stuart

Tel: (202) 297-3196
Fax: (202) 338-0270

Web: www.jones-stuart.com



**Pl.'s Resp. to Def.'s Mot. to Dismiss, Ex. 17**