# NOTICE OF ACTION

*This is NOT a Notice of Liquidation*

| | | | |
|---|---|---|---|
| | | | 1. DATE OF THIS NOTICE<br>10/15/2003 |
| 2. CARRIER<br>Bronco | 3. DATE OF IMPORTATION<br>03/31/2003 | 4. DATE OF ENTRY<br>03/31/2003 | 5. ENTRY NO.<br>WQO – 12865573 |
| 6. MFR/SELLER/SHIPPER<br>Northwest Forest Products | 7. COUNTRY<br>Canada | 8. CUSTOMHOUSE BROKER AND FILE NO.<br>JONES & JONES, LLC | |

9. DESCRIPTION OF MERCHANDISE
edge-glued cedar panels rough green

10. TO
Northwest Forest Products
1476 Thorne Rd.
Tacoma, WA 98421

11. FROM
U.S. Customs and Border Protection
9901 Pacific Hwy
Blaine, Wa 98230

12. THE FOLLOWING ACTION WHICH WILL RESULT IN AN INCREASE IN DUTIES,--

☐ IS PROPOSED. IF YOU DISAGREE WITH THIS PROPOSED ACTION, PLEASE FURNISH YOUR REASONS IN WRITING TO THIS OFFICE WITHIN 20 DAYS FROM THE DATE OF THIS NOTICE. AFTER 20 DAYS THE ENTRY WILL BE LIQUIDATED AS PROPOSED.

☒ HAS BEEN TAKEN. THE ENTRY IS IN THE LIQUIDATION PROCESS AND IS NOT AVAILABLE FOR REVIEW IN THIS OFFICE.

TYPE OF ACTION

A. ☒ RATE ADVANCE
B. ☐ VALUE ADVANCE
C. ☐ EXCESS ☐ WEIGHT ☐ QUANTITY
D. ☐ OTHER *(See below)*

13. EXPLANATION (Refer to Action letter designations above)

The entry listed above plus the entries listed on the attached continuation sheet are being re-classified under HTS#4407.10.00. This reclassification is based on discussions with the National Import Specialist and a visit by a CBP agent to the importer's premises. These entries will be subject to AD/CVD duties under cases A122-838 and C122-839. If Statements of Non-Reimbursement are not received by this office before liquidation occurs, these entries will be liquidated with double the dumping duties in accordance with 19CFR 351.402.
All future shipments of this product must be classified according to this Notice of Action.

| 14. CUSTOMS OFFICER (Print or Type) | 15. TEAM DESIGNATION | 16. TELEPHONE |
|---|---|---|
| Lorisa Hubsch, Import Specialist | 794 | (360) 332-5771 3114 |

DEPARTMENT OF THE TREASURY
U. S. CUSTOMS SERVICE
152.2 C.R.

CUSTOMS FORM 29
(3-1-78)

Pl.'s Resp. to Def.'s Mot. to Dismiss, Ex. 11

## NOTICE OF ACTION -- *(Continued)*

| | | | |
|---|---|---|---|
| 2. CARRIER<br>Bronco | 3. DATE OF IMPORTATION<br>03/31/2003 | 4. DATE OF ENTRY<br>03/31/2003 | 1. DATE OF THIS NOTICE<br>10/15/2003<br>5. ENTRY NO.<br>WQO – 12865573 |
| 6. MFR/SELLER/SHIPPER<br>Northwest Forest Products | 7. COUNTRY<br>CA | 8. CUSTOMHOUSE BROKER AND FILE NO.<br>JONES & JONES, LLC | |
| 9. DESCRIPTION OF MERCHANDISE<br>edge-glued cedar panels rough green | | | |

13. EXPLANATION (Continued from first page)

| Entry Number | Date of Entry |
|---|---|
| WQO 12868213 | 04/17/03 |
| WQO 12869153 | 04/28/03 |
| WQO 12871118 | 05/06/03 |
| WQO 12885076 | 07/28/03 |
| WQO 12885910 | 08/08/03 |
| WQO 12886215 | 08/12/03 |
| WQO 12886280 | 08/13/03 |
| WQO 12886942 | 08/21/03 |
| WQO 12891033 | 09/17/03 |

| 14. CUSTOMS OFFICER (Print or Type) | 15. TEAM DESIGNATION | 16. TELEPHONE |
|---|---|---|
| Lorisa Hubsch | 794 | (360) 332-5771 3114 |