# In The United States Court of Federal Claims

**No: 03-2485 C**
May 18, 2004

**FOREST PRODUCTS NORTHWEST, INC.,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER**

On February 10, 2004, plaintiff filed a "Motion for *In Limine* Protective Order." The Court denied this motion at the conclusion of an oral argument on April 22, 2004. On April 25, 2004, plaintiff filed a "Motion to Amend Order Denying Plaintiff's Motion for a Protective Order" pursuant to Rule 59 of the United States Court of Federal Claims to reconsider the Court's denial of plaintiff's motion. Based on the standards set forth in *Rice Servs. Ltd. v. United States*, 59 Fed. Cl. 619, 621 (Fed. Cir. 2004) (*citing Fru-Con Constr. Corp. v. United States*, 44 Fed. Cl. 298, 300 (1999)), this Court DENIES the plaintiff's motion.

s/ *Lawrence J. Block*

**Lawrence J. Block**
**Judge**