# In the United States Court of Federal Claims

**No. 03-2485 C**

**FOREST PRODUCTS NORTHWEST, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed September 17, 2004, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed for lack of subject matter jurisdiction. Costs are assessed against plaintiff.

Brian Bishop
Clerk of Court

**September 20, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.