ORIGINAL

ECF

FILED
OCT 13 2004
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FOREST PRODUCTS NORTHWEST, INCORPORATED,

*Plaintiff,*

*v.*

UNITED STATES,

*Defendant.*

Case No. 03-2485C
The Honorable Susan G. Braden, J.

**PLAINTIFF NORTHWEST FOREST PRODUCTS'**
**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiff in the above-referenced case, Forest Products Northwest, Inc., doing business as Northwest Forest Products, by and through its attorney, A. Woodson Stuart, Esq., hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the Court entered on the 20th day of September, 2004.

Respectfully submitted,

Date: October 14, 2004

A. Woodson Stuart by cj

A. Woodson Stuart, Esq.
JONES & STUART, LLP
2300 M Street, NW, Suite 800
Washington, D.C. 20037
Tel: (202) 973-8102
Fax: (202) 338-0270
*Attorney for Plaintiff Northwest Forest Products*